**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF MASSACHUSETTS**

**15-cv-12332-WGY**

**Bryan R. Johnston,**
**Petitioner**

**v.**

**Lisa A. Mitchell**
**Superintendent, Old Colony Correctional Center**

**APPENDIX IN SUPPORT OF PETITION FOR HABEAS CORPUS**
**PAGES 60-119**

for the petitioner:

David J. Nathanson
BBO #633772
Wood & Nathanson, LLP
227 Lewis Wharf
Boston, MA 02110
dnathanson@woodnathanson.com
978-744-2695

dated: October 23, 2015

R.60
41

| BRIDGEWATER STATE HOSPITAL<br><br>PHYSICIAN'S ORDER | JOHNSTON  BRYAN<br>D/O/B 10/3/81<br>M88951<br>D/O/A 12/10/O4 |
|---|---|

ALLERGIES: _NKDA_

DATE: _12 - 10 - 04_    TIME: _10 : 30_    **AM**/(**PM**)

ORDERS:   _Benadryl 50 mg now po._

_/ noted Celly McCua 12/10/a 11⁵⁵/m_

_Noted 12/10/04 @ 11²⁰ pm Christie Napoz_

SIGNATURE: _Angelo_

PRINT NAME: _M. L. ANGELES, M.D._

Interchange is mandatory unless the
prescriber writes the words "No
Substitution" in this space.

---

Original (White): Patient Record          Copy (Yellow): Fax to Pharmacy; File with Pharmacy Orders

Physician's Order
5/30/03

| BRIDGEWATER STATE HOSPITAL | PATIENT: Johnston Bryan |
|---|---|
| PHYSICIAN'S ORDER | DOB: 10-3-81 |
| | BSH#: M88907    UNIT: BE |

ALLERGIES: _NKDA_

DATE: _12/11/04_   TIME: _0845_ AM / PM

ORDERS:

Benadryl 50 mg po x 2 days
PRN sleep.

Khalid N. Khan MD

noted Barbara Lawer 12/11/04 8:45p

12/13/04 @ 2AM Christine Hopper RN

---

SIGNATURE: _____

PRINT NAME: _____

Interchange is mandatory unless the prescriber writes the words "No Substitution" in this space.

Original (White): Patient Record        Copy (Yellow): Fax to Pharmacy; File with Pharmacy Orders

Physician's Order
5/30/03

| BRIDGEWATER STATE HOSPITAL | PATIENT: Johnston, Bryan |
|---|---|
| **PHYSICIAN'S ORDER** | DOB: 10/3/81 |
| | BSH#: M88907    UNIT: 1TD |

ALLERGIES: NKDA

DATE: 12/14/04                    TIME: 9:30    (AM) PM

ORDERS:

Benadryl 50 mg po qhs prn x30 days.

S. Skea, MD

12/14/04  9½ R Sherwood 1pm

12-14-04  noted fax _____ Skea

SIGNATURE: _Susan Skea, MD_

PRINT NAME: _SUSAN SKEA_

Interchange is mandatory unless the prescriber writes the words "No Substitution" in this space,

Original (White): Patient Record        Copy (Yellow): Fax to Pharmacy; File with Pharmacy Orders

Physician's Order
5/30/03

| BRIDGEWATER STATE HOSPITAL | PATIENT: Johnston, Bryan |
| PHYSICIAN'S ORDER | DOB: 10-3-81 |
| | BSH#:                    UNIT: |

ALLERGIES: NKDA

DATE: 12/20/04                    TIME: 11⁴⁵          AM / PM

ORDERS:

faxed 12/20/04 1:11p

Insomnia          d/c Benadryl

Benadryl 100 mg po qHS x ?

noted Barbara Pierce RN 12/20/04 1:30p
Nokd: Eileen Irvin RN 12/21/04 3:15 pm

SIGNATURE:

PRINT NAME: Cormer

Interchange is mandatory unless the
prescriber writes the words "No
Substitution" in this space.

| BRIDGEWATER STATE HOSPITAL | PATIENT: _Johnston, Bryan_ |
|---|---|
| **PHYSICIAN'S ORDER** | DOB: _10-3-81_ |
| | BSH#: _M58951_    UNIT: _B1_ |

ALLERGIES: _NKDA_

DATE: _12-29-04_                              TIME: _345_        AM / **PM**

ORDERS:

_Panic attacks   Ativan 1 mg po bid prn x 30c_

_Noted 12/29/04  4pm_ _____

_Barbara Dancer 12/31/04 7a_

SIGNATURE: _____

PRINT NAME: _Comisky_

Interchange is mandatory unless the prescriber writes the words "No Substitution" in this space.

Original (White): Patient Record          Copy (Yellow): Fax to Pharmacy; File with Pharmacy Orders

Physician's Order
5/30/03

R.65

46

| BRIDGEWATER STATE HOSPITAL | PATIENT: Johnston Bryan |
|---|---|
| PHYSICIAN'S ORDER | DOB: 16-3-81 |
| | BSH#: M88951   UNIT: B1 |

ALLERGIES: N KA

DATE: 1-6-05          TIME: 4          AM / **PM**

ORDERS:

**Fluzone 0.5ml I/M  X 1**

Khalid N. Khan, MD

Noted 1/6/05 Annie Callens RN 5:30 pm

Interchange is mandatory unless the prescriber writes the words "No Substitution" in this space.

SIGNATURE:_____

PRINT NAME:_____

| BRIDGEWATER STATE HOSPITAL | PATIENT: Johnston, Bryan |
|---|---|
| PHYSICIAN'S ORDER | DOB: 10-3-81 |
| | BSH#: M88 951    UNIT: |

ALLERGIES: _NKDA_

DATE: _1-13-05_          TIME: _12_          AM **PM**

ORDERS:

d/c 1/7/05

SIGNATURE: _____

PRINT NAME: _Comisky_

Interchange is mandatory unless the prescriber writes the words "No Substitution" in this space.

Original (White): Patient Record          Copy (Yellow): Fax to Pharmacy; File with Pharmacy Orders

Physician's Order
5/30/03

| BRIDGEWATER STATE HOSPITAL<br><br>DIET ORDER FORM | JOHNSTON  BRYAN<br>D/O/B 10/3/81<br>M88951<br>D/O/A 12/10/O4 |
|---|---|

Date Diet Begins: _____ 12 - 10 - 04 _____

1: Therapeutic diets not specified below can only be developed through consult with a dietitian.  Please contact a dietitian directly.

2. Diet orders shall remain in effect until discontinued by a physician.

___✓___  Regular Diet

### THERAPEUTIC DIETS

_____  Mechanical [check one]:
    _____  Ground

    _____  Pureed

_____  1800 ADA with PM Snack

_____  2200 ADA with PM Snack

_____  2500 ADA with PM Snack

_____  Clear Liquid*

_____  Full Liquid*

_____  Pre-Dialysis [2 gm Na, 2 gm Potassium, 60 gm Protein]

_____  Dialysis [2 gm Na, 2 gm Potassium, 90 gm Protein, 1500 cc Fluid Restriction]

_____  Nutritional Support Snack

    *Consultation with Registered Dietitian required if diet is for more than 3 days

*noted 12/10/4*
*SF*

MD Signature:_____*angelo*_____  Date: _12 -10- 04_  Time: _10_  AM/PM

Sent to Food Service Department _____  Date:_____  Time:_____ AM/PM

Received by Food Service Department_____  Date:_____  Time:_____ AM/PM

Original – Medical Record        Pink – Dietitian        Yellow – Food Services

Diet Order Form
Revised 5/28/04

JOHNSTON BRYAN          ...ater State Hospital
D/O/B 10/3/81              **...GRESS NOTES**
M88951
D/O/A 12/10/O4.

