**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF MASSACHUSETTS**

**15-cv-12332-WGY**

**Bryan R. Johnston,**
**Petitioner**

**v.**

**Lisa A. Mitchell**
**Superintendent, Old Colony Correctional Center**

**APPENDIX IN SUPPORT OF PETITION FOR HABEAS CORPUS**
**PAGES 120-149**

for the petitioner:

David J. Nathanson
BBO #633772
Wood & Nathanson, LLP
227 Lewis Wharf
Boston, MA 02110
dnathanson@woodnathanson.com
978-744-2695

dated: October 23, 2015

**CLOSE OBSERVATION UNIT**
Referral Form

**ADMISSION SECTION** Date: ____________

Patient: Johnston, Bryan Hospital ID: ____________

Sending Unit: B1

Designated Contact Person: ____________ ext____

Progress Note: (Specify reason for need for C.O.U. at this time e.g. current mental status, immediate precipitants, any additional stressors, etc.)

Med.Treatment Team Member Contacted: ____________

Admit to C.O.U. per: ____________
(Referring Clinician)

---

**DISCHARGE SECTION** Date: 12/23/04

Progress Note: (Specify clinical information regarding change in mental status, situational/environmental stressors current suicidality, etc.).

Pt reports no further S/I, intent or pl[illegible] Contracts for safety. Future orient[illegible] affect is brighter. Looks forward to family visit for Sunday.

Discharge From C.O.U. per: Mary Fortune LICSW
(D/C Clinician/Med. Team Member Approving D/C)

---

**TRANSFER SECTION** Date: 12/23/04

To: B1
(Receiving Unit)

Receiving Unit Clinician Contacted: Mary Fortune LICSW

Per: ____________
(Medical Unit Treatment Team Member)



Facility BSH

Month Dec 2004

HOUR

D Placted

D read

enadryl 50mg PO Now

enadryl 50mg PO PRN sleep x3 days

Benadryl 100mg po x30

...IAN 1mg PO BID PRN PANIC ATTACK x30

INIT.

HOUR

Medical Record No. M 88957

Orders Noted

By

Allergies NKDA

JOHNSTON, BRYAN M 88951 DOB 10-3-81

...ISTON BRYAN
...B 10/3/81
8951

R-122

INSTRUCTIONS:
a. Put initial in appropriate box when medication given.
b. Circle initials when medication refused.
c. State reason for refusal on nurse's notes.
d. PRN Med: Reason given and results should be noted on Nurse's Medication Notes.

CHARTING CODES:
A-Charted in error
B-Patient refused.
C-Patient out of facility.
D-Drug not given. Indicate reason in Nurse's Medication Notes.
E-See Nurse's Medication Notes.
F-Patient did not retain medication.
G-Effective
H-Ineff
I- Hosp
J-Leav

.C. CODES
/S - No Show
R - Refused

Pulse

Blood Pressure

PATCH SITE/ INJECTION SITE CODES:
1 – RIGHT DORSAL GLUTEUS
2 – LEFT DORSAL GLUTEUS
3 – RIGHT VENTRAL GLUTEUS
4 – LEFT VENTRAL GLUTEUS
5 – RIGHT LATERAL THIGH
6 – LEFT LATERAL THIGH
7 – RIGHT DELTOID
8 – LEFT DELTOID
9 – RIGHT UPPER ARM
10 – LEFT UPPER ARM
11 – RIGHT ANTERIOR THIGH
12 – LEFT ANTERIOR THIGH
13
14
15 – UPPER CHEST LEFT
16 – UPPER CHEST RIGHT

## Medication / Treatment

| Date | Hour | Initials | Medication / Treatment | Reason | Result / Assessment |
|---|---|---|---|---|---|
| 12-17-04 | 8 P.M. | M.S | Benadryl 50 mgm. po. | Insomnia | Pending |
| 12-18-04 | 8 P.M. | M.S | Benadryl 50 mgm po | Insomnia | Pending |
| 12-31-04 | 3 15 pm. | M.S | Ativan 1 mgm. po. | Anxiety | Some effect |
| 12-31-04 | 8 P.M. | M.S | Ativan 1 mgm po | Anxiety | Pending |
| 1-2-04 | 6 45 p.m. | M.S | Ativan 1 mgm po | Anxiety | Some effect |
| 1-4-04 | 8 pm. | M.S | Ativan 1 mgm. po | Panic anxiety | Pending |
| 1-7-05 | 8 am | ES | Ativan 1 mg po | anxiety r/t d/c | effective |
| 1-7-05 | 1 pm | ES | Ativan 1 mg po | anxiety c̄ leaving for court | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Initials | Signature |
|---|---|
| [illegible] | [illegible] |
| M | [illegible] |
| M | [illegible] McQueen |
| [illegible] | [illegible] |
| [illegible] | [illegible] |
| [illegible] | [illegible] |
| [illegible] | [illegible] |
| M.S | [illegible] Simmons, RN |
| ES | [illegible] Simon RN |
| P | [illegible] |
| [illegible] | [illegible] Connell RN |
| [illegible] | [illegible] |

Treatment Codes: C = Color R = Red P = Pink Y = Yellow B = Black
D = Drainage P = Purulent SS = Serosanguinous B = Blood N = None A = Area - Open - Closed

Facility BSH

Month JAN 05

R. 123

HOUR

Fluzone 0.5ml IM X1

INIT.

INIT.

INIT.

INIT.

INIT.

INIT.

INIT.

HOUR

Date/Time

Medical Record No. m 88951

Physician

osis

Orders Noted

By

Date/Time

Allergies: NKA

LOCATION

AGE

HEIGHT

WEIGHT

NON-DRUG ALLERGIES:

COMMENTS:

104

INSTRUCTIONS:
a. Put initial in appropriate box when medication given.
b. Circle initials when medication refused.
c. State reason for refusal on nurse's notes.
d. PRN Med: Reason given and results should be noted on Nurse's Medication Notes.

CHARTING CODES:
A-Charted in error
B-Patient refused.
C-Patient out of facility.
D-Drug not given. Indicate reason in Nurse's Medication Notes.
E-See Nurse's Medication Notes.
F-Patient did not retain medication.
G-Effective
H-Ineffe
I- Hosp
J-Leave

.C. CODES
'S - No Show
R - Refused

Pulse

Blood Pressure

PATCH SITE/ INJECTION SITE CODES:
1 – RIGHT DORSAL GLUTEUS
2 – LEFT DORSAL GLUTEUS
3 – RIGHT VENTRAL GLUTEUS
4 – LEFT VENTRAL GLUTEUS
5 – RIGHT LATERAL THIGH
6 – LEFT LATERAL THIGH
7 – RIGHT DELTOID
8 – LEFT DELTOID
9 – RIGHT UPPER ARM
10 – LEFT UPPER ARM
11 – RIGHT ANTERIOR THIGH
12 – LEFT ANTERIOR THIGH
13
14
15 – UPPER CHEST LEFT
16 – UPPER CHEST RIGHT

## Medication / Treatment

| Date | Hour | Initials | Medication / Treatment | Reason | Result / Assessment |
|---|---|---|---|---|---|
| | | | | | |

| Initial | Signature |
|---|---|
| Ac | ...e Collins RN |

Treatment Codes: C = Color R = Red P = Pink Y = Yellow B = Black
D = Drainage P = Purulent SS = Serosanguinous B = Blood N = None A = Area - Open - Closed

Institution BSH

# UMASS CORRECTIONAL HEALTH TREATMENT ADMINISTRATION RECORD

MONTH Dec 20 04

| START DATE | STOP DATE | INT | DRUG - DOSE MODE - INTERVAL | HR |
|---|---|---|---|---|
| 12/10 | 12/10 | CAH | Vital Signs Admit only | 10p |
| 12/10 | 12/10 error | CAH | Diet Regular | |
| 12/10 | | CAH | Urinalysis | |
| 12/10 | | CAH | CBC, RPR Admission | |
| 12/10 | | CAH | MMR after CBC results | |
| | | | | |
| | | | | |

| STAFF SIGNATURE | DATE | INITIAL | STAFF SIGNATURE | DATE | INITIAL | STAFF SIGNATURE | DATE | INITIAL |
|---|---|---|---|---|---|---|---|---|
| Christine Hagopian | 12/10 | CAH | Kelly McClure | 12/10 | [illegible] | [illegible] | 12/04 | MS |

NS=NO SHOW ... DISCONTINUE R=REFUSED

ALLERGIES: NKDA

DOB/INMATE #:

LOCATION:

BRYAN

/81

0/04

8027 Rev. 08/01

106

COMPLIANCY NOTES:

| DATE | TIME | | NURSE'S SIGNATURE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

KEEP-ON-PERSON MEDICATIONS: INMATE SIGNATURE SIGNIFIES RECEIPT OF MEDICATION, ADMINISTRATION & EDUCATION

| | |
|---|---|
| MEDICATION: | MEDICATION: |
| # OF PILLS: | # OF PILLS: |
| START/STOP DATES: | START/STOP DATES: |
| NURSE SIGNATURE: | NURSE SIGNATURE: |
| INMATE SIGNATURE: | INMATE SIGNATURE: |
| MEDICATION: | MEDICATION: |
| # OF PILLS: | # OF PILLS: |
| START/STOP DATES: | START/STOP DATES: |
| NURSE SIGNATURE: | NURSE SIGNATURE: |
| INMATE SIGNATURE: | INMATE SIGNATURE: |