Patient: _____                              BSH No.: _____

| Date/ Time/ Place | Function/ Scope of note | Problem Code(s) (PL/MTP)* | Note (DAP format; signature, printed/stamped name & title) |
|---|---|---|---|
| 12/10/04 10 pm | | | MD Note: <br> D- Admit'd to BSH on 18A status from Hampshire County HOC. <br> He refused Hx & PE taking until he talks to lawyer. <br> Preliminary orders written <br> M L Angeles  M. L. ANGELES, M.D. |
| 12/10/04 10:25 pm | | | Addendum: <br> Patient agreed to have PPD test. <br> He contracts for safety — "I'm not homicidal & I'm not suicidal. <br> I just don't want to do anything till I talk to my lawyer." <br> Req'g "something for sleep." <br> Plan: Admit to G1 on ITU overflow <br> M L Angeles  M. L. ANGELES, M.D. |
| 12/11/04 2 am | | | 2AM ITU Rounds (G1 overflow) <br> Patient appears resting <br> M L Angeles  M. L. ANGELES, M.D. |
| 12/11/04 5 am | | | 5AM ITU Rounds (G1 overflow) <br> Patient appears resting <br> M L Angeles  M. L. ANGELES, M.D. |

* PL = Problem List;  MTP = Master Treatment Plan

R.69
50

JOHNSTON  BRYAN       water State Hospital
D/O/B 10/3/81       ROGRESS NOTES
M88951
D/O/A 12/10/O4

Patient: _____       _____       BSH No:: _____

| Date/ Time/ Place | Function/ Scope of note | Problem Code(s) (PL/MTP)* | Note (DAP format; signature, printed/stamped name & title) |
|---|---|---|---|
| 12/10/x 142 MD | | B-I | D. _[illegible]_ on B-I of its status, no complaints or unclear expressed at the time. A: Held P: cont to monitor new B-I s/f _[signature]_ |
| 11.04 1 TH S Q 15 am | Y MD | | D: new admission. Pt. does not _[illegible]_ why he is at BSH. Denies any SIT, HI. Seems somewhat disconcerted and withdrawn. Denies all sxsd psychosis. Contracts not to harm self or others. Denies prior Y history A: Charged i murder. Risked assault. or self-harm P: C/T seclusion. _[signature]_ |
| 11.04 2 P | Y MD | | D: Pt is woken up. Has no questions. Denies SIT, HI. Contr. f. safety A: Risk of harm. Unpredictable. P: C/T seclusion _[signature]_ |

* PL = Problem List;  MTP = Master Treatment Plan

BSH-142  Rev. 3/94

R. 70
51

JOHNSTON BRYAN          vater State Hospital
D/O/B 10/3/81           )GRESS NOTES
M88951
D/O/A 12/10/04

Patient: _____          BSH No.: _____

| Date/ Time/ Place | Function/ Scope of note | Problem Code(s) (PL/MTP)* | Note (DAP format; signature, printed/stamped name & title) |
|---|---|---|---|
| 'M -11-04 )50 pm sedlusion | | | 2pm rounds) D: Pt as sleeping A: Resting. Risk of harm P: as ind. [signature illegible] |
| | 12-11-04 NSg BI 4.30p | BI TV overflow | D: Pt seen during TV round in BI overflow quiet, conversing for safety. a: remain sat risk p: monitor in seclusion |
| 2-11-04 5:05 @ B1 | Nsg | | VTV Rounds) D: pt lying on bed; quiet; denies any medical; problems or issues) A- potential for serious harm to others P- continue VTV — Stephen Kaine RN |

* PL = Problem List; MTP = Master Treatment Plan

BSH-142  Rev. 3/94

JOHNSTON BRYAN
D/O/B 10/3/81
M88951
D/O/A 12/10/04

Bridgewater State Hospital
PROGRESS NOTES

Patient: __

BSH No: ____

| Date/ Time/ Place | Function/ Scope of note | Problem Code(s) (PL/MTP)* | Note (DAP format; signature, printed/stamped name & title) |
|---|---|---|---|
| 12/11/04 | 8PM | | D/ Tu. Pt. contracts for safety. Report self e sleeping. |
| | | | A/P Recent Admissions continue 1Tu Sedum Re Bensley. [signature] |
| 2/11/04 11³⁰ p | | | D/ Tu: Patient appears to be rest (x) x ns |
| 2/11/04 2am | | | patient appears to be sleeping x0x0 ns |
| 12/12/04 5a | | | Patient resting quietly x ns |

* PL = Problem List;  MTP = Master Treatment Plan

BSH-142  Rev. 3/94

**Bridgewater State Hospital**
**PROGRESS NOTES**

Patient: _Johnston, Brian_                    BSH No.: _____

| Date/ Time/ Place | Function/ Scope of note | Problem Code(s) (PL/MTP)* | Note (DAP format; signature, printed/stamped name & title) |
|---|---|---|---|
| 12.04 4th 2 20 p | Yrrus | | on 9 peqn  D: Pt is alert, sitting down for interview. Requests phone call to his atty and a shower. Is referred to ICU tx team in a.m. Does not want to answer my questions.  A: Unable to assess. Push of self-harm and harm to others.  P: C/s IFUS. _[signature]_ NP |

\* PL = Problem List;  MTP = Master Treatment Plan

BSH-142  Rev. 3/94

**Bridgewater State Hospital**
**PROGRESS NOTES**

Patient: _____          BSH No.: _____

| Date/<br>Time/<br>Place | Function/<br>Scope<br>of note | Problem<br>Code(s)<br>(PL/MTP)* | Note (DAP format; signature, printed/stamped name & title) |
|---|---|---|---|
| | | | |

\* PL = Problem List; MTP = Master Treatment Plan

R. 74

**Bridgewater State Hospital**

**PROGRESS NOTES**

Patient: _Johnston Bryan_                           BSH No.: _088 957_

| Date/ Time/ Place | Function/ Scope of note | Problem Code(s) (PL/MTP)* | Note (DAP format; signature, printed/stamped name & title) |
|---|---|---|---|
| 12/1/08 117 | JWG 8 | 8-I O/F | A Routine observation maintained throughout the night. Seen during rounds at 11ᵖ 12ᵃ & 5ᵃᵐ. No complaints or concerns expressed at this time. 1° stable. P cont. to monitor on 8.I O/F [signature] (saw around) |
| 12 oct seclusion 11am | (illegible) | | D: Pt. is worken up. Does not want to talk. Wants atty present. A: Unable to assess. Risk of assault. P: Cont ITU S [signature] |
| 12-D04 N89 (illegible) | | BI 16 | D: Pt seen during am round on BI - ITU overflow. Med compliant, quiet, calm but refusing interview. A: remains at risk P: monitor or seclude [signature] |
| 2-04 P ITU | | | D: Pt. is worken up. Does not want to harm self or others. Contract for safety. A: Risk of assault. P: Cont ITU S [signature] |

* PL = Problem List; MTP = Master Treatment Plan

BSH-142 Rev. 3/94

R. 75

**Bridgewater State Hospital**

56

## PROGRESS NOTES

Patient: Johnson, Bryan                                    BSH No.: _____

| Date/ Time/ Place | Function/ Scope of note | Problem Code(s) (PL/MTP)* | Note (DAP format; signature, printed/stamped name & title) |
|---|---|---|---|

12-04
5 PM

MD Notes.
D No medical issue
Ass Stable medically
Plan Cont. to monitor in ITU
status
*(signature)*

12-04
8 PM

MD Notes
D No medical issue
Ass Stable medically
Plan Cont - to monitor in ITU
Status
*(signature)*

12/12/04
9P   N8*
BI (ITU med)

D Pt seen during evening ITU round
on BI medpass. Quiet refused interview
c̄ MD regarding PRN Benadryl for
sleep. Admin c̄ effect per need
A remains at risk
P monitor in seclusion

12-04
1 PM

Pt is resting.
*(signature)*

* PL = Problem List;  MTP = Master Treatment Plan

BSH-142  Rev. 3/94

**Bridgewater State Hospital**
**PROGRESS NOTES**

Patient: _Johnston Bryan_                                    BSH No.: _____

| Date/ Time/ Place | Function/ Scope of note | Problem Code(s) (PL/MTP)* | Note (DAP format; signature, printed/stamped name & title) |
|---|---|---|---|
| 2/13/04 2A | hbg | | D- Pt resting during rounds<br>A- at risk for assault<br>P- Monitor seclusion OF _Lisa Chapman R_ |
| ·13·04 5am | | | Pt is resting. |
| | | | Serma |
| 17.30 (4AM) 9:30 am seclusion | | | D- Pt is woken up. Denies having SI, HI<br>Then says he needs to speak to his atty. Refuses to answer questions<br>or contract for safety without speaking<br>to his atty first. Atty's phone number<br>+ name are in pt's property.<br>Leave message about this for IM<br>M.D. & Dr. Disher.<br>A: Recent threats to kill himself.<br>P: cont CMS ___ M Harlow ___ (flow) |
| 3/5V 3pm 3 B, | nsp | | 11 am _____ D- Pt teary, refusing to answer ?s. Stating, "I just want to call my lawyer."<br>A- Remains at risk<br>P- Monitor in seclusion _____ |