KEEP-ON-PERSON MEDICATIONS: INMATE SIGNATURE SIGNIFIES RECEIPT OF MEDICATION, ADMINISTRATION & EDUCATION

| | |
|---|---|
| MEDICATION: | MEDICATION: |
| # OF PILLS: | # OF PILLS: |
| START/STOP DATES: | START/STOP DATES: |
| NURSE SIGNATURE: | NURSE SIGNATURE: |
| INMATE SIGNATURE: | INMATE SIGNATURE: |
| MEDICATION: | MEDICATION: |
| # OF PILLS: | # OF PILLS: |
| START/STOP DATES: | START/STOP DATES: |
| NURSE SIGNATURE: | NURSE SIGNATURE: |
| INMATE SIGNATURE: | INMATE SIGNATURE: |

107

B1

**BRIDGEWATER STATE HOSPITAL**

**INITIAL SECLUSION OR RESTRAINT ORDER**

JOHNSTON BRYAN
D/O/B 10/3/81
M88951
D/O/A 12/10/04

**DATE:** 12-10-04 **TIME:** 10:30 AM (PM)

**Interventions Attempted Before Seclusion or Restraint:**

- ☐ Evaluation by Treatment Team
- ☒ Evaluation by Doctor on Call/Crisis Clinician
- ☐ Time Out/Quiet Time
- ☐ PRN Medication
- ☐ Other (Specify):
- ☐ No Intervention Possible

**Categorize Situation Requiring Seclusion or Restraint (check one):**

- ☐ Imminent Risk of Serious Harm to Others
- ☒ Occurrence of Serious Harm to Others
- ☐ Imminent Risk of Serious Harm to Self
- ☐ Occurrence of Serious Harm to Self

**Technique Used (check one):**

☒ Seclusion ☐ Restraint

**Duration of Order:**

☐ Up to One Hour (If Clinician Orders) ☒ Up to Three Hours (If MD Orders)

**Describe the Emergency Situation:**

Hx of injury to another individual

**Patient May be Issued:** ☑ Blankets ☑ Shorts and T-Shirt ☐ Paper Gown ☐ Pants without Zipper

☒ ITU Physician/Nurse notified (names) M. L. ANGELES, M.D.

Time: 11 AM/(PM)

| Signature: | Title/Credentials: | Printed Name: |
|---|---|---|
| M L Angeles | MD | M. L. ANGELES, M.D. |

Initial S&R Order
Revised 9/18/03

R 128
109

**BRIDGEWATER STATE HOSPITAL**

**SECLUSION AND RESTRAINT ORDER SHEET**

**Page 1 of 2**

JOHNSTON BRYAN
D/O/B 10/3/81
M88951
D/O/A 12/10/04

| Date: | | Physician Order For Seclusion And Restraint |
|---|---|---|
| 12/10/04 | Time 10:30 am/pm (pm circled) | **1. Seclude Patient:** ☑ **Room Seclusion** ☐ **4 point Restraint** ☐ **Special Instructions:** ____ **2. Reason for Seclusion:** ☑ **Substantial Risk/Occurrence of Serious Physical Assault** ☐ **Substantial Risk/Occurrence of Serious Self Destructive Behavior** **3. Time limit not to exceed:** ☐ **3 hours (>18 years of age)** ☐ **2 hours (<18 years of age)** [signature] MD Physician's Signature; [signature] 12/10/04 11 P3 RN/LPN, RN/LPN Signature/Date/Time; M. L. ANGELES, M.D. MD Print Name |
| 12/11/04 | Time 2 am/pm (am circled) | ☑ Continue Seclusion ☐ Continue Restraint Time limit not to exceed: ☑ 3 hours (>18 years of age) ☐ 2 hours (<18 years of age) ☐ Change in Status: ____ Reason for Continued Seclusion: ☑ Substantial Risk/Occurrence of Serious Physical Assault ☐ Substantial Risk/Occurrence of Serious Self Destructive Behavior [signature] MD Physician's Signature; [signature] 12/11/04 2 AM RN/LPN, RN/LPN Signature/Date/Time |
| 12/11/04 | Time 5 am/pm (am circled) | ☑ Continue Seclusion ☐ Continue Restraint Time limit not to exceed: ☑ 3 hours (>18 years of age) ☐ 2 hours (<18 years of age) ☐ Change in Status: ____ Reason for Continued Seclusion: ☑ Substantial Risk/Occurrence of Serious Physical Assault ☐ Substantial Risk/Occurrence of Serious Self Destructive Behavior [signature] MD Physician's Signature; [signature] 12/11/04 5 RN/LPN, RN/LPN Signature/Date/Time |
| 12-11 | Time 8 am/pm (am circled) | ☐ Continue Seclusion ☐ Continue Restraint Time limit not to exceed: ☑ 3 hours (>18 years of age) ☐ 2 hours (<18 years of age) ☐ Change in Status: ____ Reason for Continued Seclusion: ☑ Substantial Risk/Occurrence of Serious Physical Assault ☐ Substantial Risk/Occurrence of Serious Self Destructive Behavior [signature] MD Physician's Signature; [signature] 12/11/04 RN/LPN, RN/LPN Signature/Date/Time |

R.129
110

**BRIDGEWATER STATE HOSPITAL**

**SECLUSION AND RESTRAINT ORDER SHEET**

**Page 2 of 2**

JOHNSTON BRYAN
D/O/B 10/3/81
M88951
D/O/A 12/10/04

| Date | | Physician Order For Seclusion And Restraint |
|---|---|---|
| | Time ______ am/pm | ☐ Continue Seclusion ☐ Continue Restraint<br>Time limit not to exceed:<br>☐ 3 hours (>18 years of age) ☐ 2 hours (<18 years of age)<br>☐ Change in Status: ______<br>Reason for Continued Seclusion:<br>☐ Substantial Risk/Occurrence of Serious Physical Assault<br>☐ Substantial Risk/Occurrence of Serious Self Destructive Behavior<br>______ MD ______ RN/LPN<br>Physician's Signature RN/LPN Signature/Date/Time |
| 12-11-04 | Time 11 am/pm (am circled) | ☑ Continue Seclusion ☐ Continue Restraint<br>Time limit not to exceed:<br>☑ 3 hours (>18 years of age) ☐ 2 hours (<18 years of age)<br>☐ Change in Status: ______<br>Reason for Continued Seclusion:<br>☑ Substantial Risk/Occurrence of Serious Physical Assault<br>☐ Substantial Risk/Occurrence of Serious Self Destructive Behavior<br>[signature] MD [signature] RN/LPN 12/11/04<br>Physician's Signature RN/LPN Signature/Date/Time |
| 12-11 | Time 2 am/pm (pm circled) | ☑ Continue Seclusion ☐ Continue Restraint<br>Time limit not to exceed:<br>☑ 3 hours (>18 years of age) ☐ 2 hours (<18 years of age)<br>☐ Change in Status: ______<br>Reason for Continued Seclusion:<br>☑ Substantial Risk/Occurrence of Serious Physical Assault<br>☐ Substantial Risk/Occurrence of Serious Self Destructive Behavior<br>[signature] MD [signature] RN/LPN 12/11/04 2p<br>Physician's Signature RN/LPN Signature/Date/Time |
| 12/11/04 | Time 5 am/pm (pm circled) | ☑ Continue Seclusion ☐ Continue Restraint<br>Time limit not to exceed:<br>☑ 3 hours (>18 years of age) ☐ 2 hours (<18 years of age)<br>☐ Change in Status: ______<br>Reason for Continued Seclusion:<br>☑ Substantial Risk/Occurrence of Serious Physical Assault<br>☐ Substantial Risk/Occurrence of Serious Self Destructive Behavior<br>Stephen Karaek MD [signature] RN/LPN 12/11/04 5:3_<br>Physician's Signature RN/LPN Signature/Date/Time |

R.130
111

| BRIDGEWATER STATE HOSPITAL<br>SECLUSION AND RESTRAINT ORDER SHEET<br>Page 1 of 2 | PATIENT: JOHNSTON, BRYAN<br>DOB: 1/0/3/81.<br>BSH#: M88951 |
|---|---|

| Date | Time | Physician Order For Seclusion And Restraint |
|---|---|---|
| | Time ____ am/pm | 1. Seclude Patient: ☐ Room Seclusion ☐ 4 point Restraint ☐ Special Instructions: ____<br>2. Reason for Seclusion:<br>☐ Substantial Risk/Occurrence of Serious Physical Assault<br>☐ Substantial Risk/Occurrence of Serious Self Destructive Behavior<br>3. Time limit not to exceed:<br>☐ 3 hours (>18 years of age) ☐ 2 hours (<18 years of age)<br>____ MD Physician's Signature ____ RN/LPN RN/LPN Signature/Date/Time<br>____ MD Print Name |
| 12/11/04 | Time 8 am/pm | ☒ Continue Seclusion ☐ Continue Restraint<br>Time limit not to exceed:<br>☒ 3 hours (>18 years of age) ☐ 2 hours (<18 years of age)<br>☐ Change in Status: ____<br>Reason for Continued Seclusion:<br>☒ Substantial Risk/Occurrence of Serious Physical Assault<br>☐ Substantial Risk/Occurrence of Serious Self Destructive Behavior<br>[signature] MD Physician's Signature [signature] RN/LPN RN/LPN Signature/Date/Time 8P 12/11/04 |
| 12/11/04 | Time 11:30 am/pm | ☒ Continue Seclusion ☐ Continue Restraint<br>Time limit not to exceed:<br>☒ 3 hours (>18 years of age) ☐ 2 hours (<18 years of age)<br>☐ Change in Status: ____<br>Reason for Continued Seclusion:<br>☒ Substantial Risk/Occurrence of Serious Physical Assault<br>☐ Substantial Risk/Occurrence of Serious Self Destructive Behavior<br>[signature] MD Physician's Signature [signature] 12/11/04 - 11 PM RN/LPN RN/LPN Signature/Date/Time |
| 12/12 | Time 2 am/pm | ☒ Continue Seclusion ☐ Continue Restraint<br>Time limit not to exceed:<br>☒ 3 hours (>18 years of age) ☐ 2 hours (<18 years of age)<br>☐ Change in Status: ____<br>Reason for Continued Seclusion:<br>☒ Substantial Risk/Occurrence of Serious Physical Assault<br>☐ Substantial Risk/Occurrence of Serious Self Destructive Behavior<br>[signature] MD Physician's Signature [signature] 12/12/04 [illegible] RN/LPN RN/LPN Signature/Date/Time |