* PL = Problem List; MTP = Master Treatment Plan

BSH-142 Rev. 3/94

**Bridgewater State Hospital**
**PROGRESS NOTES**

Patient: _Johnston_                              BSH No:: _____

| Date/<br>Time/<br>Place | Function/<br>Scope<br>of note | Problem<br>Code(s)<br>(PL/MTP)* | Note (DAP format; signature, printed/stamped name & title) |
|---|---|---|---|
| Dec 04<br>1430<br>S, | nsg | D<br>A<br>P | pt transferred back to itu.<br>behaviorally unstable ppd ØM M<br>Transferd to itu |

* PL = Problem List; MTP = Master Treatment Plan

JOHNSTON BRYAN
D/O/B 10/3/81
M88951
D/O/A 12/10/O4

ļewater State Hospital
**ROGRESS NOTES**

Patient: _____          BSH No.: _____

| Date/ Time/ Place | Function/ Scope of note | Problem Code(s) (PL/MTP)* | Note (DAP format; signature, printed/stamped name & title) |
|---|---|---|---|
| Dcc 04 340 3, | neg | D | pt transferrerd back to itu. behaviorally stable transfer to itu |
| 12/13/04 FU 2PM | | D | quiet, resting on call, requesting to call his atty (needs a P.I.N #). Otherwise in no distress but not willing to answer any questions about his mental status & therefore cannot be properly evaluated. A/P - obtain PIN # — attempt to assess q3. as he permits. — risk of assault to recent incidents & his unwillingness to answer questions, seclusion |

*Signature* ROBERT D (?)

* PL = Problem List;  MTP = Master Treatment Plan

BSH-142 Rev. 3/94

R. 79

60

JOHNSTON BRYAN
D/O/B 10/3/81
M88951
D/O/A 12/10/O4

[ewater State Hospital

**ROGRESS NOTES**

Patient: _____

BSH No.: _____

| Date/ Time/ Place | Function/ Scope of note | Problem Code(s) (PL/MTP)* | Note (DAP format; signature, printed/stamped name & title) |
|---|---|---|---|
| 13:04 TU lp | 4 MD | | D: Pt. is focussed on getting in touch w/ his atty. Berton? Needs atty's card from property. Contacts wt to redeem self tonight A: Refusing interview P: CIT 1 TU S. _(signature)_ |
| 3:04 TU 1:45p | 4 MD | | D: Pt. is "I'm all right" Accepts a sleep aid of Benadryl. Denies S/I, H/I, contracts for safety. Appears more subdued rather than former defensiveness. A: At Risk of harm to self P: CIT 1 TU S. _(signature)_ |
| 12/13/14 TU 10p | | | D: See on reverse _(continued)_ will do VMP note pt. conducted for safety. Meal & meds unpleas A: Quiet — @ fresh for harm P: monitor. _(signature)_ |

* PL = Problem List;  MTP = Master Treatment Plan

BSH-142  Rev. 3/94

## Bridgewater State Hospital
## PROGRESS NOTES

Patient: _Johnston, Pongan_    BSH No.: M 88951

| Date/Time/Place | Function/Scope of note | Problem Code(s) (PL/MTP)* | Note (DAP format; signature, printed/stamped name & title) |
|---|---|---|---|
| 1304 MPM | | | Pt is refusing Samuel |
| 2.04.04 2am | | | Pt is refusing Samuel |
| 1.4.04 5am | | | Pt is refusing Samuel |
| 14-04 0520 A | MSE ITU | | D: Pt. seen during the night on rounds. A: Pt resting quiet all night. P: Continue to monitor as ordered. —Kathy Ginn RN |
| 1/14/04 05 am | Psych | | ITU Rounds - 8:00 am D: Pt seen on rounds, stating that he is "okay" but refusing to discuss anything relating to his mental status, history. Requesting to speak c attorney before any further interview. Did request renewal of (cont) |

**Bridgewater State Hospital**
**PROGRESS NOTES**

Patient: _Johnston, Bryan_          BSH No.: M 88951

| Date/ Time/ Place | Function/ Scope of note | Problem Code(s) (PL/MTP)* | Note (DAP format; signature, printed/stamped name & title) |
|---|---|---|---|
| | | | of Benadryl. |
| | | | A: Pr. facing very serious charge, unwilling at this time, to cooperate w/ risk assessment. Given risk of harm to others / self, need to monitor in seclusion. |
| | | | P: Continue seclusion. |
| | | | Benadryl 50mg qhs prn.          S. Skea, MD |
| 2/14/04 11:35ᴬ | A | | ITU Rounds 11ᴬ |
| | | | D) Remains guarded refuses to discuss any issues until he calls his attorney. Protocal for phone call being arranged. Uncooperative, unable to fully assess, unable to contract for safety. |
| | | | P) Continue ITU status, reassess. Janice Henderson RN/N/ |
| 12/14/04 ITU | 1P 11ᴬ | | D: Lies on Seru ds. Meal Comp. Refusing interviews. A at risk to others. P Continue. H: Intervention |
| 4/04 TJ 35Pm | 2Pᴹ Rounds | | Psychiatry – D: Pt refuses interview. Lies in he Infirmary only about his phone privileges. No c/o physical or mental problems. A: Uncoop. Denies self injurious thoughts – P: Cont Seclusion. Encourage cooperation. _____ |

\* PL = Problem List; MTP = Master Treatment Plan

R 82
63

**Bridgewater State Hospital**
**PROGRESS NOTES**

Patient: _Johnston, Bryce_          BSH No.: _M88907_

| Date/ Time/ Place | Function/ Scope of note | Problem Code(s) (PL/MTP)* | Note (DAP format; signature, printed/stamped name & title) |
|---|---|---|---|
| 14-04 1TU CeP | CMM | | D: Pt. continues to focus on getting to call his atty. Refuses other questions. Appears goal-directed, organized. A: Unable to assess risk of harm to self/other P: Cont 1TU S. _[signature]_ |
| 1404 7PM | 1TU Nsg | | D- Patient seen during round. Refusing interview & Meal compliant. A- @ risk of harm to others P- Cont. to monitor in 1TU seclusion _Salah Floercher_ |
| 14 1TU 9P | CMM | | D- Pt does not want to talk. Takes sleep- and Benadryl; goes back to bed - A: risk of assault. P: Cont 1TU S. _[signature]_ |
| 12/14/04 11pm | | | Pt. appears rest-g _[illegible]_ |

* PL = Problem List; MTP = Master Treatment Plan

R. 83

64

**Bridgewater State Hospital**

**PROGRESS NOTES**

Patient: _Johnston, Bryan_   BSH No.: _M 88951_

| Date/ Time/ Place | Function/ Scope of note | Problem Code(s) (PL/MTP)* | Note (DAP format; signature, printed/stamped name & title) |
|---|---|---|---|
| 15/04 2A | nrsg | | D- Pt resting during rounds<br>A- at risk for assault<br>P- Seclusion.    Lisa Chapman |
| 15/04 | | | Patient appears to be resting in bed -<br>cont ITU status    nrsg |
| -04 520 | nsg ITU | | D. Pt seen during rounds<br>A. Pt lying quiet thru-out the night<br>P. continue to monitor in seclusion<br>as ordered. ——— Kathy Ginn RN |
| 15-04 10AM | ITU | | 8 AM Round<br>D. New admit —<br>Retsg interviews, pending consultation & by atty was willing to provide info about contacting family + atty. Pt's sister was able to provide some background info re: medical issues, including his paranoia + chronic health issues.<br>A/P Unable to assess - we are attempting to facilitate communication c̄ atty, so we can better assess pt.<br>- sedated, Unable to assess + allegation of violence.    R. Conly, MD |

* PL = Problem List; MTP = Master Treatment Plan

R. 84

## Bridgewater State Hospital
## PROGRESS NOTES

Patient:___Johnston, Brian_____            BSH No:_____

| Date/ Time/ Place | Function/ Scope of Note | Problem Code(s) (PL/MTP) | Note (DAP format; signature, printed/stamped name & title). |
|---|---|---|---|

December 15, 2004
SW
ITU
10AM
Telephone Contact with Mr. Johnston's Sister (Kim).