R.131

112

| BRIDGEWATER STATE HOSPITAL<br><br>SECLUSION AND RESTRAINT ORDER SHEET<br>Page 2 of 2 | PATIENT: Johnston, Bryan<br>DOB: 10/3/81<br>BSH#: 488951 |
|---|---|

| Date | | Physician Order For Seclusion And Restraint |
|---|---|---|
| 12/12/04 | Time 5 am/pm | ☒ Continue Seclusion ☐ Continue Restraint<br>Time limit not to exceed:<br>☒ 3 hours (>18 years of age) ☐ 2 hours (<18 years of age)<br>☐ Change in Status: ____<br><br>Reason for Continued Seclusion:<br>☒ Substantial Risk/Occurrence of Serious Physical Assault<br>☐ Substantial Risk/Occurrence of Serious Self Destructive Behavior<br>____ MD ____ 12/12/04 RN/LPN<br>Physician's Signature RN/LPN Signature/Date/Time |
| 12-12 | Time 8 am/pm | ☒ Continue Seclusion ☐ Continue Restraint<br>Time limit not to exceed:<br>☒ 3 hours (>18 years of age) ☐ 2 hours (<18 years of age)<br>☐ Change in Status: ____<br><br>Reason for Continued Seclusion:<br>☒ Substantial Risk/Occurrence of Serious Physical Assault<br>☐ Substantial Risk/Occurrence of Serious Self Destructive Behavior<br>____ MD ____ RN/LPN 12/12/04 11a<br>Physician's Signature RN/LPN Signature/Date/Time |
| 12-12 | Time 11 am/pm | ☒ Continue Seclusion ☐ Continue Restraint<br>Time limit not to exceed:<br>☒ 3 hours (>18 years of age) ☐ 2 hours (<18 years of age)<br>☐ Change in Status: ____<br><br>Reason for Continued Seclusion:<br>☒ Substantial Risk/Occurrence of Serious Physical Assault<br>☐ Substantial Risk/Occurrence of Serious Self Destructive Behavior<br>____ MD ____ RN/LPN 12/12/04 12p<br>Physician's Signature RN/LPN Signature/Date/Time |
| 12-12 | Time 2 am/pm | ☒ Continue Seclusion ☐ Continue Restraint<br>Time limit not to exceed:<br>☒ 3 hours (>18 years of age) ☐ 2 hours (<18 years of age)<br>☐ Change in Status: ____<br><br>Reason for Continued Seclusion:<br>☒ Substantial Risk/Occurrence of Serious Physical Assault<br>☐ Substantial Risk/Occurrence of Serious Self Destructive Behavior<br>____ MD ____ RN/LPN 12/12/04 3p<br>Physician's Signature RN/LPN Signature/Date/Time |

R 132
113

| BRIDGEWATER STATE HOSPITAL<br><br>SECLUSION AND RESTRAINT ORDER SHEET<br><br>Page 1 of 2 | PATIENT: Johnston, Bryan<br>DOB: 10-3-81<br>BSH#: 12-10-04 |
|---|---|

| Date | | Physician Order For Seclusion And Restraint |
|---|---|---|
| | Time ____ am/pm | 1. Seclude Patient:<br>☐ Room Seclusion ☐ 4 point Restraint ☐ Special Instructions: ____<br>2. Reason for Seclusion:<br>☐ Substantial Risk/Occurrence of Serious Physical Assault<br>☐ Substantial Risk/Occurrence of Serious Self Destructive Behavior<br>3. Time limit not to exceed:<br>☐ 3 hours (>18 years of age) ☐ 2 hours (<18 years of age)<br>____ MD Physician's Signature ____ RN/LPN RN/LPN Signature/Date/Time<br>____ MD Print Name |
| 12-12-04 | Time 5 am/pm (pm circled) | ☑ Continue Seclusion ☐ Continue Restraint<br>Time limit not to exceed:<br>☑ 3 hours (>18 years of age) ☐ 2 hours (<18 years of age)<br>☐ Change in Status: ____<br>Reason for Continued Seclusion:<br>☑ Substantial Risk/Occurrence of Serious Physical Assault<br>☐ Substantial Risk/Occurrence of Serious Self Destructive Behavior<br>Gabriel MD Physician's Signature<br>Barbara Dunn RN/LPN 12/12/04 7p RN/LPN Signature/Date/Time |
| 12-12-04 | Time 8 am/pm (pm circled) | ☑ Continue Seclusion ☐ Continue Restraint<br>Time limit not to exceed:<br>☑ 3 hours (>18 years of age) ☐ 2 hours (<18 years of age)<br>☐ Change in Status: ____<br>Reason for Continued Seclusion:<br>☑ Substantial Risk/Occurrence of Serious Physical Assault<br>☐ Substantial Risk/Occurrence of Serious Self Destructive Behavior<br>Gabriel MD Physician's Signature<br>Barbara Dunn RN/LPN 12/12/04 9p RN/LPN Signature/Date/Time |
| 12-12-04 | Time 11 am/pm (pm circled) | ☑ Continue Seclusion ☐ Continue Restraint<br>Time limit not to exceed:<br>☑ 3 hours (>18 years of age) ☐ 2 hours (<18 years of age)<br>☐ Change in Status: ____<br>Reason for Continued Seclusion:<br>☑ Substantial Risk/Occurrence of Serious Physical Assault<br>☐ Substantial Risk/Occurrence of Serious Self Destructive Behavior<br>Gabriel MD Physician's Signature<br>Lisa Chapman RN/LPN 12/12/04 11p RN/LPN Signature/Date/Time |

R.133

114

| BRIDGEWATER STATE HOSPITAL<br><br>SECLUSION AND RESTRAINT ORDER SHEET<br>Page 2 of 2 | PATIENT:<br><br>DOB:<br><br>BSH#: |
|---|---|

| Date | | Physician Order For Seclusion And Restraint |
|---|---|---|
| 12/13/04 | Time 2:00 am/pm | ☑ Continue Seclusion ☐ Continue Restraint<br>Time limit not to exceed:<br>☑ 3 hours (>18 years of age) ☐ 2 hours (<18 years of age)<br>☑ Change in Status: ______<br>Reason for Continued Seclusion:<br>☑ Substantial Risk/Occurrence of Serious Physical Assault<br>☐ Substantial Risk/Occurrence of Serious Self Destructive Behavior<br>[signature] MD [signature] RN/LPN 12/13/04 2A<br>Physician's Signature RN/LPN Signature/Date/Time |
| 12-13-04 | Time 5 am/pm | ☑ Continue Seclusion ☐ Continue Restraint<br>Time limit not to exceed:<br>☑ 3 hours (>18 years of age) ☐ 2 hours (<18 years of age)<br>☐ Change in Status: ______<br>Reason for Continued Seclusion:<br>☑ Substantial Risk/Occurrence of Serious Physical Assault<br>☐ Substantial Risk/Occurrence of Serious Self Destructive Behavior<br>[signature] MD [signature] RN/LPN 12/13/04 5A<br>Physician's Signature RN/LPN Signature/Date/Time |
| 12-13 | Time 8 am/pm | ☑ Continue Seclusion ☐ Continue Restraint<br>Time limit not to exceed:<br>☑ 3 hours (>18 years of age) ☐ 2 hours (<18 years of age)<br>☐ Change in Status: ______<br>Reason for Continued Seclusion:<br>☑ Substantial Risk/Occurrence of Serious Physical Assault<br>☐ Substantial Risk/Occurrence of Serious Self Destructive Behavior 12/13/04<br>[signature] MD [signature] RN/LPN<br>Physician's Signature RN/LPN Signature/Date/Time |
| 12/13/04 | Time 11 am/pm | ☑ Continue Seclusion ☐ Continue Restraint<br>Time limit not to exceed:<br>☑ 3 hours (>18 years of age) ☐ 2 hours (<18 years of age)<br>☐ Change in Status: ______<br>Reason for Continued Seclusion:<br>☑ Substantial Risk/Occurrence of Serious Physical Assault<br>☐ Substantial Risk/Occurrence of Serious Self Destructive Behavior<br>[signature] MD [signature] RN/LPN 13 Dec 04 11A<br>Physician's Signature RN/LPN Signature/Date/Time |