**Relevant History**—Mr. Johnston's sister provided details regarding Mr. Johnston's history. The following information was obtained during this phone conversation:

Mr. Jonston has a history of several medical conditions including: (1) Asthma, which was severe as a child but as an adult he has been prescribed an inhaler and prednazone as needed, (2) History of migraines, (3) GERD for which he was prescribed prilosec daily, (4) multiple environmental allergies for which he was prescribed flonace, (5) Hypertension, for which he received no medications and (6) alternating ecetropia—meaning that he can only see out of one eye at a time. Mr. Johnston also has a history of 2 head injuries. The first was in 1999 from a motor vehicle accident. He suffered a concussion in this accident and the second was in 2001 although the family is unaware of the cause of this head injury and Mr. Johnston reported he was "jumped".

in August of this year, Mr. Johnston began seeing Dr. Richard Berlin (psychiatrist) for paranoia and delusions that people were out to harm him. Mr. Johnston was prescribed Lexipro and Ativan. He was also diagnosed with PTSD, although no traumatic event was reported.

Regarding his history of aggressive behavior, Mr. Johnston is currently charged with Murder, and has been instructed by his attorney not to discuss this situation with any staff. Mr. Johnston's sister reports that he has a history of violent behavior in the community. She stressed repeatedly throughout the conversation that she has never seen him act violently other than when he is intoxicated. She was unaware of any history of suicide attempts, although reported that he has been depressed and eluded to suicide. He has made statements such as "my life just isn't worth living", etc.

Mr. Johnston's sister was unaware of the extent of his substance abuse. She reported that she had heard he was abusing steroids recently, but not sure the extent to which he used these substances. Also, she was unaware of other drugs he had abused. She reported that he has had a history of abusing alcohol over the past few years (which she attributes may of his difficulties to).

**Plan**- At this time, Mr. Johnston continues to refuse to discuss with staff his history or his currnet mental status. Due to his refusal to discuss this information, coupled with the seriousness of his charges, it is not possible to conduct a thorough risk assessment. Therefore, Mr. Johnston continues to require seclusion at this time.

Joel T. Andrade, LICSW

R. 85

66

**Bridgewater State Hospital**

**PROGRESS NOTES**

Patient: _Johnston, Bryan_                    BSH No.: _N88951_

| Date/ Time/ Place | Function/ Scope of note | Problem Code(s) (PL/MTP)* | Note (DAP format; signature, printed/stamped name & title) |
|---|---|---|---|
| 12/15/04 12:05 P | | | ITU Rounds Guarded, refuses interview. Selectively mute resting on cot. Uncooperative c̄ admission work-up. refuses "to talk until I call my attorney". Withdrawn, unable to fully assess unable to contract for safety, at risk. P Continue ITU status, reassess. _Janice Henderson RN/NP_ |
| 12/15/04 | NP | | 11³⁰ [illegible] A Continues to focus on need to [illegible] lawyer [illegible] called [illegible] person at (4x to U.D.) [illegible] needs P Continue to monitor _[signature]_ |
| 15/04 ITU 3 pm | | A A/P | 2 PM Rounds Pt. self still refuses my drawing until he speaks c̄ his atty. I let him know we are trying to facilitate such a call. I also told him we had contact c̄ his sister, & based on the info she provided want to make sure any medical issues he has such as HTN + Asthma are addressed. I encouraged him to comply c̄ vital signs when nursing tries to get them. Guarded, likely some paranoia, at the array of topics he will not discuss (refer to study c̄ a day) [illegible] reasonable, as most show, & import [illegible] at length status/issues — security. [illegible] to see & assess. — [illegible] vital signs. _[signature] MD_ |

*PL = Problem List; MTP = Master Treatment Plan

R. 86
67

**Bridgewater State Hospital**
**PROGRESS NOTES**

Patient: _Johnston, Bryan_                          BSH No.: _M88957_

| Date/ Time/ Place | Function/ Scope of note | Problem Code(s) (PL/MTP)* | Note (DAP format; signature, printed/stamped name & title) |
|---|---|---|---|
| 12/15 | MD | | D/ _(illegible)_ rounds |
| 3pm | 1 Th | | Pt _presents as guarded, paced_ |
| | | | _refuses to engage in interview. States that he would_ |
| | | | _only talk (or with) his attorney present —_ |
| | | | P remains at risk to _(illegible)_ others |
| | | | _(signature)_ |
| 2/15/09 | N7 | | D: Ate supper. See MAR for med compliance |
| 1 Th | | | A: Risk of assault |
| 5pm | | | P: Monitor in seclusion — DO _(illegible)_ |
| 12/15/09 | MD | | D/ _(illegible)_ rounds |
| 8pm | 1 Th | | Pt refused interview wants to talk to his |
| | | | attorney present, pt continues unable to |
| | | | _(illegible)_ |
| | | | _(illegible)_ |
| | | | _(signature)_ |

* PL = Problem List; MTP = Master Treatment Plan

R.87

Bridgewater State Hospital

**PROGRESS NOTES**

Patient: Johnson, Brya                                    BSH No.: M88957

| Date/ Time/ Phase | Function/ Scope of note | Problem Code(s) (PCL/MTP)* | Note (DAP format: signature, printed/stamped name & title) |
|---|---|---|---|
| /04 10PM | | | P₂ is resting _____ Sanval |
| 1/6/04 2am | | | P₂ is sleeping _____ Sanval |
| 2/16/04 5am | | | P₂ is resting _____ Sanval |
| 16/04 5 A | TTY Msg | | D - Seen on rounds resting eyes closed A - quiet thru noc appears sleeping P - monitor in seclusion _____ Diane Goodwin RN |
| 6/04 TT 3' B | (illegible) | | TV 80m rounds D/ Pt only asks if we have his PRN # Then refused _____ (illegible) of him P Renews TV seclus D As much as (illegible) _____ (illegible) |

*PCL = Problem List/MTP = Master Treatment Plan

R. 88
69

## Bridgewater State Hospital
## PROGRESS NOTES

Patient: _____        BSH No.: _____

| Date/<br>Time/<br>Place | Function/<br>Scope<br>of note | Problem<br>Code(s)<br>(PL/MTP)* | Note (DAP format; signature, printed/stamped name & title) |
|---|---|---|---|
| 2/16/04<br>SP<br>12:15 | | D<br>A | The Reside 11A<br>(D) Refuses interview, Selective/mute<br>sitting on cot. Paranoid, guarded.<br>Not engaged, poor eye contact uncoopera-<br>tive. Unable to fully assess, unable<br>to contract for safety.<br>(P) Continue TTO Status, reassess.<br>Janice Henderson RN/NM |
| 12/16/07 | N/y | | 12:xx     Daly<br>A  Pt does not engage in<br>conversation c clinical staff except<br>to ask for phone call. At times<br>Quiet.<br>P  Continue to monitor<br>James L RN |

* PL = Problem List; MTP = Master Treatment Plan

R.89

70

**Bridgewater State Hospital**

**PROGRESS NOTES**

Patient: _JOHNSTON, BRYAN_                              BSH No.: _____

| Date/ Time/ Place | Function/ Scope of note | Problem Code(s) (PL/MTP)* | Note (DAP format; signature, printed/stamped name & title) |
|---|---|---|---|
| 12/16/04 mg 2:25Pm | 1 Tu | | D// Tu rounds - pt appears angry, refusing to engage in interview states that he needs his attorney to be present guarded, paranoid presentation. Ap at risk to others / very monitor _[signature]_ |
| 12/16/04 mg 6:04m | 1 Tu | | D/ Tu rounds Appt [illegible] change refusing to talk remains unstable. at risk to others / very monitor _[signature]_ |
| 12/16/04 mg 8:45Pm | 1 Tu | | D/ Tu rounds - Appt remains guarded paranoid, refused to engage in interview at risk to others / very monitor _[signature]_ |

* PL = Problem List; MTP = Master Treatment Plan

R 90
71

**Bridgewater State Hospital**
**PROGRESS NOTES**

Patient: _Johnston  Beyan_                    BSH No.: M 88951

| Date/ Time/ Place | Function/ Scope of note | Problem Code(s) (PL/MTP)* | Note (DAP format; signature, printed/stamped name & title) |
|---|---|---|---|
| 12/16/04 11:30 p | | | Pt appears resting          _Khalil William M_ |
| 2/17/04 2A | My | | D – Pt resting during rounds A – at risk for assault P – seclusion     _Lisa Chapman_ |
| 12/17/04 5:20A | | | Pt Appears Resting          _Khalil William an_ |
| 2/17/04 :35 A | ITU NSg | | D – Seen on rounds-resting eyes closed A – quiet / appears sleeping P – monitor in seclusion      _Diane Goodwiner_ |
| 17.04 | (MMMD) | | D. Pt continues to be focussed on meeting c atty before talking to PS although he does say "oh, I'm OK, I'm not going to hurt myself or any thing. A. Unable to adequately assess P. cor ITU S      _Johnza off MMMD_ |