| BRIDGEWATER STATE HOSPITAL<br>SECLUSION AND RESTRAINT ORDER SHEET<br>Page 1 of 2 | PATIENT: Johnston, Bryan<br>DOB: 10/23/81<br>BSH#: M 88951 |
|---|---|

| Date | | Physician Order For Seclusion And Restraint |
|---|---|---|
| | Time ____ am/pm | 1. Seclude Patient:<br>☐ Room Seclusion ☐ 4 point Restraint ☐ Special Instructions: ____<br>2. Reason for Seclusion:<br>☐ Substantial Risk/Occurrence of Serious Physical Assault<br>☐ Substantial Risk/Occurrence of Serious Self Destructive Behavior<br>3. Time limit not to exceed:<br>☐ 3 hours (>18 years of age) ☐ 2 hours (<18 years of age)<br>____ MD Physician's Signature ____ RN/LPN RN/LPN Signature/Date/Time<br>____ MD Print Name |
| 12/13/04 | Time 2 am/pm (pm circled) | ☒ Continue Seclusion ☐ Continue Restraint<br>Time limit not to exceed:<br>☒ 3 hours (>18 years of age) ☐ 2 hours (<18 years of age)<br>☐ Change in Status: ____<br>Reason for Continued Seclusion:<br>☒ Substantial Risk/Occurrence of Serious Physical Assault<br>☐ Substantial Risk/Occurrence of Serious Self Destructive Behavior<br>[signature] MD Physician's Signature [signature] RN/LPN RN/LPN Signature/Date/Time 12/13/04 330 |
| 12-13 | Time 5 am/pm (pm circled) | ☒ Continue Seclusion ☐ Continue Restraint<br>Time limit not to exceed:<br>☒ 3 hours (>18 years of age) ☐ 2 hours (<18 years of age)<br>☐ Change in Status: ____<br>Reason for Continued Seclusion:<br>☒ Substantial Risk/Occurrence of Serious Physical Assault<br>☐ Substantial Risk/Occurrence of Serious Self Destructive Behavior<br>[signature] MD Physician's Signature [signature] RN/LPN RN/LPN Signature/Date/Time 12/13/04 734 |
| 12-13 | Time 8 am/pm (pm circled) | ☒ Continue Seclusion ☐ Continue Restraint<br>Time limit not to exceed:<br>☒ 3 hours (>18 years of age) ☐ 2 hours (<18 years of age)<br>☐ Change in Status: ____<br>Reason for Continued Seclusion:<br>☒ Substantial Risk/Occurrence of Serious Physical Assault<br>☐ Substantial Risk/Occurrence of Serious Self Destructive Behavior<br>[signature] MD Physician's Signature [signature] RN/LPN RN/LPN Signature/Date/Time 12/13/04 834 |

| BRIDGEWATER STATE HOSPITAL<br><br>SECLUSION AND RESTRAINT ORDER SHEET<br><br>Page 2 of 2 | PATIENT: Johnston, Bryan<br>DOB: 10-3-81<br>BSH#: M 88951 |
|---|---|

| Date | | Physician Order For Seclusion And Restraint |
|---|---|---|
| 12-13-04 | Time 11 am/pm (pm circled) | ☑ Continue Seclusion ☐ Continue Restraint<br>Time limit not to exceed:<br>☑ 3 hours (>18 years of age) ☐ 2 hours (<18 years of age)<br>☐ Change in Status:<br>Reason for Continued Seclusion:<br>☑ Substantial Risk/Occurrence of Serious Physical Assault<br>☐ Substantial Risk/Occurrence of Serious Self Destructive Behavior 11:P<br>[signature] MD Kathy [signature] RN/LPN (RN circled)<br>Physician's Signature RN/LPN Signature/Date/Time 12-13-04 |
| 12-14-04 | Time 2 am/pm (am circled) | ☑ Continue Seclusion ☐ Continue Restraint<br>Time limit not to exceed:<br>☑ 3 hours (>18 years of age) ☐ 2 hours (<18 years of age)<br>☐ Change in Status:<br>Reason for Continued Seclusion:<br>☑ Substantial Risk/Occurrence of Serious Physical Assault<br>☐ Substantial Risk/Occurrence of Serious Self Destructive Behavior 2A<br>[signature] MD Kathy [signature] RN/LPN (RN circled)<br>Physician's Signature RN/LPN Signature/Date/Time 12-14-04 |
| 12-14-04 | Time 5 am/pm (am circled) | ☑ Continue Seclusion ☐ Continue Restraint<br>Time limit not to exceed:<br>☑ 3 hours (>18 years of age) ☐ 2 hours (<18 years of age)<br>☐ Change in Status:<br>Reason for Continued Seclusion:<br>☑ Substantial Risk/Occurrence of Serious Physical Assault<br>☐ Substantial Risk/Occurrence of Serious Self Destructive Behavior 5:20A<br>[signature] MD Kathy [signature] RN/LPN (RN circled)<br>Physician's Signature RN/LPN Signature/Date/Time 12-14-04 |
| 12/14/04 | Time 8:45 am/pm | ☑ Continue Seclusion ☐ Continue Restraint<br>Time limit not to exceed:<br>☑ 3 hours (>18 years of age) ☐ 2 hours (<18 years of age)<br>☐ Change in Status:<br>Reason for Continued Seclusion: 12/14/04 10A<br>☑ Substantial Risk/Occurrence of Serious Physical Assault<br>☐ Substantial Risk/Occurrence of Serious Self Destructive Behavior<br>Susan Shea MD [signature] RN/LPN (RN circled)<br>Physician's Signature RN/LPN Signature/Date/Time |

R 1136

| BRIDGEWATER STATE HOSPITAL<br>SECLUSION AND RESTRAINT ORDER SHEET<br>Page 1 of 2 | PATIENT: Johnston Bryan<br>DOB: 10-3-81<br>BSH#: M 88951 |
|---|---|

| Date | | Physician Order For Seclusion And Restraint |
|---|---|---|
| | Time ______ am/pm | 1. Seclude Patient: ☐ Room Seclusion ☐ 4 point Restraint ☐ Special Instructions: ______<br>2. Reason for Seclusion: ☐ Substantial Risk/Occurrence of Serious Physical Assault ☐ Substantial Risk/Occurrence of Serious Self Destructive Behavior<br>3. Time limit not to exceed: ☐ 3 hours (>18 years of age) ☐ 2 hours (<18 years of age)<br>______ MD Physician's Signature ______ RN/LPN RN/LPN Signature/Date/Time<br>______ MD Print Name |
| 12/14/04 | Time 11:08 am/pm | ☒ Continue Seclusion ☐ Continue Restraint<br>Time limit not to exceed: ☒ 3 hours (>18 years of age) ☐ 2 hours (<18 years of age)<br>☐ Change in Status: ______<br>Reason for Continued Seclusion: ☒ Substantial Risk/Occurrence of Serious Physical Assault ☐ Substantial Risk/Occurrence of Serious Self Destructive Behavior<br>[signature] RN MD ~~Physician's Signature~~ RN 12/14/04 [signature] RN/LPN RN/LPN Signature/Date/Time |
| 12/14/04 | Time 2:05 am/pm | ☒ Continue Seclusion ☐ Continue Restraint<br>Time limit not to exceed: ☒ 3 hours (>18 years of age) ☐ 2 hours (<18 years of age)<br>☐ Change in Status: ______<br>Reason for Continued Seclusion: ☒ Substantial Risk/Occurrence of Serious Physical Assault ☐ Substantial Risk/Occurrence of Serious Self Destructive Behavior<br>E Keller MD Physician's Signature [signature] RN/LPN RN/LPN Signature/Date/Time 12/14/04 2:45 PM |
| 12-14 | Time 6 am/pm | ☒ Continue Seclusion ☐ Continue Restraint<br>Time limit not to exceed: ☒ 3 hours (>18 years of age) ☐ 2 hours (<18 years of age)<br>☐ Change in Status: ______<br>Reason for Continued Seclusion: ☒ Substantial Risk/Occurrence of Serious Physical Assault ☐ Substantial Risk/Occurrence of Serious Self Destructive Behavior<br>[signature] MD Physician's Signature [signature] RN/LPN RN/LPN Signature/Date/Time 12/14/04 6 pm |