**Bridgewater State Hospital**
**PROGRESS NOTES**

Patient: Johnston, Bryan    BSH No.: M88951

| Date/ Time/ Place | Function/ Scope of note | Problem Code(s) (PL/MTP)* | Note (DAP format; signature, printed/stamped name & title) |
|---|---|---|---|
| ITC rounds 12/17 10PM | | | D) 11 PM rounds<br>pt laying on bed –<br>offers no concerns<br>contracts for safety<br>A) @ risk of harm to others<br>P) monitor w/ specials<br>[illegible signature] |
| 12/17/04 ITC | 1PM NSG | | D) Seen on rounds.<br>Refusing interview<br>A) unable to assess.<br>P) Continue ITC K Sherwoode |
| 12/17/04 2PM ITC Rounds 2:30PM. | | | Psychiatry<br>D: Pt is behaving well. He contracts for safety & is compliant w/ T, He is organized, pleasant & coop w/ me. Answered all my questions. Denies [illegible]<br>A: Doing better<br>Organized.<br>Coop.<br>P: D/C to B1 (COS)<br>E Killeen |
| 12/17/04 10PM | 2:30P NSG | | D) Seen on rounds.<br>A) Contracts for Safety<br>P) DC ITC to B1 COS K Sherwoode |

R 92
73

**Bridgewater State Hospital**
**PROGRESS NOTES**

Patient: _Johnston, Bryan_                              BSH No.: _M88951_

| Date/ Time/ Place | Function/ Scope of note | Problem Code(s) (PL/MTP)* | Note (DAP format; signature, printed/stamped name & title) |
|---|---|---|---|
| 12-17-04 4pm D1 | Nsg. | | D) Rec'd from I.T.U. on COS status via DOC escort Oriented to Unit — No complaints @ this time — A. Stable @ present P. Cont. to monitor per COS protocol — Margaret Stevens, RN. — |
| 7-04 n B1 | Nsg | | D) Remains on COS- Compliant & routine, meds. & meals No complaints voiced @ this time A) Stable @ present P. Cont. to monitor per COS protocol — Margaret Stevens, RN. — |
| 12/17 4-? | 1/1 | | D) Remain on COS status. No complaints & concerns expressed at this time A) stable P. Cont. To monitor per COS status            , RN |
| -18-04 HP | MM | | Intake H&P completed NICHOLAS J. BENEDICCA, M.D., Ph.D. |

* PL = Problem List; MTP = Master Treatment Plan

**Bridgewater State Hospital**
**PROGRESS NOTES**

Patient: Johnston, Brian

BSH No.: _____

| Date/<br>Time/<br>Place | Function/<br>Scope<br>of note | Problem<br>Code(s)<br>(PL/MTP)* | Note (DAP format; signature, printed/stamped name & title) |
|---|---|---|---|
| 18.04<br>B-T<br>Oam | Y MD<br><br>COS | | Chart not available<br>D: pt on COS.<br>Mood "good"<br>No SI/HI, HI, Contracts for safety<br>⊖ AH "not right now"<br>Will not answer any other questions<br>A: Recently in IPU. Unable to fully<br>assess as he wants atty present<br>for MSE<br>P: at COS |
| 18Dec04<br>1315<br>3, | nsg | | D: pt remains in cos medical compliant<br>CTC for physical this AM<br>A: be bio generally stable<br>P: Continue to monitor in cos ⊕ |
| 3-04<br>- B1 | Nsg | | D: Remains on COS status - compliant & routine, meds<br>& meals - no complaints voiced<br>A: Stable c present<br>P: Cont to monitor per COS protocol<br>Margaret Stirm, R.N. |
| 12/18/0<br>11? | Mg | ceo | D: Remain on cos status no complaints or concerns<br>Expressed at this time<br>A: stable<br>P: cont to monitor on cos status   [signature] RN |

B 5 94

**Bridgewater State Hospital**
**PROGRESS NOTES**

Patient: Johnston Bryan                    BSH No.: M 88 95.1

| Date/ Time/ Place | Function/ Scope of note | Problem Code(s) (PL/MTP)* | Note (DAP format; signature, printed/stamped name & title) |
|---|---|---|---|
| 12/19/64 | 64 mg | | D) pt's on Jr. CoS reports that he is fine |
| 10:35am | B) CoS | | deins MTP if content but then refused to divulge his reasons for being here and not providing information |
| | | | M) guarded, at minimum 3 months |
| Dec 04 330 3. 19-04 am | nsq B1 | | D) pt remains on COS Med + Meal compliant A) behaviorally stable monitored per protocol P) Continue to monitor in COS |
| | Nsq | | D) Remains on COS status - compliant & routine, meds & meals - no complaints voiced — A) Stable @ present P) Cont. to monitor per COS protocol — Margaret Stevens, RN — |
| Dec 20, 2004 12-20-04 | COS NBg | 2P | D: Pt on COS. meal compliant. Quiet P) a.m med ordered. following uns routine COS protocol A: Stable @ present P) monitor on COS |

* PL = Problem List;  MTP = Master Treatment Plan

R. 95
76

**Bridgewater State Hospital**
**PROGRESS NOTES**

Patient: _Johnston Bryan_          BSH No.: _M88907_

| Date/ Time/ Place | Function/ Scope of note | Problem Code(s) (PL/MTP)* | Note (DAP format; signature, printed/stamped name & title) |
|---|---|---|---|
| | Nsg 12-20-04 9:30p | BI | D - Pt remains on COS. Alert + oriented, meal + medication compliant, visable in unit TV room, socializing appropriately with other patients. Following COS protocol & present issue. A - stable P - monitor on COS  *Barbara Sauver* |
| 12/21/04 3A | nsg | | D - Pt on COS A - monitored per protocol P - cont to Monitor  *Lisa Chapmank* |
| | Nsg 12/21/04 | BI 3P | D - Pt continue on COS. Alert, cooperative, maintaining behavioral control. Following unit routine. COS protocol's incident- A - stable @ present P - monitor on COS  *Barbara Sauver* |
| 21/04 BI COS 5pm | | COS 1 | D - famb waiting areas Pt notes much improvement in mood. Pt, acknowledges suicide statement prior to admission. Pt prefers not to sign any releases for prior tx until his attorney can review the forms. Pt expects attorney ___ |

* PL = Problem List;  MTP = Master Treatment Plan

BSH-142  Rev. 3/94

R-96

**Bridgewater State Hospital**
**PROGRESS NOTES**

Patient: _Johnston, Bryan_                          BSH No.: _M88951_

| Date/ Time/ Place | Function/ Scope of note | Problem Code(s) (PL/MTP)* | Note (DAP format; signature, printed/stamped name & title) |
|---|---|---|---|
| | | | _to return to hospital on Thurs._ |
| | | | _Discuss current S/I. Contract_ |
| | | | _for safety. P) Cont. C.O.S._ |
| | | | _Priviledge releases to be reviewed_ |
| | | | _by pt. attorney._ |
| | | | _Mary Fortune LICSW_ |
| 2-21-04 10pm B1 | Nsg | D) | _Pt visible on unit, alert, + cooperative c̄ COS monitoring. Compliant c̄ meds._ |
| | | A) | _Appears stable at present._ |
| | | P) | _Cont to monitor on B1 unit per COS protocol._ |
| | | | _Eileen Simon RN_ |
| 2/22/04 3AM | Nsg | D - | _Pt on COS_ |
| | | A - | _Monitor on protocol_ |
| | | P - | _cont to monitor Lisa Chapman RN_ |
| Dec 04 1:35 B1 | nsg | D) | _pt remains on cos_ |
| | | A) | _behaviorally stable_ |
| | | P) | _Continue to monitor on cos_ |
| 22/04 B1 COS | C O S | 1 | _Pt seen w/ Jamie Wasine_ |
| | | | _Pt reports that he felt "under shock" PTA when concerning statements were made regarding S/I. He states he feels = to [?] depressed "but = not suicidal". He reports good meeting w/ attorney + evaluator. States he = "as Smith" in attorney and family. Pt reports some anxiety_ |

* PL = Problem List;  MTP = Master Treatment Plan

BSH-142  Rev. 3/94

**Bridgewater State Hospital**
**PROGRESS NOTES**

Patient: _____          BSH No.: _____

| Date/ Time/ Place | Function/ Scope of note | Problem Code(s) (PL/MTP)* | Note (DAP format; signature, printed/stamped name & title) |
|---|---|---|---|
| | | | *[handwritten clinical note]* |
| 2/23/04 3A | MM | | D - Pt on COS
R - Monitored per protocol
P - Cont to Monitor   Lisa Chapman |