R.137
118

| BRIDGEWATER STATE HOSPITAL<br><br>SECLUSION AND RESTRAINT ORDER SHEET<br>Page 2 of 2 | PATIENT: Johnston, Bryan<br>DOB: 10-3-81<br>BSH#: M 88951 |
|---|---|

| Date | | Physician Order For Seclusion And Restraint |
|---|---|---|
| 12-14 | Time ___ am/pm (pm) | ☐ Continue Seclusion ☐ Continue Restraint<br>Time limit not to exceed:<br>☑ 3 hours (>18 years of age) ☐ 2 hours (<18 years of age)<br>☐ Change in Status: ___<br>Reason for Continued Seclusion:<br>☑ Substantial Risk/Occurrence of Serious Physical Assault<br>☐ Substantial Risk/Occurrence of Serious Self Destructive Behavior<br>[signature] MD — Physician's Signature<br>Sarah [signature] RN/LPN — RN/LPN Signature/Date/Time 12/14/04 8pm |
| 12/14/04 | Time 11 am/pm (pm) | ☑ Continue Seclusion ☐ Continue Restraint<br>Time limit not to exceed:<br>☑ 3 hours (>18 years of age) ☐ 2 hours (<18 years of age)<br>☐ Change in Status: ___<br>Reason for Continued Seclusion:<br>☑ Substantial Risk/Occurrence of Serious Physical Assault<br>☐ Substantial Risk/Occurrence of Serious Self Destructive Behavior<br>[signature] MD — Physician's Signature<br>Kathy Ginn RN/LPN — RN/LPN Signature/Date/Time 12-14-04 11:10P |
| 12/15/04 | Time 2:00 am/pm (am) | ☑ Continue Seclusion ☐ Continue Restraint<br>Time limit not to exceed:<br>☑ 3 hours (>18 years of age) ☐ 2 hours (<18 years of age)<br>☐ Change in Status: ___<br>Reason for Continued Seclusion:<br>☑ Substantial Risk/Occurrence of Serious Physical Assault<br>☐ Substantial Risk/Occurrence of Serious Self Destructive Behavior<br>[signature] MD — Physician's Signature<br>Kathy Ginn RN/LPN — RN/LPN Signature/Date/Time 12-15-04 2:15A |
| 12/15/04 | Time 5 am/pm (am) | ☑ Continue Seclusion ☐ Continue Restraint<br>Time limit not to exceed:<br>☑ 3 hours (>18 years of age) ☐ 2 hours (<18 years of age)<br>☐ Change in Status: ___<br>Reason for Continued Seclusion:<br>☑ Substantial Risk/Occurrence of Serious Physical Assault<br>☐ Substantial Risk/Occurrence of Serious Self Destructive Behavior<br>[signature] MD — Physician's Signature<br>Kathy Ginn RN/LPN — RN/LPN Signature/Date/Time 12-15-04 5:30A |

**BRIDGEWATER STATE HOSPITAL**

**SECLUSION AND RESTRAINT ORDER SHEET**

**Page 1 of 2**

**PATIENT:** Johnston, Bryan
**DOB:** 10-3-81
**BSH#:** M 88951

| Date | Time | Physician Order For Seclusion And Restraint |
|---|---|---|
| | Time ____ am/pm | **1. Seclude Patient:** ☐ Room Seclusion ☐ 4 point Restraint ☐ Special Instructions: ____ <br> **2. Reason for Seclusion:** ☐ Substantial Risk/Occurrence of Serious Physical Assault ☐ Substantial Risk/Occurrence of Serious Self Destructive Behavior <br> **3. Time limit not to exceed:** ☐ 3 hours (>18 years of age) ☐ 2 hours (<18 years of age) <br> ____ MD Physician's Signature ____ RN/LPN RN/LPN Signature/Date/Time <br> ____ MD Print Name |
| 12-15-04 | Time 8:50 am/pm | ☑ Continue Seclusion ☐ Continue Restraint <br> Time limit not to exceed: ☑ 3 hours (>18 years of age) ☐ 2 hours (<18 years of age) <br> ☐ Change in Status: ____ <br> Reason for Continued Seclusion: ☑ Substantial Risk/Occurrence of Serious Physical Assault ☐ Substantial Risk/Occurrence of Serious Self Destructive Behavior <br> [signature] MD Physician's Signature [signature] 12-15-04 RN/LPN RN/LPN Signature/Date/Time [illegible] |
| 12/15/04 | Time 11:30 am/pm | ☒ Continue Seclusion ☐ Continue Restraint <br> Time limit not to exceed: ☒ 3 hours (>18 years of age) ☐ 2 hours (<18 years of age) <br> ☐ Change in Status: ____ <br> Reason for Continued Seclusion: ☒ Substantial Risk/Occurrence of Serious Physical Assault ☐ Substantial Risk/Occurrence of Serious Self Destructive Behavior <br> [signature] RN MD ~~Physician's Signature~~ [signature] 12-15-04 RN/LPN RN/LPN Signature/Date/Time 12[illegible] |
| 12-15-04 | Time 2:45 am/pm | ☑ Continue Seclusion ☐ Continue Restraint <br> Time limit not to exceed: ☑ 3 hours (>18 years of age) ☐ 2 hours (<18 years of age) <br> ☐ Change in Status: ____ <br> Reason for Continued Seclusion: ☑ Substantial Risk/Occurrence of Serious Physical Assault ☐ Substantial Risk/Occurrence of Serious Self Destructive Behavior <br> 12-15-04 1538 <br> [signature] MD Physician's Signature [signature] RN/LPN RN/LPN Signature/Date/Time |

R.139
120

| BRIDGEWATER STATE HOSPITAL<br>SECLUSION AND RESTRAINT ORDER SHEET<br>Page 2 of 2 | PATIENT: Johnston, Bryan<br>DOB: 10-3-81<br>BSH#: M 88951 |
|---|---|

| Date | | Physician Order For Seclusion And Restraint |
|---|---|---|
| 12/15/04 | Time 5:30 am/pm (pm circled) | ☒ Continue Seclusion ☐ Continue Restraint<br>Time limit not to exceed:<br>☒ 3 hours (>18 years of age) ☐ 2 hours (<18 years of age)<br>☐ Change in Status: ______<br>Reason for Continued Seclusion: 12/15/04 1830<br>☒ Substantial Risk/Occurrence of Serious Physical Assault<br>☐ Substantial Risk/Occurrence of Serious Self Destructive Behavior<br>[signature] MD [signature] RN/LPN (RN circled)<br>Physician's Signature RN/LPN Signature/Date/Time |
| 12/15/04 | Time 8:25 am/pm (pm circled) | ☒ Continue Seclusion ☐ Continue Restraint<br>Time limit not to exceed:<br>☒ 3 hours (>18 years of age) ☐ 2 hours (<18 years of age)<br>☐ Change in Status: ______<br>Reason for Continued Seclusion: 12-15-04 2030<br>☒ Substantial Risk/Occurrence of Serious Physical Assault<br>☐ Substantial Risk/Occurrence of Serious Self Destructive Behavior<br>[signature] MD [signature] RN/LPN (RN circled)<br>Physician's Signature RN/LPN Signature/Date/Time |
| 12-15-04 | Time 11 am/pm (pm circled) | ☒ Continue Seclusion ☐ Continue Restraint<br>Time limit not to exceed:<br>☒ 3 hours (>18 years of age) ☐ 2 hours (<18 years of age)<br>☐ Change in Status: ______<br>Reason for Continued Seclusion:<br>☒ Substantial Risk/Occurrence of Serious Physical Assault<br>☐ Substantial Risk/Occurrence of Serious Self Destructive Behavior<br>Gabriel [signature] MD Diane Goodwin RN RN/LPN 12/15/04 @ 1130P<br>Physician's Signature RN/LPN Signature/Date/Time |
| 12-16-04 | Time 2 am/pm (am circled) | ☒ Continue Seclusion ☐ Continue Restraint<br>Time limit not to exceed:<br>☒ 3 hours (>18 years of age) ☐ 2 hours (<18 years of age)<br>☐ Change in Status: ______<br>Reason for Continued Seclusion:<br>☒ Substantial Risk/Occurrence of Serious Physical Assault<br>☐ Substantial Risk/Occurrence of Serious Self Destructive Behavior<br>Gabriel [signature] MD Diane Goodwin RN RN/LPN 12/16/04 @ 205A<br>Physician's Signature RN/LPN Signature/Date/Time |

R-140
121

| BRIDGEWATER STATE HOSPITAL<br><br>SECLUSION AND RESTRAINT ORDER SHEET<br><br>Page 1 of 2 | PATIENT: Johnston Bryan<br>DOB: 10-3-81<br>BSH#: M88951 |
|---|---|

| Date | | Physician Order For Seclusion And Restraint |
|---|---|---|
| | Time ______ am/pm | 1. Seclude Patient: ☐ Room Seclusion ☐ 4 point Restraint ☐ Special Instructions: ______<br>2. Reason for Seclusion:<br>☐ Substantial Risk/Occurrence of Serious Physical Assault<br>☐ Substantial Risk/Occurrence of Serious Self Destructive Behavior<br>3. Time limit not to exceed:<br>☐ 3 hours (>18 years of age) ☐ 2 hours (<18 years of age)<br>______ MD Physician's Signature ______ RN/LPN RN/LPN Signature/Date/Time<br>______ MD Print Name |
| 12-16-04 | Time 5 am/pm | ☑ Continue Seclusion ☐ Continue Restraint<br>Time limit not to exceed:<br>☑ 3 hours (>18 years of age) ☐ 2 hours (<18 years of age)<br>☐ Change in Status: ______<br>Reason for Continued Seclusion:<br>☑ Substantial Risk/Occurrence of Serious Physical Assault<br>☐ Substantial Risk/Occurrence of Serious Self Destructive Behavior<br>[signature] MD Physician's Signature<br>Diane Goodwin RN 12/16/04 0555A RN/LPN RN/LPN Signature/Date/Time |
| 12/16/04 | Time 8:15 am/pm | ☑ Continue Seclusion ☐ Continue Restraint<br>Time limit not to exceed:<br>☑ 3 hours (>18 years of age) ☐ 2 hours (<18 years of age)<br>☐ Change in Status: ______<br>Reason for Continued Seclusion: 12/16/04 9:45A<br>☑ Substantial Risk/Occurrence of Serious Physical Assault<br>☐ Substantial Risk/Occurrence of Serious Self Destructive Behavior<br>[signature] MD Physician's Signature<br>[signature] RN/LPN RN/LPN Signature/Date/Time |
| 12/16/04 | Time 11:00 am/pm | ☒ Continue Seclusion ☐ Continue Restraint<br>Time limit not to exceed:<br>☒ 3 hours (>18 years of age) ☐ 2 hours (<18 years of age)<br>☐ Change in Status: ______<br>Reason for Continued Seclusion:<br>☒ Substantial Risk/Occurrence of Serious Physical Assault<br>☐ Substantial Risk/Occurrence of Serious Self Destructive Behavior<br>[signature] RN ~~MD~~ ~~Physician's Signature~~<br>12/16/04 [signature] RN/LPN RN/LPN Signature/Date/Time |