\* PL = Problem List; MTP = Master Treatment Plan

BSH-142 Rev. 3/94

**Bridgewater State Hospital**
**PROGRESS NOTES**

Patient: _JOHNSTON, RRyAN_                    BSH No.: _M88951_

| Date/ Time/ Place | Function/ Scope of note | Problem Code(s) (PL/MTP)* | Note (DAP format; signature, printed/stamped name & title) |
|---|---|---|---|
| 12/23/04 4 PM | | | C.D.C Asthma, onset since childhood, has not used MDI 6 Months. Used MDI, use 2 ? / |
| '5cc/m | 730 m/m 720 m/m 800 th | | O/B NAD LTA, RRR |
| #202 16 | 98°F 108 1 12/68 | | Meds + Labs? Will ?? Asthma - apparently stable s medication |

Khalid N. Khan M.D.
DEC 23 2004

* PL = Problem List;  MTP = Master Treatment Plan

BSH-142 Rev. 3/94

**Bridgewater State Hospital**
**PROGRESS NOTES**

Patient: *Johnston, Bryan*                    BSH No.: _____

| Date/ Time/ Place | Function/ Scope of note | Problem Code(s) (PL/MTP)* | Note (DAP format; signature, printed/stamped name & title) |
|---|---|---|---|
| 2/23/04 B1 4:30 pm | SW | COS | D) *[handwritten note, largely illegible]* ... *Mary Forthes LICSW* |
| 12/?/?? B1 ?:00 pm | Nsg | | D) *[handwritten note, largely illegible]* |

* PL = Problem List;  MTP = Master Treatment Plan

BSH-142  Rev. 3/94

**Bridgewater State Hospital**
**PROGRESS NOTES**

Patient: _____     BSH No.: _____

| Date/<br>Time/<br>Place | Function/<br>Scope<br>of note | Problem<br>Code(s)<br>(PL/MTP)* | Note (DAP format; signature, printed/stamped name & title) |
|---|---|---|---|
| 7-29-04<br>3 50<br>PM | B₁ | D,<br>A/P | *(handwritten clinical progress note, largely illegible)* |

R.101

**Bridgewater State Hospital**
## PROGRESS NOTES

Patient: _Johnston, Bryan_                    BSH No.: _M88981_

| Date/ Time/ Place | Function/ Scope of note | Problem Code(s) (PL/MTP)* | Note (DAP format; signature, printed/stamped name & title) |
|---|---|---|---|
| 30/06 5:00 PM 3-1 | CP | #1 | D. Pt. seen for monitoring. Reports feeling safe and in good control. No thoughts to hurt self. Reports anxiety, but he is able to manage it and does not feel overwhelmed. Cooper. no problems following unit routine. A. Behaviorally stable, no SI, in good control, feels safe. P. Continue to: Monitor pt's progress and behavior. M. Medina, LICSW |
| 05 12 om | SW | 1 | D. Inmt. was seen/given... Pts reports in good mood + ... hope that he will ... × to HOC to be closer to attorney + his family. A. Desires acute distress. Drug H/S ideation ... on plan. Contracts clearly for safety. P. Monitor, H/S. Supportive contact. Mary Fortune, LICSW |
| 06/18 05 10/13 1 | | | FORENSIC NOTE PT 5OC for evaluation TODAY & 1250 12-21+23, 700Y (Chart not AVAILABLE) J. ... Kebler PhD |

* PL = Problem List;  MTP = Master Treatment Plan

| BRIDGEWATER STATE HOSPITAL | PATIENT: | |
|---|---|---|
| **MASTER TREATMENT PLAN** | DOB | Johnston, Bryan |
| | BSH# | 10-3-81 |
| | DAT | M88951 |
| | Psych | 12-10-04 |

Allergies: _____ *NKDA* _____

Does the patient have a Health Care Proxy?   ☐ Yes   ☑ No

**MASTER PROBLEM LIST**

| Problem # | Problem | Date Identified | Date Resolved |
|---|---|---|---|
| 1 | *Risk of self injurious behavior* | 12/21/04 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**TREATMENT PLAN REVIEWS**

| | Date: | Additional Review Dates: |
|---|---|---|
| MTP | 12/21/04 | |
| 1st Monthly Review | | |
| 2nd Monthly Review | | |
| 3rd Monthly Review | | |
| 6 Month Review | | |
| 12 Month Review | | |
| Annual Update | | |

02/09/00

| BRIDGEWATER STATE HOSPITAL | PATIENT | Johnston, Bryan |
|---|---|---|
| MASTER TREATMENT PLAN | BSH #: | 10-3-81 |
| | | M88951 |
| | D.O.B.: | 12-10-04 |

## PSYCHIATRIC DIAGNOSIS:

| Axis I: | R/O Adj. d/o w/ dep. mood, R/O delusional d/o, R/O bipolar d/o, R/O schizophrenia |
|---|---|
| Axis II: | R/O paranoid personality A/O |
| Axis III: | Asthma, S/P multiple fractures HTN |
| Axis IV: | ( ) 1- None  ( ) 2- Mild  ( ) 3- Moderate  ( ) 4- Severe  (✓) 5- Extreme  ( ) 6- Catastrophic Comments: |
| Axis V: | Current GAF: 50   Highest GAF in the past year: 70 |

## PATIENT STRENGTHS:

☑ General Fund of Knowledge       ☑ Work Skills            ☑ Communication Skills
☑ Average or Above Intelligence   ☐ Religious Affiliation  ☐ Financial Means
☑ Supportive Family/Friends       ☑ Physical Health        ☐ Special Hobby/Interest
☑ Motivation for Treatment/Growth ☐ Active Sense of Humor  ☐ Other:
☑ Capable of Independent Living   ☐ Ability for Insight

## PATIENT'S WEAKNESSES/STRESSORS:

☐ Loss (of Whom or What):
☐ Traumatic Event (Please Comment):
☑ Issues secondary to Incarceration (Please Comment):  Very serious charges
☑ Legal Issue                      ☐ Substance Abuse
☐ Marital or Family Conflict       ☐ Medication Change or Non-Compliance
☐ Financial Difficulties           ☐ Occupational Concerns
☐ Health Problems                  ☐ Other:

## DEFERRED PROBLEM(S) IF APPLICABLE WITH JUSTIFICATION:

## DISCHARGE CRITERIA:

PB will stabilize sufficiently to return to proper jurisdiction

02/09/00

| BRIDGEWATER S   E HOSPITAL   R 104 | PATIENT | |
|---|---|---|
| **MASTER TREATMENT PLAN** | BSH #: | Johnston, Bryan 10-3-81 M88951 |
| | D.O.B. | 12-10-04 |

*Risk of*

| **PROBLEM:**  SELF-INJURIOUS BEHAVIORS | **PROBLEM #:** 1 |
|---|---|

**AS MANIFESTED BY:** *(Please specify behaviors)*

☐ Self-mutilation

☐ Self-destructive threats

☒ Other *PTA had "thoughts" of killing himself with a gun PTA - unable to contract for safe*

| Date Identified | SHORT-TERM GOALS: | Target Date | Date Resolved | Date Revised |
|---|---|---|---|---|
| 12/21/04 | ☒ Patient will be able to verbalize stressors leading to self-injurious behaviors | 1/21/05 | | |
| 12/21/04 | ☒ Patient will be able to verbalize strategies for coping with negative affect | 1/21/05 | | |
| | ☐ Patient will refrain from _____ for one week | | | |
| 12/21/04 | ☒ Patient will demonstrate sufficient control to allow transfer to a less restrictive environment (B-II) | 1/21/05 | | |
| | ☐ Other | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**LONG-TERM GOALS:** *(Discharge Criteria)*

☒ Patient will demonstrate sufficient control to safely transition from the hospital

☐ Other

08/04/00

| BRIDGEWATER STATE HOSPITAL | R. LOCATION 86 | | |
|---|---|---|---|
| **MASTER TREATMENT PLAN** | BSH #: | Johnson, Bryan 10-3-81 M88951 | |
| | D.O.B. | 12-10-04 | |