R.141
122

| BRIDGEWATER STATE HOSPITAL<br>SECLUSION AND RESTRAINT ORDER SHEET<br>Page 2 of 2 | PATIENT: Johnston Bryan<br>DOB: 10-3-81<br>BSH#: M88951 |
|---|---|

| Date | | Physician Order For Seclusion And Restraint |
|---|---|---|
| 12/16/04 | Time 2:30 am/pm (pm circled) | [X] Continue Seclusion ☐ Continue Restraint<br>Time limit not to exceed:<br>[X] 3 hours (>18 years of age) ☐ 2 hours (<18 years of age)<br>☐ Change in Status: ______<br>Reason for Continued Seclusion:<br>[X] Substantial Risk/Occurrence of Serious Physical Assault<br>☐ Substantial Risk/Occurrence of Serious Self Destructive Behavior<br>[signature] MD Physician's Signature<br>[signature] RN/LPN Signature/Date/Time 12/16/04 2:30P |
| 12/16/04 | Time 5:00 am/pm (pm circled) | [X] Continue Seclusion ☐ Continue Restraint<br>Time limit not to exceed:<br>[X] 3 hours (>18 years of age) ☐ 2 hours (<18 years of age)<br>☐ Change in Status: ______<br>Reason for Continued Seclusion:<br>[X] Substantial Risk/Occurrence of Serious Physical Assault<br>☐ Substantial Risk/Occurrence of Serious Self Destructive Behavior<br>[signature] MD Physician's Signature<br>Lee Bigaud LPN RN/LPN Signature/Date/Time 12/16/04 545P |
| 12/16/04 | Time 8:10 am/pm (pm circled) | [X] Continue Seclusion ☐ Continue Restraint<br>Time limit not to exceed:<br>[X] 3 hours (>18 years of age) ☐ 2 hours (<18 years of age)<br>☐ Change in Status: ______<br>Reason for Continued Seclusion:<br>[X] Substantial Risk/Occurrence of Serious Physical Assault<br>☐ Substantial Risk/Occurrence of Serious Self Destructive Behavior<br>[signature] MD Physician's Signature<br>Lee Bigaud LPN RN/LPN Signature/Date/Time 12/16/04 9P |
| 12/16 | Time 11:24 am/pm (pm circled) | [X] Continue Seclusion ☐ Continue Restraint<br>Time limit not to exceed:<br>[X] 3 hours (>18 years of age) ☐ 2 hours (<18 years of age)<br>☐ Change in Status: ______<br>Reason for Continued Seclusion:<br>[X] Substantial Risk/Occurrence of Serious Physical Assault<br>☐ Substantial Risk/Occurrence of Serious Self Destructive Behavior<br>Khalid N Khan MD Physician's Signature<br>Diane Goodwin RN RN/LPN Signature/Date/Time 12/16/04 @ 1130P |

123142

| BRIDGEWATER STATE HOSPITAL<br>SECLUSION AND RESTRAINT ORDER SHEET<br>Page 1 of 2 | PATIENT: Johnston Bryan<br>DOB: 10-3-81<br>BSH#: m88951 |
|---|---|

| Date | | Physician Order For Seclusion And Restraint |
|---|---|---|
| | Time ____ am/pm | 1. Seclude Patient:<br>☐ Room Seclusion ☐ 4 point Restraint ☐ Special Instructions: ____<br>2. Reason for Seclusion:<br>☐ Substantial Risk/Occurrence of Serious Physical Assault<br>☐ Substantial Risk/Occurrence of Serious Self Destructive Behavior<br>3. Time limit not to exceed:<br>☐ 3 hours (>18 years of age) ☐ 2 hours (<18 years of age)<br>____ MD Physician's Signature ____ RN/LPN RN/LPN Signature/Date/Time<br>____ MD Print Name |
| 12/17/04 | Time 2:00 am/pm | ☑ Continue Seclusion ☐ Continue Restraint<br>Time limit not to exceed:<br>☑ 3 hours (>18 years of age) ☐ 2 hours (<18 years of age)<br>☐ Change in Status: ____<br>Reason for Continued Seclusion:<br>☑ Substantial Risk/Occurrence of Serious Physical Assault<br>☐ Substantial Risk/Occurrence of Serious Self Destructive Behavior<br>[signature] Chapman MD Physician's Signature   Diane Goodwin RN 12/17/04 @ 2:10 A RN/LPN RN/LPN Signature/Date/Time |
| 12/17 | Time 6 am/pm | ☑ Continue Seclusion ☐ Continue Restraint<br>Time limit not to exceed:<br>☑ 3 hours (>18 years of age) ☐ 2 hours (<18 years of age)<br>☐ Change in Status: ____<br>Reason for Continued Seclusion:<br>☑ Substantial Risk/Occurrence of Serious Physical Assault<br>☐ Substantial Risk/Occurrence of Serious Self Destructive Behavior<br>[signature] MD Physician's Signature   Diane Goodwin RN 12/17/04 @ 5:15A RN/LPN RN/LPN Signature/Date/Time |
| 12.17 | Time 8 am/pm | ☐ Continue Seclusion ☐ Continue Restraint<br>Time limit not to exceed:<br>☑ 3 hours (>18 years of age) ☐ 2 hours (<18 years of age)<br>☐ Change in Status: ____<br>Reason for Continued Seclusion:<br>☑ Substantial Risk/Occurrence of Serious Physical Assault<br>☐ Substantial Risk/Occurrence of Serious Self Destructive Behavior<br>[signature] MD Physician's Signature   [signature] RN/LPN 12/17/04 0830 RN/LPN Signature/Date/Time |

| BRIDGEWATER STATE HOSPITAL<br><br>SECLUSION AND RESTRAINT ORDER SHEET<br><br>Page 2 of 2 | PATIENT: Johnston Bryan<br>DOB: 10-3-81<br>BSH#: M88951 |
|---|---|

| Date | | Physician Order For Seclusion And Restraint |
|---|---|---|
| 12/17/04 | Time 11 am/pm | ☑ Continue Seclusion ☐ Continue Restraint<br>Time limit not to exceed:<br>☑ 3 hours (>18 years of age) ☐ 2 hours (<18 years of age)<br>☐ Change in Status: ________<br>Reason for Continued Seclusion:<br>☑ Substantial Risk/Occurrence of Serious Physical Assault<br>☐ Substantial Risk/Occurrence of Serious Self Destructive Behavior<br>[signature] MD 12/17/04 11P [signature] RN/LPN<br>Physician's Signature RN/LPN Signature/Date/Time |
| 12/17/04 | Time 2<sup></sup>09 am/pm (pm circled) | ☐ Continue Seclusion ☐ Continue Restraint<br>Time limit not to exceed:<br>☐ 3 hours (>18 years of age) ☐ 2 hours (<18 years of age)<br>☑ Change in Status: D/C to B1 COS<br>Reason for Continued Seclusion:<br>☐ Substantial Risk/Occurrence of Serious Physical Assault<br>☐ Substantial Risk/Occurrence of Serious Self Destructive Behavior<br>[signature] MD 12/17/04 [signature] RN/LPN<br>Physician's Signature RN/LPN Signature/Date/Time |
| | Time ____ am/pm | ☐ Continue Seclusion ☐ Continue Restraint<br>Time limit not to exceed:<br>☐ 3 hours (>18 years of age) ☐ 2 hours (<18 years of age)<br>☐ Change in Status: ________<br>Reason for Continued Seclusion:<br>☐ Substantial Risk/Occurrence of Serious Physical Assault<br>☐ Substantial Risk/Occurrence of Serious Self Destructive Behavior<br>________ MD ________ RN/LPN<br>Physician's Signature RN/LPN Signature/Date/Time |
| | Time ____ am/pm | ☐ Continue Seclusion ☐ Continue Restraint<br>Time limit not to exceed:<br>☐ 3 hours (>18 years of age) ☐ 2 hours (<18 years of age)<br>☐ Change in Status: ________<br>Reason for Continued Seclusion:<br>☐ Substantial Risk/Occurrence of Serious Physical Assault<br>☐ Substantial Risk/Occurrence of Serious Self Destructive Behavior<br>________ MD ________ RN/LPN<br>Physician's Signature RN/LPN Signature/Date/Time |

R2544

Johnston,

| BRIDGEWATER STATE HOSPITAL<br>SECLUSION & RESTRAINT CHECK SHEET<br>Page 1 of 2 | PATIENT: ~~Johnson~~ , Bryan<br>DOB: 10/3/81<br>BSH#: M88951 |
|---|---|