*Risk of SIB uior HI*

| PROBLEM:   SELF-INJURIOUS BEHAVIORS | PROBLEM #: _1_ |
|---|---|

**INTERVENTIONS:** Update with changing STG's:   *(Please be specific, interventions should be measurable)*

| Date | Interventions | Frequency | Discipline | Date Revised |
|---|---|---|---|---|
| | ☐ Psychiatrist will meet with the patient to determine the presence of any psychiatric disorder contributing to self-injury and treat underlying mental illness and monitor responses to treatment and side effects | | | |
| 12/21/04 | ☑ Case Administrator will meet with the patient to help formulate alternative coping strategies and to monitor patients participation and response to anger management skills group | *Weekly during tral* | *Social Work* | |
| 12-29-04 | ☑ Rehabilitation staff will meet with patient to assess cognitive/functional ability and refer patient to appropriate groups that meet the patient's clinical needs. *anger management* | *weekly* | *rehab* | |
| | ☑ Rehabilitation staff will work in conjunction with the treatment team to monitor patient progress. | | | |
| | ☑ Nursing staff will meet the patient to educate regarding the role of medication in functioning, provide limit-setting and encouragement for positive adjustment | *weekly as needed* | | |
| | ☐ Other | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| BRIDGEWATER STATE HOSPITAL 87 | PATIENT |
|---|---|
| **MASTER TREATMENT PLAN** | Johnston, Bryan<br>**D.O.B.:** 10-3-81<br>M88951<br>**BSH #:** 12-10-04 |

| PROBLEM:   POTENTIAL ALTERATIONS IN RESPIRATORY STATUS RELATED TO ASTHMA | PROBLEM #: |
|---|---|

**AS MANIFESTED BY:** *(Please specify signs and symptoms)*

*See S/p*

| Date Identified | SHORT-TERM GOALS: | Target Date | Date Resolved | Date Revised |
|---|---|---|---|---|
| 12/18/04 | ☐ Patient will be free of asthmatic attacks. | 12/18/05 | | |
| | ☐ Patient will comply with treatment. | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**LONG-TERM GOALS:** *(Discharge Criteria)*

☐ Maintain optimal breathing as evidenced by regular respiratory rate/pattern & eupnea.

☐ Patient will verbalize basic understanding of disease process, and will report any wheezing/breathing difficulty to nurse.

☐ Patient will comply with chronic disease clinic visits Q 3 months.

5/7/02

| BRIDGEWATER STATE HOSPITAL | R-107 88 | PATIENT: | Johnston, Bryan |
|---|---|---|---|
| | | D.O.B.: | 10-3-81 |
| MASTER TREATMENT PLAN | | | M88951 |
| | | BSH #: | 12-10-04 |

| PROBLEM:   POTENTIAL ALTERATIONS IN RESPIRATORY STATUS RELATED TO ASTHMA | PROBLEM #: |
|---|---|

**INTERVENTIONS:** Update with changing STG's:   *(Please be specific, interventions should be measurable)*

| Date | Interventions | Frequency | Discipline nsg | Date Revised |
|---|---|---|---|---|
| | ☐ Baseline vital signs. | | | |
| | ☐  Assess patient's level of knowledge of disease. | | | |
| | ☐  Medicate with oral bronchodilators as ordered. | | | |
| | ☐  Medicate with metered dose inhalers as ordered.  If <u>PRN</u> – take vital signs prior to administering and assess breath sounds. | *prn* | | |
| | ☐  See Special Needs Treatment Plan. | | | |
| | ☐  Assess intrinsic/extrinsic factors which may contribute to attacks e.g., pollen, stress. | | | |
| | ☐  Educate patient to avoid stressors when possible. | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

5/7/02

| BRIDGEWATER STATE HOSPITAL | PATIENT | Johnston, Bryan |
|---|---|---|
| | | 10-3-81 |
| MASTER TREATMENT PLAN | BSH#: | M88951 |
| | | 12-10-04 |
| | DOB: | |

## Participation in Master Treatment Plan Process:

This is to acknowledge that I have discussed my treatment plan with my team.  I have been given the opportunity to comment if I so desire.

## PATIENT COMMENTS:

_____

_____

_____

_____

_____

## PATIENT PARTICIPATION IN TREATMENT PLAN:

| | YES | NO | COMMENTS |
|---|---|---|---|
| Present at Treatment Planning Meeting? | ✓ | | |
| Agreed to participate? | ✓ | | |
| Contributed to goals and interventions? | | | |

Patient's Signature: _Pt prefers not to sign any document w/o attorney consent_  Date: _____

Team Representative: _Mary Soctees LICSW_  Date: _12/21/04_

| BRIDGEWATER STATE HOSPITAL | PATIENT | Johnston, Bryan |
|---|---|---|
| MASTER TREATMENT PLAN SIGNATURE PAGE | D.O.B.: | 10-3-81 M88951 |
| | BSH #: | 12-10-04 |

| * Indicates Case Administrator Tx Plan for the Period of: | * Indicates Case Administrator Tx Plan for the Period of: | * Indicates Case Administrator Tx Plan for the Period of: |
|---|---|---|
| Psychiatrist _____ Date | Psychiatrist _____ Date | Psychiatrist _____ Date |
| Social Worker _____ Date | Social Worker _____ Date | Social Worker _____ Date |
| Nurse _____ Date | Nurse _____ Date | Nurse _____ Date |
| Psychologist _____ Date | Psychologist _____ Date | Psychologist _____ Date |
| Rehabilitation Therapist _____ Date | Rehabilitation Therapist _____ Date | Rehabilitation Therapist _____ Date |
| Mental Health Worker _____ Date | Mental Health Worker _____ Date | Mental Health Worker _____ Date |

| * Indicates Case Administrator Tx Plan for the Period of: | * Indicates Case Administrator Tx Plan for the Period of: | * Indicates Case Administrator Tx Plan for the Period of: |
|---|---|---|
| Psychiatrist _____ Date | Psychiatrist _____ Date | Psychiatrist _____ Date |
| Social Worker _____ Date | Social Worker _____ Date | Social Worker _____ Date |
| Nurse _____ Date | Nurse _____ Date | Nurse _____ Date |
| Psychologist _____ Date | Psychologist _____ Date | Psychologist _____ Date |
| Rehabilitation Therapist _____ Date | Rehabilitation Therapist _____ Date | Rehabilitation Therapist _____ Date |
| Mental Health Worker _____ Date | Mental Health Worker _____ Date | Mental Health Worker _____ Date |

**BRIDGEWATER STATE HOSPITAL**

**PATIENT/FAMILY TEACHING LOG**

JOHNSTON BRYAN
D/O/B 10/3/81
M88951
D/O/A 12/10/O4

UNIT:

**CODES:**

| Recipient: | Instruction Method: | Comprehension |
|---|---|---|
| P – Patient | 1-Verbal Instruction | 1-None |
| F - Family | 2-Written Instruction | 2-Limited |
| | 3-Video Presentation | 3-Good |
| | | 4-Excellent |

| DATE | Educational Topic | Recipient | | Instruction Method | | | Comprehension | | | | Staff Signature |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | P | F | 1 | 2 | 3 | 1 | 2 | 3 | 4 | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

| CODES: | | Instruction Method: | | | | Comprehension | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Recipient:<br>P – Patient<br>F - Family | | 1-Verbal Instruction<br>2-Written Instruction<br>3-Video Presentation | | | | 1-None<br>2-Limited<br>3-Good<br>4-Excellent | | | | |

| DATE | Educational Topic | Recipient | | Instruction Method | | | Comprehension | | | | Staff Signature |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | P | F | 1 | 2 | 3 | 1 | 2 | 3 | 4 | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

R 112
93

# Bridgewater State Hospital
## Rehabilitation Services
### Weekly Group Progress Note

Dates: Between 12/5/2004 And 12/11/2004

| | |
|---|---|
| **Patient** | JOHNSTON  BRYAN |
| **BSH II** | D/O/B 10/3/81 |
| **DOB:** | M88951 |
| **Unit:** | D/O/A 12/10/O4 |

| Date | Facilitator | Participation | Behavior | Progress | Comments |
|------|-------------|---------------|----------|----------|----------|

## CASE MANAGEMENT COMMENTS

☑ *PATIENT DID NOT ATTEND UNIT BASED GROUP TREATMENT*

☐ *PATIENT COMMITTED TO BRIDGEWATER STATE HOSPITAL THIS REPORTING PERIOD*

☐ *PATIENT DICHARGED ON _____/_____/_____*

## REVIEW AND SIGN-OFF

nature _____  Title _Rehab_____  Date 12-17-04

Tuesday, December 14, 2004

R.113
94

# Bridgewater State Hospital
## Rehabilitation Services
## Weekly Group Progress Note

*Dates: Between 12/12/2004 And 12/18/2004*

| Patient: | Johnston, Bryan |
|---|---|
| *BSH ID#* | M88951 |
| *DOB:* | 10/3/81 |
| *Unit:* | B1 |

| Date | Facilitator | Participation | Behavior | Progress | Comments |
|---|---|---|---|---|---|
| | | | | | |