Date: 12/10/04

Restrained patient: Offer fluids every two hours while awake and document on check sheet

| Time | Comments | Initials | Time | Comments | Initials |
|---|---|---|---|---|---|
| 7:00 AM | | | 3:00 PM | | |
| | | | 10:30 | sitting on bed | [illegible] |
| Signature: | | | Signature: [signature] | | |
| Signature | | | Signature | | |
| Signature: | | | Signature: | | |
| Signature: | | | Signature: | | |

R.145
.126

| **BRIDGEWATER STATE HOSPITAL**<br><br>**SECLUSION & RESTRAINT CHECK SHEET**<br><br>**Page 2 of 2** | **PATIENT:** Johnson, Brigan<br>**DOB:** 10/3/81<br>**BSH#:** M88951 |
|---|---|

**Date:** 12/10/04

**Restrained patient: Offer fluids every two hours while awake and document on check sheet**

| Time | Comments | Initials | Time | Comments | Initials |
|---|---|---|---|---|---|
| 11:00 PM | Resting | [illegible] | 3AM | Resting | [illegible] |
| 10 | Resting | [illegible] | 10 | Resting | [illegible] |
| 20 | Resting | [illegible] | 20 | Resting | [illegible] |
| 30 | Resting | [illegible] | 30 | Resting | [illegible] |
| 40 | Resting | [illegible] | 40 | Resting | [illegible] |
| 50 | Resting | [illegible] | 50 | Resting | [illegible] |
| 12AM | Resting | [illegible] | 4AM | Resting | [illegible] |
| 10 | Resting | [illegible] | 10 | Resting | [illegible] |
| 20 | Resting | [illegible] | 20 | Resting | [illegible] |
| 30 | Resting | [illegible] | 30 | Resting | [illegible] |
| 40 | Resting | [illegible] | 40 | Resting | [illegible] |
| 50 | Resting | [illegible] | 50 | Resting | [illegible] |
| 1AM | Resting | [illegible] | 5AM | Resting | [illegible] |
| 10 | Resting | [illegible] | 10 | Resting | [illegible] |
| 20 | Resting | [illegible] | 20 | Resting | [illegible] |
| 30 | Resting | [illegible] | 30 | Resting | [illegible] |
| 40 | Resting | [illegible] | 40 | Resting | [illegible] |
| 50 | Resting | [illegible] | 50 | Resting | [illegible] |
| 2AM | Resting | [illegible] | 6AM | Resting | [illegible] |
| 10 | Resting | [illegible] | 10 | Resting | [illegible] |
| 20 | Resting | [illegible] | 20 | Resting | [illegible] |
| 30 | Resting | [illegible] | 30 | Resting | [illegible] |
| 40 | Resting | [illegible] | 40 | Resting | [illegible] |
| 50 | Resting | [illegible] | 50 | Resting | [illegible] |
| Signature: | [illegible] | [illegible] | Signature: | [illegible] | [illegible] |
| Signature: | | | Signature: | | |
| Signature: | | | Signature: | | |
| Signature: | | | Signature: | | |

**Additional Observations/Occurrences during shift**

**7 AM – 3 PM**

**Signature:**

**3 PM – 11 PM**

**Signature:**

**11 PM – 7 AM**

**Signature:**

Seclusion & Restraint Check Sheet
3/08/2001

110

Johnson

P-146

| BRIDGEWATER STATE HOSPITAL<br>SECLUSION & RESTRAINT CHECK SHEET<br>Page 1 of 2 | PATIENT: Johnson<br>DOB:<br>BSH#: |
|---|---|

Date: 12/11/04

Restrained patient: Offer fluids every two hours while awake and document on check sheet

| Time | Comments | Initials | Time | Comments | Initials |
|---|---|---|---|---|---|
| 7:00 AM | Lying Quiet | [illegible] | 3:00 PM | Lying Quiet | [illegible] |
| 10 | Lying Quiet | [illegible] | 10 | Lying Quiet | [illegible] |
| 20 | Lying Quiet | [illegible] | 20 | Lying Quiet | [illegible] |
| 30 | Lying Quiet | [illegible] | 30 | Lying Quiet | [illegible] |
| 40 | Lying Quiet | [illegible] | 40 | Lying Quiet | [illegible] |
| 50 | Lying Quiet | [illegible] | 50 | Lying Quiet | [illegible] |
| 8:00 | Lying Quiet | [illegible] | 4:00pm | Lying Quiet | [illegible] |
| 10 | Eating Breakfast | [illegible] | 10 | Lying Quiet | [illegible] |
| 20 | Lying Quiet | [illegible] | 20 | Lying Quiet | [illegible] |
| 30 | Lying Quiet | [illegible] | 30 | Lying Quiet | [illegible] |
| 40 | Lying Quiet | [illegible] | 40 | Lying Quiet | [illegible] |
| 50 | Lying Quiet | [illegible] | 50 | Lying Quiet | [illegible] |
| 9:00 | Lying Quiet | [illegible] | 5:00pm | Rounds | [illegible] |
| 10 | Lying Quiet | [illegible] | 10 | Standing at Door | [illegible] |
| 20 | Lying Quiet | [illegible] | 20 | Lying Quiet | [illegible] |
| 30 | Lying Quiet | [illegible] | 30 | Lying Quiet | [illegible] |
| 40 | Lying Quiet | [illegible] | 40 | Lying Quiet | [illegible] |
| 50 | Lying Quiet | [illegible] | 50 | Lying Quiet | [illegible] |
| 10:00 | Lying Quiet | [illegible] | 6:00pm | Took meal | [illegible] |
| 10 | Lying Quiet | [illegible] | 10 | Lying Quiet | [illegible] |
| 20 | Lying Quiet | [illegible] | 20 | Lying Quiet | [illegible] |
| 30 | Lying Quiet | [illegible] | 30 | Lying Quiet | [illegible] |
| 40 | Lying Quiet | [illegible] | 40 | Lying Quiet | [illegible] |
| 50 | Lying Quiet | [illegible] | 50 | Lying Quiet | [illegible] |
| 11:00 | Lying Quiet | [illegible] | 7:00pm | Lying Quiet | [illegible] |
| 10 | Doctor Rounds | [illegible] | 10 | Lying Quiet | [illegible] |
| 20 | Lying Quiet | [illegible] | 20 | Lying Quiet | [illegible] |
| 30 | Lying Quiet | [illegible] | 30 | Lying Quiet | [illegible] |
| 40 | Lying Quiet | [illegible] | 40 | Lying Quiet | [illegible] |
| 50 | Lying Quiet | [illegible] | 50 | Lying Quiet | [illegible] |
| 12:00 | Lying Quiet | [illegible] | 8:00pm | Lying Quiet | [illegible] |
| 10 | Lying Quiet | [illegible] | 10 | Took Meds | [illegible] |
| 20 | Lying Quiet | [illegible] | 20 | Rounds | [illegible] |
| 30 | Lying Quiet | [illegible] | 30 | Lying Quiet | [illegible] |
| 40 | [illegible] - Not all Eaten | [illegible] | 40 | Lying Quiet | [illegible] |
| 50 | Lying On Bed | [illegible] | 50 | Lying Quiet | [illegible] |
| 1:00 | Lying on Bed | [illegible] | 9:00pm | Lying Quiet | [illegible] |
| 10 | Lying on Bed | [illegible] | 10 | Lying Quiet | [illegible] |
| 20 | Lying Quiet | [illegible] | 20 | Lying Quiet | [illegible] |
| 30 | Lying Quiet | [illegible] | 30 | Lying Quiet | [illegible] |
| 40 | Lying | [illegible] | 40 | Lying Quiet | [illegible] |
| 50 | Lying On Bed | [illegible] | 50 | Lying Quiet | [illegible] |
| 2:00 | Doctor Round | [illegible] | 10PM | Lying Quiet | [illegible] |
| 10 | Lying Quiet | [illegible] | 10 | Lying Quiet | [illegible] |
| 20 | Lying on Bed | [illegible] | 20 | Lying Quiet | [illegible] |
| 30 | Still Quiet | [illegible] | 30 | Lying Quiet | [illegible] |
| 40 | Lying Quiet on Bed | [illegible] | 40 | Lying Quiet | [illegible] |
| 50 | Lying Quiet on Bed | [illegible] | 50 | Lying Quiet | [illegible] |
| Signature: Dorothy McMahon | | [illegible] | Signature: [illegible] | | [illegible] |
| Signature | | | Signature: Linda Mello | | [illegible] |
| Signature: John Phillip Sousa | | [illegible] | Signature: | | |
| Signature: [illegible] | | [illegible] | Signature: [illegible] | | [illegible] |

Johnson #11C

R.147
128

| BRIDGEWATER STATE HOSPITAL<br><br>SECLUSION & RESTRAINT CHECK SHEET<br><br>Page 2 of 2 | PATIENT: Johnson<br><br>DOB:<br><br>BSH#: |
|---|---|