## CASE MANAGEMENT COMMENTS

[✓] *PATIENT DID NOT ATTEND UNIT BASED GROUP TREATMENT*

[ ] *PATIENT COMMITTED TO BRIDGEWATER STATE HOSPITAL THIS REPORTING PERIOD*

[ ] *PATIENT DICHARGED ON _____/_____/_____*

## REVIEW AND SIGN-OFF

Signature *Susanne Bartlett* Title ___OTRL___ Date _12-21-04_

*Tuesday, December 21, 2004*

R.114
95

# Bridgewater State Hospital
## Rehabilitation Services
### Weekly Group Progress Note

| Patient: | Johnston, Bryan |
|---|---|
| BSH II | 10-3-81 |
| | M88951 |
| DOB: | 12-10-04 |
| Unit: | |

*Date :: Between 12/19/2004 And 12/25/2004*

| Date | Facilitator | Participation | Behavior | Progress | Comments |
|---|---|---|---|---|---|
| | | | | | |

## CASE MANAGEMENT COMMENTS

☒ *PATIENT DID NOT ATTEND UNIT BASED GROUP TREATMENT*

☐ *PATIENT COMMITTED TO BRIDGEWATER STATE HOSPITAL THIS REPORTING PERIOD*

☐ *PATIENT DICHARGED ON _____/_____/_____*

## REVIEW AND SIGN-OFF

Signature _Sueanne Bartlett_    Title _OTR/L_    Date _12 - 27-04_

*Monday, December 27, 2004*

R.115
96

# Bridgewater State Hospital
## Rehabilitation Services
### Weekly Group Progress Note

*Dates: Between 12/26/2004 And 1/1/2005*

| Patient: | Johnston, Bryan |
|---|---|
| *BSH ID* | 10-3-81 |
| *DOB:* | M88951 |
| *Unit:* | 12-10-04 |

| Date | Facilitator | Participation | Behavior | Progress | Comments |
|---|---|---|---|---|---|
| | | | | | |

## CASE MANAGEMENT COMMENTS

☒ *PATIENT DID NOT ATTEND UNIT BASED GROUP TREATMENT*

☐ *PATIENT COMMITTED TO BRIDGEWATER STATE HOSPITAL THIS REPORTING PERIOD*

☐ *PATIENT DICHARGED ON* _____/_____/_____

## REVIEW AND SIGN-OFF

Signature __Susanne Daylett__ Title _OTR/L_ _____ Date _1-6-05_

*Tuesday, January 04, 2005*

R 97

## Bridgewater State Hospital
## Rehabilitation Services
## Weekly Group Progress Note

*Dates: Between 1/2/2005 And 1/8/2005*

| | |
|---|---|
| **Patient:** | bryan                johnston |
| **BSH ID#** | M88951 |
| **DOB:** | 10/3/81 |
| **Unit:** | D/C |

---

### Violence Prevention

| Date | Facilitator | Participation | Behavior | Progress | Comments |
|---|---|---|---|---|---|
| 1/4/05 | Bartlett | Active | Attentive | N/A | Pt. attended 1/1 groups. Active and attentive in group discussion. Appropriate. Identified strategies for managing his anger. |

---

### CASE MANAGEMENT COMMENTS

☒ *PATIENT DID NOT ATTEND UNIT BASED GROUP TREATMENT*

☒ *PATIENT COMMITTED TO BRIDGEWATER STATE HOSPITAL THIS REPORTING PERIOD*

☒ *PATIENT DICHARGED ON* _01_ / _07_ / _05_

### REVIEW AND SIGN-OFF

Signature _____ Title _____ Date _1/1/05_

R.117
98

| **BRIDGEWATER STATE HOSPITAL** | JOHNSTON  BRYAN |
|---|---|
| **ADMISSION TB SCREENING** | D/O/B 10/3/81 |
| | M88951 |
| | D/O/A 12/10/04 |

UNIT:

Date of Admission: _12\10\04_

| Have you ever tested Positive for TB? | ☐ Yes | ☑ No |
| Have you ever been treated with TB medications? | ☐ Yes | ☑ No |
| Are you currently on TB medications? | ☐ Yes | ☑ No |

Preventative Therapy/Drugs Used:_____

Treated From_____To_____

Comments:_____

**Symptom Evaluation:**

| Symptom | Present (+) | Absent (-) | Comment |
|---|---|---|---|
| Cough/Hemoptysis | | ⊖ | |
| Chest Pain | | ⊖ | |
| Fever/Chills | | ⊖ | |
| Fatigability/Malaise | | ⊖ | |
| Night Sweats | | ⊖ | |
| Loss of Appetite | | ⊖ | |
| Weight Loss | | ⊖ | Today's Weight: Unknown |

TB Skin Testing
Implant Date: _12/10/04_   10 _39/P_        Read Date: _0 15Dec04_ ___ mm   ∅
Nurses Signature: _MM M℃ Cow_            Nurses Signature: _N_

Anergy Testing if indicated:
Candida Implant Date:_____   Read Date:_____
Mumps Implant Date:_____    Read Date:_____
Nurses Signature:_____       Nurses Signature:_____

☑ N/A - No Signs/Symptoms
☐ Refer to M.D.
Signature _MM M℃ Cow_  Date:_12/10/04_ Time: _11 58_ AM/PM
Admission TB Screening
7/20/99

| BRIDGEWATER STATE HOSPITAL | PATIENT: _JOHNSTON, BRYAN_ |
| --- | --- |
| SPECIAL NEEDS TREATMENT PLANNING | DOB: _10/3/81_ |
| | BSH#: _M 88951_ |

Diagnosis   ASTHMA/COPD

Allergies _____ NKDA _____

Medication/
Treatment _____ Albuterol Non at Present _____
_____
_____

Laboratory _PBFR'S   PRN _____

Exercise   MODERATE EXERCISE - AVOID ACTIVITIES THAT MAY PRECIPITATE ATTACKS

Diet   MAINTAIN BALANCED DIET WITH ADEQUATE FLUID INTAKE [Specify if special diet]

Short Term   1] EDUCATION TO CAUSE, CARE AND TREATMENT OF ASTHMA/COPD
Goal[s]   2] IDENTIFY PRECIPITATING FACTORS THAT TRIGGER ATTACKS
3] INSTRUCTION ON BREATHING EXERCISES

Long Term   1] SELF ADMINISTRATION OF MEDICATION
Goal[s]   2] AWARENESS OF MEDICATION SIDE EFFECTS
3] IDENTIFY EARLY SIGNS OF HYPOXEMIA AND HOW TO REPORT

Education:   1] TEACH CAUSE, CARE AND TREATMENT OF ASTHMA/COPD
2] TEACH BREATHING EXERCISES AND MEDICATION SELF ADMINISTRATION
3] TEACH HYPOXEMIA AND HOW AND WHEN TO REPORT IT TO THE HSU

Follow-Up   CHRONIC DISEASE/SPECIAL NEEDS CLINIC EVERY THREE MONTHS
SEE MD ORDERS AND PROGRESS NOTES
OTHER: _____

Khalid N. Khan M.D.

Planning by _____ Date _____

DEC 2 3 2004

MD Signature _____ Date _____

| Reviewed | Date | Reviewed | Date |
| --- | --- | --- | --- |
| | | | |
| | | | |
| | | | |

Treatment Discontinued by _____ Date _____

Problem List Documentation Resolved by _____ Date _____

CLOSE OBSERVATION UNIT
Referral Form

ADMISSION SECTION                                           Date: _12 - 17 - 04_

Patient: _Johnson, Bryan_                    Hospital ID: _8895/_

Sending Unit: _ITU_

Designated Contact Person: _ITU_                    ext_____

Progress Note: (Specify reason for need for C.O.U. at this time e.g. current mental status, immediate precipitants, any additional stressors, etc.)

_Pt is high profile / at risk for self harm_

Med. Treatment Team Member Contacted:_____

Admit to C.O.U. per: _EKilleen, m.d._
(Referring Clinician)

-----------------------------------------------------------------------------

DISCHARGE SECTION                                          Date:_____

Progress Note: (Specify clinical information regarding change in mental status, situational/environmental stressors current suicidality, etc.).

_Pt non coop_