Date: 12/11/04

Restrained patient: Offer fluids every two hours while awake and document on check sheet

| Time | Comments | Initials | Time | Comments | Initials |
|---|---|---|---|---|---|
| 11:00 PM | lying quiet | [illegible] | 3:00A | lying quiet | [illegible] |
| 10 | lying quiet | [illegible] | 10 | lying quiet | [illegible] |
| 20 | lying quiet | [illegible] | 20 | lying quiet | [illegible] |
| 30 | awake quiet | [illegible] | 30 | lying quiet | [illegible] |
| 40 | awake quiet | [illegible] | 40 | resting | [illegible] |
| 50 | lying quiet | [illegible] | 50 | resting quiet | [illegible] |
| 1200A | lying quiet | [illegible] | 4:00A | resting quiet | [illegible] |
| 10 | lying quiet | [illegible] | 10 | resting | [illegible] |
| 20 | lying quiet | [illegible] | 20 | resting quiet | [illegible] |
| 30 | lying quiet | [illegible] | 30 | lying quiet | [illegible] |
| 40 | lying quiet | [illegible] | 40 | lying quiet | [illegible] |
| 50 | lying quiet | [illegible] | 50 | lying quiet | [illegible] |
| 100A | lying quiet | [illegible] | 500A | resting | [illegible] |
| 10 | lying quiet | [illegible] | 10 | lying quiet | [illegible] |
| 20 | lying quiet | [illegible] | 20 | lying quiet | [illegible] |
| 30 | lying quiet | [illegible] | 30 | resting | [illegible] |
| 40 | lying quiet | [illegible] | 40 | resting | [illegible] |
| 50 | lying quiet | [illegible] | 50 | resting | [illegible] |
| 200A | lying quiet | [illegible] | 600A | resting | [illegible] |
| 10 | lying quiet | [illegible] | 10 | resting | [illegible] |
| 20 | resting | [illegible] | 20 | resting | [illegible] |
| 30 | resting | [illegible] | 30 | resting | [illegible] |
| 40 | resting | [illegible] | 40 | resting | [illegible] |
| 50 | resting | [illegible] | 50 | resting | [illegible] |
| Signature: | | | Signature: | | |
| Signature: | | | Signature: [illegible] | | [illegible] |
| Signature: | | | Signature: | | |
| Signature: [illegible] | | [illegible] | Signature: | | |

Additional Observations/Occurrences during shift:

7 AM – 3 PM

Signature:

3 PM – 11 PM

Signature:

11 PM – 7 AM

Signature:

#110

R148
129

Johnston

| BRIDGEWATER STATE HOSPITAL<br><br>SECLUSION & RESTRAINT CHECK SHEET<br><br>Page 1 of 2 | PATIENT: Johnson, Bryan<br>DOB: 10/3/81<br>BSH#: M88951 |
|---|---|

Date: 12-12-04

**Restrained patient: Offer fluids every two hours while awake and document on check sheet**

| Time | Comments | Initials | Time | Comments | Initials |
|---|---|---|---|---|---|
| 7:00 AM | lying quiet | LM | 3:00 PM | Lying quietly | MF |
| 10 | lying quiet | LM | 10 | Lying quietly | MF |
| 20 | lying quiet | LM | 20 | Lying quietly | MF |
| 30 | lying quiet | [illegible] | 30 | Lying quietly | MF |
| 40 | lying quiet | LM | 40 | Lying quietly | MF |
| 50 | lying quiet | LM | 50 | Lying quietly | MF |
| 8:00 | accepted meal | LM | 4:00PM | Lying quietly | MF |
| 10 | lying quiet | LM | 10 | Lying quietly | MF |
| 20 | lying quiet | LM | 20 | Lying quietly | MF |
| 30 | lying quiet | [illegible] | 30 | Lying quietly | MF |
| 40 | lying quiet | LM | 40 | lying quiet | [illegible] |
| 50 | lying quiet | LM | 50 | lying quiet | [illegible] |
| 9:00 | lying quiet | LM | 5:00PM | Standing @ door | MF |
| 10 | lying quiet | LM | 10 | Sitting @ desk | MF |
| 20 | lying quiet | LM | 20 | Sitting @ desk | MF |
| 30 | lying quiet | LM | 30 | Sitting @ desk | MF |
| 40 | lying quiet | LM | 40 | Sitting @ desk | MF |
| 50 | lying quiet | LM | 50 | Recieved Meal | MF |
| 10:00 | lying quiet | LM | 6:00PM | eating | MF |
| 10 | lying quiet | LM | 10 | eating | MF |
| 20 | lying quiet | LM | 20 | C.O. taking food tray | MF |
| 30 | lying quiet | LM | 30 | rounds | [illegible] |
| 40 | lying quiet | LM | 40 | pacing in room | [illegible] |
| 50 | lying quiet | LM | 50 | pacing in room | [illegible] |
| 11:00 | lying quiet | LM | 7:00PM | lying quiet | [illegible] |
| 10 | lying quiet | [illegible] | 10 | lying quiet | [illegible] |
| 20 | lying quiet | [illegible] | 20 | lying quiet | [illegible] |
| 30 | lying quiet | [illegible] | 30 | lying quiet | [illegible] |
| 40 | lying quiet | [illegible] | 40 | lying quiet | [illegible] |
| 50 | lying quiet | [illegible] | 50 | meds given | [illegible] |
| 12 noon | lying quiet | [illegible] | 8:00 | lying quiet | [illegible] |
| 10 | lying quiet | [illegible] | 10 | lying quiet | [illegible] |
| 20 | accepted meal | LM | 20 | lying quiet | [illegible] |
| 30 | lying quiet | LM | 30 | lying quiet | [illegible] |
| 40 | lying quiet | LM | 40 | lying quiet | [illegible] |
| 50 | lying quiet | LM | 50 | lying quiet | [illegible] |
| 1:00 pm | lying quiet | LM | 9PM | Rounds R to talk to MD | [illegible] |
| 10 | at door | LM | 10 | lying quiet | [illegible] |
| 20 | at door | LM | 20 | lying quiet | [illegible] |
| 30 | at door | LM | 30 | lying quiet | [illegible] |
| 40 | lying quiet | LM | 40 | lying quiet | [illegible] |
| 50 | lying quiet | LM | 50 | lying quiet | [illegible] |
| 2:00 | [illegible] | LM | 10PM | lying quiet | [illegible] |
| 10 | lying quiet | LM | 10 | lying quiet | [illegible] |
| 20 | lying quiet | LM | 20 | lying quiet | [illegible] |
| 30 | lying quiet | [illegible] | 30 | lying quiet | [illegible] |
| 40 | lying quiet | LM | 40 | lying quiet | [illegible] |
| 50 | lying quiet | LM | 50 | lying quiet | [illegible] |
| Signature: | | | Signature: Linda Mello | | LM |
| Signature | | | Signature [illegible] | | [illegible] |
| Signature: Marie Fellus | | MF | Signature: | | |
| Signature: [illegible] | | | Signature: [illegible] | | [illegible] |

FF
1/10
hnson

| BRIDGEWATER STATE HOSPITAL<br><br>SECLUSION & RESTRAINT CHECK SHEET<br><br>Page 2 of 2 | PATIENT: Johnson, Bryan<br>DOB: 10/3/81<br>BSH#: M88951 |
|---|---|

Date: 12-12-04

Restrained patient: Offer fluids every two hours while awake and document on check sheet

| Time | Comments | Initials | Time | Comments | Initials |
|---|---|---|---|---|---|
| 11:00 PM | Lying quiet | ML | 3:00am | Lying Quiet | JM |
| 10 | Lying Quiet | JM | 10 | Lying Quiet | JM |
| 20 | Lying Quiet | JM | 20 | Lying Quiet | JM |
| 30 | Lying Quiet | JM | 30 | Lying Quiet | JM |
| 40 | Lying Quiet | JM | 40 | Lying Quiet | JM |
| 50 | Lying Quiet | JM | 50 | Lying Quiet | JM |
| 12:00 | Lying Quiet | JM | 4:00 | Lying Quiet | JM |
| 10 | Lying Quiet | JM | 10 | Lying Quiet | JM |
| 20 | Lying Quiet | JM | 20 | Lying Quiet | JM |
| 30 | Lying Quiet | JM | 30 | Lying Quiet | JM |
| 40 | Lying Quiet | JM | 40 | Lying Quiet | JM |
| 50 | Lying Quiet | JM | 50 | Lying Quiet | JM |
| 1:00 | Lying Quiet | JM | 5:00 | Lying Quiet | JM |
| 10 | Lying Quiet | JM | 10 | Lying Quiet | JM |
| 20 | Lying Quiet | JM | 20 | Lying Quiet | JM |
| 30 | Lying Quiet | JM | 30 | Lying Quiet | JM |
| 40 | Lying Quiet | JM | 40 | Lying Quiet | JM |
| 50 | Lying Quiet | JM | 50 | Lying Quiet | JM |
| 2:00 | Lying Quiet | JM | 6:00 | Lying Quiet | JM |
| 10 | Lying Quiet | JM | 10 | Lying Quiet | JM |
| 20 | Lying Quiet | JM | 20 | Lying Quiet | JM |
| 30 | Lying Quiet | JM | 30 | Lying Quiet | JM |
| 40 | Lying Quiet | JM | 40 | Lying Quiet | JM |
| 50 | Lying Quiet | JM | 50 | Lying Quiet | JM |
| Signature: | Marie Telles | ML | Signature: | James McCoy | JM |
| Signature: | James McCoy | JM | Signature: | | |
| Signature: | | | Signature: | | |
| Signature: | | | Signature: | Ann Chapman | |

Additional Observations/Occurrences during shift

7 AM – 3 PM

Signature:

3 PM – 11 PM

Signature:

11 PM – 7 AM

Signature: