UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

15-cv-12332-WGY

Bryan R. Johnston,
Petitioner

v.

Lisa A. Mitchell
Superintendent, Old Colony Correctional Center

APPENDIX IN SUPPORT OF PETITION FOR HABEAS CORPUS
PAGES 150-179

for the petitioner:

David J. Nathanson
BBO #633772
Wood & Nathanson, LLP
227 Lewis Wharf
Boston, MA 02110
dnathanson@woodnathanson.com
978-744-2695

dated: October 23, 2015

| BRIDGEWATER STATE HOSPITAL | PATIENT: Johnson Bryan |
|---|---|
| SECLUSION & RESTRAINT CHECK SHEET | DOB: 10/3/81 |
| Page 1 of 2 | BSH#: M 88951 |

Date: 12-13-04

**Restrained patient:** Offer fluids every two hours while awake and document on check sheet

| Time | Comments | Initials | Time | Comments | Initials |
|---|---|---|---|---|---|
| 7:00 AM | Lying Quiet | | 3:00 PM | Pacing | |
| 10 | Lying Quiet | | 10 | Pacing | |
| 20 | Lying Quiet | | 20 | Pacing | |
| 30 | Lying Quiet | | 30 | Quiet at Bedside | |
| 40 | Lying Quiet | | 40 | At Bedside Quiet/Quiet | |
| 50 | Lying Quiet | | 50 | Pacing | |
| 8:00 | Lying Quiet | | 4:00pm | Pacing | |
| 10 | Lying Quiet | | 10 | Pacing | |
| 20 | Eating | | 20 | Lying Bedside | |
| 30 | Lying Quiet | | 30 | Bedside | |
| 40 | Lying Quiet | | 40 | Lying Quiet Bedside | |
| 50 | Lying Quiet | | 50 | Lying Quiet Bedside | |
| 9:06 | Lying Quiet | | 5:00pm | Bedside heart rate sit | |
| 10 | Lying Quiet | | 10 | Lying Quiet | |
| 20 | Lying Quiet | | 20 | Lying Quiet | |
| 30 | Lying Quiet | | 30 | Lying Quiet | |
| 40 | Lying Quiet | | 40 | Lying Quiet | |
| 50 | Lying Quiet | | 50 | Rounds c Psych | |
| 10:00 | Lying Quiet | | 6:00pm | Lying Quiet | |
| 10 | Lying Quiet | | 10 | Lying Quiet | |
| 20 | Lying Quiet | | 20 | Bedside Quiet | |
| 30 | Lying Quiet | | 30 | Bedside back | |
| 40 | Lying Quiet | | 40 | Lying Quiet | KMc |
| 50 | Lying Quiet | | 50 | Lying Quiet | KMc |
| 11:00 | Lying Quiet | | 7:00pm | Lying Quiet | KMc |
| 10 | Lying Quiet | | 10 | Lying Quiet | |
| 20 | Lying Quiet | | 20 | Quiet on bed | CF |
| 30 | Lying Quiet | | 30 | Lying Quiet | CF |
| 40 | Lying Quiet | | 40 | On bed Quiet | CF |
| 50 | Lying Quiet | | 50 | Lying Quiet | CF |
| 12:00 | Lying Quiet | | 8:00 | Quiet on bed | CF |
| 10 | Lying Quiet | | 10 | Quiet on bed | CF |
| 20 | Eating | | 20 | Quiet on bed | CF |
| 30 | Lying Quiet | | 30 | Rounds seen by psych | CF |
| 40 | Lying Quiet | | 40 | Quiet Quiet | CF |
| 50 | Lying Quiet | | 50 | Lying Quiet | CF |
| 1:00 | Lying Quiet | | 9:00 | Resting on bed | CF |
| 10 | Lying Quiet | | 10 | Quiet on bed | CF |
| 20 | Lying Quiet | | 20 | Resting | CF |
| 30 | Trans. to TTU | | 30 | Checked by CO | CF |
| 40 | In shower | JED | 40 | Lying Quiet | CF |
| 50 | In shower | JED | 50 | Quiet on bed | CF |
| 2:00 | Put in Rams | JED | 10:00 | Lying Quiet | CF |
| 10 | Rounds | JED | 10 | On bed Quiet | CF |
| 20 | Lying Quiet | JED | 20 | Resting on bede | CF |
| 30 | Lying Quiet | JED | 30 | Quiet on bed | CF |
| 40 | At door | JED | 40 | Resting | CF |
| 50 | At door | JED | 50 | Checked by C.O | CF |
| Signature: | | JED | Signature: | | |
| Signature: | | KMc | Signature: | | |
| Signature: | | CF | Signature: | | |
| Signature: Jeffrey | | JH | Signature: | | |

| BRIDGEWATER STATE HOSPITAL | PATIENT: Johnson, Bryan |
| SECLUSION & RESTRAINT CHECK SHEET | DOB: 10-3-81 |
| Page 2 of 2 | BSH#: N88951 |

Date: 12-13-04

Restrained patient:  Offer fluids every two hours while awake and document on check sheet

| Time | Comments | Initials | Time | Comments | Initials |
|------|----------|----------|------|----------|----------|
| 11:00 PM | Lying Quiet | MC | 200 | Quiet | LE |
| 10 | Lying Quiet | MC | 10 | Quiet | LE |
| 20 | Lying Quiet | MC | 20 | Quiet | LE |
| 30 | Lying Quiet | MC | 30 | Quiet | LE |
| 40 | Lying Quiet | MC | 40 | Quiet | LE |
| 50 | Lying Quiet | MC | 50 | Quiet | LE |
| 1200 | Lying Quiet | MC | 400 | Quiet | LE |
| 10 | Lying Quiet | MC | 10 | Quiet | LE |
| 20 | Lying Quiet | MC | 20 | Quiet | LE |
| 30 | Lying Quiet | MC | 30 | Quiet | LE |
| 40 | Lying Quiet | MC | 40 | Quiet | LE |
| 50 | Lying Quiet | MC | 50 | Quiet | LE |
| 100 | Lying Quiet | MC | 500 | Quiet | LE |
| 10 | Resting | LE | 10 | Quiet | LE |
| 20 | Resting | LE | 20 | Quiet | LE |
| 30 | Resting | LE | 30 | Quiet | LE |
| 40 | Resting | LE | 40 | Quiet | LE |
| 50 | Resting | LE | 50 | Quiet | LE |
| 200 | Resting | LE | 600 | Quiet | LE |
| 10 | Resting | LE | 10 | Quiet | LE |
| 20 | Resting | LE | 20 | Quiet | LE |
| 30 | Quiet | LE | 30 | Quiet | LE |
| 40 | Quiet | LE | 40 | Quiet | LE |
| 50 | Quiet | LE | 50 | Quiet | ES |

| Signature: Kathy Quinn RN | KG | Signature: Eileen Sim | ES |
| Signature: | | Signature: | |
| Signature: | MC | Signature: | |
| Signature: Lisa Chapman | LC | Signature: | |

**Additional Observations/Occurrences during shift**

| 7 AM – 3 PM |
| Signature: |
| 3 PM – 11 PM |
| Signature: |
| 11 PM – 7 AM |
| Signature: |

Seclusion & Restraint Check Sheet
3/08/2001

F 5
Johnson

R-152
133

| BRIDGEWATER STATE HOSPITAL | PATIENT: Johnson, Bryon |
|---|---|
| SECLUSION & RESTRAINT CHECK SHEET | DOB: 10-3-81 |
| Page 1 of 2 | BSH#: M88951 |

Date: 12-14-04

**Restrained patient: Offer fluids every two hours while awake and document on check sheet**

| Time | Comments | Initials | Time | Comments | Initials |
|---|---|---|---|---|---|
| 7:00 AM | Lying Quiet | BS | 3:00 PM | Lying quiet Awake | SF |
| 10 | Lying Quiet | BS | 10 | Lying quiet | |
| 20 | Lying Quiet | BS | 20 | Lying quiet | |
| 30 | Lying Quiet | BS | 30 | Lying quiet | |
| 40 | Lying Quiet | BS | 40 | Lying on side | |
| 50 | Lying quiet | BS | 50 | Lying on side | |
| 8:00 | Lying quiet | BS | 4:00 PM | Lying quiet | |
| 10 | Rounds / meds | BS | 10 | Lying quiet | |
| 20 | Lying quiet | BS | 20 | Lying quiet | |
| 30 | Lying quiet | BS | 30 | | |
| 40 | Took Meal | BS | 40 | | |
| 50 | Rounds | BS | 50 | Lying quiet quiet | |
| 9:00 | Lying quiet | BS | 5:00 PM | Check by C.O. | SF |
| 10 | Lying quiet | BS | 10 | | |
| 20 | Lying quiet | BS | 20 | | |
| 30 | Lying quiet | BS | 30 | | |
| 40 | Lying quiet | BS | 40 | | |
| 50 | Lying quiet | BS | 50 | | |
| 10:00 | Lying quiet | BS | 6:00 PM | | |
| 10 | Lying quiet | BS | 10 | | |
| 20 | Lying quiet | BS | 20 | Lying quiet quiet | |
| 30 | Lying quiet | BS | 30 | Lying quiet | |
| 40 | Lying quiet | BS | 40 | | |
| 50 | Lying quiet | BS | 50 | Resting | MC SF |
| 11:00 | Lying quiet | BS | 7PM | Resting | MC |
| 10 | Lying on Floor | BS | 10 | Resting | MC |
| 20 | Lying on Floor | BS | 20 | Resting | MC |
| 30 | Rounds | BS | 30 | | |
| 40 | Lying on Floor | BS | 40 | Lying quiet | |
| 50 | Lying on Floor | BS | 50 | | |
| 12:00 | Lying on Floor | BS | 8:00 PM | Lying quiet | |
| 10 | Lying on Floor Quiet | BS | 10 | Lying quiet | |
| 20 | Took meal | BS | 20 | Lying quiet | |
| 30 | Lying quiet | JAS | 30 | | |
| 40 | Lying quiet | JAS | 40 | Lying quiet | MC |
| 50 | Lying quiet | BS | 50 | Lying quiet | MC SF |
| 1:00pm | Lying quiet | BS | 9PM | Lying quiet | MC |
| 10 | Lying quiet | BS | 10 | Lying quiet | MC |
| 20 | Lying quiet | BS | 20 | Lying quiet | MC |
| 30 | Lying quiet | BS | 30 | Lying quiet | MC |
| 40 | Lying quiet | BS | 40 | Lying quiet | MC |
| 50 | Lying quiet | BS | 50 | Lying quiet | MC |
| 2:00 | Lying quiet | BS | 10PM | Lying quiet | MC |
| 10 | Rounds | JAS | 10 | Lying quiet | MC |
| 20 | Lying quiet | JAS | 20 | Lying quiet | MC |
| 30 | Lying quiet | JAS | 30 | Lying quiet | MC |
| 40 | Lying quiet | JAS | 40 | Lying quiet | MC |
| 50 | Lying quiet | JAS | 50 | Lying quiet | MC |

| Signature: Bernice Sylvin | BS | Signature: | |
| Signature: | JAS | Signature: Patricia | |
| Signature: John Phillip Sousa | JAS | Signature: | |
| Signature: | | Signature: | |

#5
Johnston

R. 153

134

| BRIDGEWATER STATE HOSPITAL | PATIENT: Johnston, Bryan |
| SECLUSION & RESTRAINT CHECK SHEET | DOB: 10-3-81 |
| Page 2 of 2 | BSH#: M 88951 |

Date: _____

**Restrained patient: Offer fluids every two hours while awake and document on check sheet**

| Time | Comments | Initials | Time | Comments | Initials |
|------|----------|----------|------|----------|----------|
| 11:00 PM | lying quiet | MC | 3:00 | lying quiet | MC |
| 10 | lying quiet | MC | 10 | lying quiet | MC |
| 20 | lying quiet | MC | 20 | lying quiet | MC |
| 30 | lying quiet | MC | 30 | lying quiet | KG |
| 40 | lying quiet | MC | 40 | lying quiet | KG |
| 50 | lying quiet | MC | 50 | lying quiet | KG |
| 12:00 | lying quiet | MC | 4:00 | appears asleep | KG |
| 10 | lying quiet | MC | 10 | appears asleep | KG |
| 20 | lying quiet | MC | 20 | appears asleep | KG |
| 30 | lying quiet | MC | 30 | appears asleep | KG |
| 40 | lying quiet | MC | 40 | appears asleep | KG |
| 50 | lying quiet | MC | 50 | appears asleep | KG |
| 1:00 | lying quiet | MC | 5:00 | appears asleep | KG |
| 10 | lying quiet | MC | 10 | appears asleep | KG |
| 20 | lying quiet | MC | 20 | appears asleep | KG |
| 30 | lying quiet | MC | 30 | appears asleep | KG |
| 40 | lying quiet | MC | 40 | appears asleep | KG |
| 50 | lying quiet | MC | 50 | appears asleep | KG |
| 2:00 | lying quiet | MC | 6:00 | appears asleep | KG |
| 10 | bathing | MC | 10 | appears asleep | KG |
| 20 | bathing | MC | 20 | appears asleep | KG |
| 30 | bathing | MC | 30 | appears asleep | KG |
| 40 | lying quiet | MC | 40 | appears asleep | KG |
| 50 | lying quiet | MC | 50 | appears asleep | KG |

Signature: _____ KG   |   Signature:
Signature: _____         |   Signature:
Signature: _____ MC   |   Signature:
Signature: _____         |   Signature:

**Additional Observations/Occurrences during shift**

| 7 AM – 3 PM |
|---|
| Signature: |

| 3 PM – 11 PM |
|---|
| Signature: |

| 11 PM – 7 AM |
|---|
| Signature: |

Seclusion & Restraint Check Sheet
3/08/2001

#5

R-154
135

| BRIDGEWATER STATE HOSPITAL | PATIENT: Johnson, BRYAN |
|---|---|
| SECLUSION & RESTRAINT CHECK SHEET | DOB: 10-3-81 |
| Page 1 of 2 | BSH#: M88951 |

Date: _____

**Restrained patient:  Offer fluids every two hours while awake and document on check sheet**

| Time | Comments | Initials | Time | Comments | Initials |
|---|---|---|---|---|---|
| 7:00 AM | LYING QUIET | J.E.D. | 3:00 PM | quiet on bed quiet | CF |
| 10 | LYING QUIET | J.E.D. | 10 | Quiet on bed | CF |
| 20 | LYING QUIET | J.E.D. | 20 | Quiet on bed | CF |
| 30 | LYING QUIET | J.E.D. | 30 | Restive on bed | CF |
| 40 | LYING QUIET | J.E.D. | 40 | On bed quiet | CF |
| 50 | LYING QUIET | J.E.D. | 50 | Lying quiet | CF |
| 8:00 | LYING QUIET | J.E.D. | 4:00 | At door quiet | CF |
| 10 | MEDS | J.E.D. | 10 | Standing at door | CF |
| 20 | LYING QUIET | J.E.D. | 20 | lying quiet, | CF |
| 30 | TOOK MEAL | J.E.D. | 30 | Lying Quietly | CF |
| 40 | REC. TOILET PAPER | J.E.D. | 40 | Tried to use the phone | CF |
| 50 | LYING QUIET | J.E.D. | 50 | Talked w/ Sgt | CF |
| 9:00 | LYING QUIET | J.E.D. | 5:00 | Checked by C.O | CF |
| 10 | LYING QUIET | J.E.D. | 10 | Rounds | CF |
| 20 | LYING QUIET | J.E.D. | 20 | Lying Quietly | CF |
| 30 | ROUNDS | J.E.D. | 30 | Lying quiet | CF |
| 40 | LYING QUIET | J.E.D. | 40 | At door quiet | CF |
| 50 | LYING QUIET | J.E.D. | 50 | Meal accepted | CF |
| 10:00 | LYING QUIET | J.E.D. | 6:00 | Sitting on bed eating | CF |
| 10 | LYING QUIET | J.E.D. | 10 | Sitting on bed | CF |
| 20 | LYING QUIET | J.E.D. | 20 | Quiet on bed. | CF |
| 30 | LYING QUIET | J.E.D. | 30 | Restive | CF |
| 40 | LYING QUIET | J.E.D. | 40 | Sitting on bed | CF |
| 50 | Lying Quiet | JS | 50 | Lying Quiet | CG |
| 11:00 | Lying Quiet | JS | 7:00 | Lying Quiet | CG |
| 10 | Lying Quiet | JS | 10 | Lying Quiet | CG |
| 20 | Rounds | JS | 20 | Lying quiet | CF |
| 30 | Lying Quiet | JS | 30 | Quiet on bed | CF |
| 40 | LYING QUIET | J.E.D. | 40 | On bed quiet | CF |
| 50 | SITTING ON BED | J.E.D. | 50 | Quiet at door | CF |
| 12:00 | SITTING ON BED | J.E.D. | 8:00 | Rounds. Meds taken | CF |
| 10 | SITTING ON BED | J.E.D. | 10 | Quiet on bed | CF |
| 20 | TOOK MEAL | J.E.D. | 20 | Quiet on bed | CF |
| 30 | STANDING AT DOOR | J.E.D. | 30 | lying quiet | CF |
| 40 | STANDING AT DOOR | J.E.D. | 40 | Quiet on bed | CF |
| 50 | CA. TOOK FOOD TRAY | J.E.D. | 50 | Quiet on bed | CF |
| 1:00 | LYING QUIET | J.E.D. | 9:00 | Quiet on bed | CF |
| 10 | REC. TOILET PAPER | J.E.D. | 10 | Standing quiet | CF |
| 20 | STANDING AT DOOR | J.E.D. | 20 | lying quiet | CF |
| 30 | LYING QUIET | J.E.D. | 30 | Checked by C.O | CF |
| 40 | LYING QUIET | J.E.D. | 40 | lying quiet | CF |
| 50 | LYING QUIET | J.E.D. | 50 | lying on mat | CF |
| 2:00 | LYING QUIET | J.E.D. | 10:00 | Quiet on bed | CF |
| 10 | LYING QUIET | J.E.D. | 10 | Quiet on bed | CF |
| 20 | ROUNDS | J.E.D. | 20 | Lying Quiet | CG |
| 30 | LYING QUIET | J.E.D. | 30 | Lying quiet | CG |
| 40 | LYING QUIET | J.E.D. | 40 | Lying quiet | CG |
| 50 | LYING QUIET | J.E.D. | 50 | Lying Quiet | CG |
| Signature: | James E. Deegan | J.E.D. | Signature: | Sergio Garcia | CG |
| Signature | | | Signature | Cindy Berry | CB |
| Signature: | | | Signature: | | |
| Signature: | | | Signature: | | |

| BRIDGEWATER STATE HOSPITAL | PATIENT: Johnson, Bryan |
|---|---|
| **SECLUSION & RESTRAINT CHECK SHEET** | DOB: 10-3-81 |
| Page 2 of 2 | BSH#: M88951 |

Date: 12-15-04

**Restrained patient:  Offer fluids every two hours while awake and document on check sheet**

| Time | Comments | Initials | Time | Comments | Initials |
|---|---|---|---|---|---|
| 11:00 PM | lying quiet | MC | 300 | lying quiet | MC |
| 10 | lying quiet | MC | 10 | lying quiet | MC |
| 20 | lying quiet | MC | 20 | lying quiet | MC |
| 30 | lying quiet | MC | 30 | lying quiet | MC |
| 40 | lying quiet | MC | 40 | lying quiet | MC |
| 50 | lying quiet | MC | 50 | resting | MC |
| 12:00 | lying quiet | MC | 400 | resting | MC |
| 10 | lying quiet | MC | 10 | lying quiet | MC |
| 20 | lying quiet | MC | 20 | lying quiet | MC |
| 30 | lying quiet | MC | 30 | lying quiet | MC |
| 40 | lying quiet | MC | 40 | lying quiet | MC |
| 50 | resting | MC | 50 | lying quiet | MC |
| 100 | resting | MC | 500 | lying asleep | MC |
| 10 | lying quiet | MC | 10 | lying quiet | MC |
| 20 | lying quiet | MC | 20 | lying quiet | MC |
| 30 | lying quiet | MC | 30 | lying quiet | MC |
| 40 | lying quiet | MC | 40 | resting | MC |
| 50 | lying quiet | MC | 50 | resting | MC |
| 200 | resting | MC | 600 | resting | MC |
| 10 | resting | MC | 10 | resting | MC |
| 20 | resting | MC | 20 | resting | MC |
| 30 | resting | MC | 30 | lying quiet | MC |
| 40 | resting | MC | 40 | lying quiet | MC |
| 50 | lying quiet | MC | 50 | lying quiet | MC |

| Signature: | Signature: |
|---|---|
| Signature: | Signature: |
| Signature: Marie          MC | Signature: Diane Goodwin   DG |
| Signature: | Signature: |

**Additional Observations/Occurrences during shift:**

| 7 AM – 3 PM |
|---|
| Signature: |
| 3 PM – 11 PM |
| Signature: |
| 11 PM – 7 AM |
| Signature: |

Seclusion & Restraint Check Sheet
3/08/2001

5

Johnson



| BRIDGEWATER STATE HOSPITAL | PATIENT: Johnston, Bryan |
|---|---|
| SECLUSION & RESTRAINT CHECK SHEET | DOB: 10-3-81 |
| Page 1 of 2 | BSH#: M88951 |

Date: 12-16-04 Thursday

**Restrained patient: Offer fluids every two hours while awake and document on check sheet**

| Time | Comments | Initials | Time | Comments | Initials |
|---|---|---|---|---|---|
| 7:00 AM | LYING QUIET | J.E.D. | 3:00 PM | arms quiet | MS |
| 10 | LYING QUIET | J.E.D. | 10 | lying quiet | |
| 20 | LYING QUIET | J.E.D. | 20 | laying quiet | |
| 30 | LYING QUIET | J.E.D. | 30 | lying quiet | |
| 40 | LYING QUIET | J.E.D. | 40 | standing a door | |
| 50 | LYING QUIET | J.E.D. | 50 | lying quiet | |
| 8:00 | MED'S | J.E.D. | 4:00PM | lying quiet | |
| 10 | MED'S | J.E.D. | 10 | | |
| 20 | LYING QUIET | J.E.D. | 20 | | |
| 30 | TOOK MEAL | J.E.D. | 30 | | |
| 40 | EATING MEAL | J.E.D. | 40 | lying quiet | |
| 50 | LYING QUIET | J.E.D. | 50 | lying quiet | |
| 9:00 | LYING QUIET | J.E.D. | 5:00PM | lying quiet | MS |
| 10 | ROUNDS | J.E.D. | 10 | lying quiet | |
| 20 | LYING QUIET | J.E.D. | 20 | lying quiet | |
| 30 | LYING QUIET | J.E.D. | 30 | lying quiet | |
| 40 | LYING QUIET | J.E.D. | 40 | lying quiet | |
| 50 | LYING QUIET | J.E.D. | 50 | standing at door | |
| 10:00 | LYING QUIET | J.E.D. | 6:00PM | | |
| 10 | LYING QUIET | J.E.D. | 10 | | |
| 20 | LYING QUIET | J.E.D. | 20 | | |
| 30 | LYING QUIET | J.E.D. | 30 | resting | |
| 40 | LYING QUIET | J.E.D. | 40 | resting | |
| 11:00 | lying quiet | J.E.D. | 50 | resting | |
| 10 | lying quiet rounds | J.E.D. | 7:00PM | resting | MS |
| 20 | standing in room | J.E.D. | 10 | resting | |
| 30 | standing in room | J.E.D. | 20 | lying quiet | |
| 40 | REC TAILET PAPER | J.E.D. | 30 | lying quiet | |
| 50 | LYING QUIET | J.E.D. | 40 | lying quiet | |
| 12:00 | LYING QUIET | J.E.D. | 8:00PM | lying quiet | |
| 10 | LYING QUIET | J.E.D. | 10 | lying quiet | |
| 20 | TOOK MEAL | J.E.D. | 20 | | |
| 30 | EATING MEAL | J.E.D. | 30 | lying quiet | |
| 40 | SITTING IN BED | J.E.D. | 40 | lying quiet | |
| 50 | LYING QUIET | J.E.D. | 50 | lying quiet | |
| 1:00 | CO TOOK FOOD TRAY | J.E.D. | 9:00PM | lying quiet | MS |
| 10 | LYING QUIET | J.E.D. | 10 | lying quiet | |
| 20 | LYING QUIET | J.E.D. | 20 | lying quiet | |
| 30 | LYING QUIET | J.E.D. | 30 | lying quiet | |
| 40 | LYING QUIET | J.E.D. | 40 | lying quiet | |
| 50 | LYING QUIET | J.E.D. | 50 | lying quiet | |
| 2:00 | ROUNDS | J.E.D. | 10:00PM | lying quiet | |
| 10 | LYING QUIET | J.E.D. | 10 | lying quiet | |
| 20 | LYING QUIET | J.E.D. | 20 | lying quiet | |
| 30 | LYING QUIET | J.E.D. | 30 | lying quiet | |
| 40 | LYING QUIET | J.E.D. | 40 | resting | |
| 50 | LYING QUIET | J.E.D. | 50 | resting | |

| Signature: Karla | | Signature: | |
| Signature: | | Signature | |
| Signature: James E. Deegan | J.E.D. | Signature: Marie Saunders | MS |
| Signature: Jane Tillet | J.T. | Signature: | |

# 5
Johnston

| BRIDGEWATER STATE HOSPITAL | PATIENT: Johnston, Bryan |
|---|---|
| **SECLUSION & RESTRAINT CHECK SHEET** | DOB: 10-3-81 |
| Page 2 of 2 | BSH#: M 88951 |

Date: _Dec. 16, 04 Thursday_

**Restrained patient:   Offer fluids every two hours while awake and document on check sheet**

| Time | Comments | Initials | Time | Comments | Initials |
|---|---|---|---|---|---|
| 11:00 PM | lying quiet | ML | 3:00 | lying quiet | ML |
| 10 | lying quiet | ML | 10 | lying quiet | ML |
| 20 | lying quiet | ML | 20 | lying quiet | ML |
| 30 | lying quiet | ML | 30 | lying quiet | ML |
| 40 | lying quiet | ML | 40 | lying quiet | ML |
| 50 | lying quiet | ML | 50 | lying quiet | ML |
| 12:00 | lying quiet | ML | 4:00 | lying quiet | ML |
| 10 | lying quiet | ML | 10 | Resting | ML |
| 20 | lying quiet | ML | 20 | Resting | ML |
| 30 | lying quiet | ML | 30 | Resting | ML |
| 40 | lying quiet | ML | 40 | Resting | ML |
| 50 | lying quiet | ML | 50 | Resting | ML |
| 1:00 | lying quiet | ML | 5:00 | lying quiet | ML |
| 10 | lying quiet | ML | 10 | lying quiet | ML |
| 20 | lying quiet | ML | 20 | lying quiet | ML |
| 30 | lying quiet | ML | 30 | lying quiet | ML |
| 40 | lying quiet | ML | 40 | lying quiet | ML |
| 50 | lying quiet | ML | 50 | lying quiet | ML |
| 2:00 | lying quiet | ML | 6:00 | lying quiet | ML |
| 10 | lying quiet | | 10 | lying quiet | ML |
| 20 | lying quiet | | 20 | lying quiet | ML |
| 30 | lying quiet | | 30 | lying quiet | ML |
| 40 | lying quiet | | 40 | Resting | ML |
| 50 | lying quiet | | 50 | Resting | ML |
| Signature: | | | Signature: | | |
| Signature: | | | Signature: | | |
| Signature: | Mike | ML | Signature: | | |
| Signature: | M____ | ML | Signature: Dave Goodwine | DG | |

**Additional Observations/Occurrences during shift:**

7 AM – 3 PM

Signature:

3 PM – 11 PM

Signature:

11 PM – 7 AM

Signature:

Seclusion & Restraint Check Sheet
3/08/2001

_Johnston_

Page 58

| BRIDGEWATER STATE HOSPITAL | PATIENT: Johnston, Bryan |
|---|---|
| SECLUSION & RESTRAINT CHECK SHEET | DOB: 10-3-81 |
| Page 1 of 2 | BSH#: CM88951 |

Date: Dec 17 2004 Friday

Restrained patient:  Offer fluids every two hours while awake and document on check sheet

| Time | Comment | Initials | Time | Comment | Initials |
|---|---|---|---|---|---|
| 7:00 AM | lying in bed | | 3:00 PM | sitting on bed | CJ |
| 710 | | | 10 | sitting on bed | CJ |
| 720 | | | 20 | sitting on bed | CJ |
| 730 | | | 30 | sitting on bed | CJ |
| 740 | | | 40 | getting seen by Dr | CJ |
| 750 | | | 50 | Back to room, getting dressed | CJ |
| 800 | | | 400 | D/C from ITU to B-1 QOS | CJ |
| 810 | | | 10 | | |
| 820 | ambled throughout | | 20 | | |
| 830 | | | 30 | | |
| 840 | | | 40 | | |
| 850 | | | 50 | | |
| 900 | | | 500 | | |
| 910 | | | 10 | | |
| 920 | | | 20 | | |
| 930 | | | 30 | | |
| 940 | | | 40 | | |
| 950 | | | 50 | | |
| 1000 | | | 600 | | |
| 1010 | | | 10 | | |
| 1020 | | | 20 | | |
| 1030 | | | 30 | | |
| 1040 | | | 40 | | |
| 1050 | | | 50 | | |
| 1100 | | | 700 | | |
| 1110 | | | | | |
| 1120 | | | | | |
| 1130 | | | | | |
| 1140 | | | | | |
| 1150 | | | | | |
| 1200 | | | | | |
| 10 | | | | | |
| 20 | | | | | |
| 30 | | | | | |
| 40 | | | | | |
| 50 | | | | | |
| 100 | | | | | |
| 10 | | | | | |
| 20 | | | | | |
| 30 | | | | | |
| 40 | | | | | |
| 200 | | | | | |
| 10 | | | | | |
| 20 | | | | | |
| 230 | | | | | |
| 240 | | | | | |
| 250 | | | | | |
| Signature: | | | Signature: | | |
| Signature: | | | Signature: | | |
| Signature: | | | Signature: | | |
| Signature: Karen Skerbec | | | Signature: | | |

#5 Johnston

| BRIDGEWATER STATE HOSPITAL | PATIENT: |
| SECLUSION & RESTRAINT CHECK SHEET | DOB: |
| | BSH#: |
| Page 2 of 2 | |

Date:_____

**Restrained patient:  Offer fluids every two hours while awake and document on check sheet**

| Time | Comments | Initials | Time | Comments | Initials |
|------|----------|----------|------|----------|----------|
| 11:00 PM | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Signature: | | | Signature: | | |
| Signature: | | | Signature: | | |
| Signature: | | | Signature: | | |
| Signature: | | | Signature: | | |

**Additional Observations/Occurrences during shift:**

| 7 AM – 3 PM   Susan Raws |
|---|
| Signature: |
| 3 PM – 11 PM |
| Signature: |
| 11 PM – 7 AM |
| Signature: |

Seclusion & Restraint Sheet
3/08/2001

R 460

| **BRIDGEWATER STATE HOSPITAL** | **PATIENT:** Johnston, Bryan |
| --- | --- |
| **NOTIFICATION OF SECLUSION** | **DOB:** 10-3-81 |
| | **BSH#:** M88951   **UNIT:** B-1 |

It is the policy of Bridgewater State Hospital to notify the family member designated by a patient as his Emergency Notification whenever the patient is involved in an incident of seclusion and restraint, if it is agreed to by all parties and clinically indicated.

☒ I do not consent to have a designated emergency family contact notified.

☐ I give my consent to have:

Name:_____

Address:_____

designated as my emergency family contact, and notified in the event that I am placed in seclusion and/or restraint.  This person can be reached at_____
I understand that this person will have to agree to such designation.  I further understand that either this person or I can revoke, in writing, this designation at any time.

Signature: ☒ Bryan R. Johnston         Date:   12/20/04

TO:
FROM:
DATE:

As you can see from the above, patient_____has requested that you be notified any time he is placed in seclusion and/or restraint.  If you wish to be so notified, please complete and return this form to:

Bridgewater State Hospital
Records Department
20 Administration Road
Bridgewater, MA 02324

I,_____, agree to be notified by Bridgewater State Hospital any time that _____is admitted to the Intensive Treatment Unit.  I understand that the Hospital may attempt to contact me at any time during the day or evening, seven days a week.  I understand that I may revoke, in writing, this designation at any time.
☐ The above telephone number is correct.
☐ The above telephone number is incorrect.  Please use this number:_____

Signature:_____         Date:_____
Notification of Seclusion
Revised: 7/8/02

R. 161
142

| **BRIDGEWATER STATE HOSPITAL** | PAT | JOHNSTON BRYAN |
| **REFUSAL OF TREATMENT FORM** | DO | D/O/B·10/3/81 |
| | | M88951 |
| | BSh.. | D/O/A 12/10/O4 |

Knowing that I have a condition requiring medical care, I_____ hereby:

☐   Refuse medications(s)   _____ specify medication(s)

_____

_____

☐   Refuse medical care in institution.

☐   Refuse dental care.

☐   Refuse laboratory services:

☐   Refuse X-Ray services.

☐   Refuse other diagnostic tests:   *refused medical*

☒   Refuse a physical examination.   *history taking*

☐   Other (Please specify):_____

_____

_____

RISKS OF REFUSAL:_____ *undiagnosed medical condition*
*that is treatable*

_____

·I hereby acknowledge that I have been fully informed of, and understand, the above treatment recommendations and the risks involved in refusing them.  I hereby release and agree to hold harmless the state, the statutory authority, all correctional personnel, and medical/health personnel from all responsibility and from any ill effects that may result from this refusal.  I shall personally assume responsibility for my welfare.

_____
Patient Signature

_____          Date  _12/10/04_
Witness Signature                          Date

_____          _12/10/04_
·Witness Signature*                         Date

*If patient refuses to sign, refusal form must be signed by a second witness

_____          _12-10-04_
Prescribing/Ordering Physician              Date

Refusal of Treatment Form
3/21/02

R.148

| **BRIDGEWATER STATE HOSPITAL** | **PATIENT:** Christon Bryan |
| **REFUSAL OF TREATMENT FORM** | **DOB:** 10-3-81 |
| | **BSH#:**                **UNIT:** I R |

Knowing that I have a condition requiring medical care, I_____ hereby:

☐   Refuse medications(s)    _____ specify medication(s)

      _____

      _____

☐   Refuse medical care in institution.

☐   Refuse dental care.

☒   Refuse laboratory services: CBC, RRR

☐   Refuse X-Ray services.

☐   Refuse other diagnostic tests:

☐   Refuse a physical examination.

☐   Other (Please specify):_____

_____

_____

RISKS OF REFUSAL:_____

_____

_____

· I hereby acknowledge that I have been fully informed of, and understand, the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, the statutory authority, all correctional personnel, and medical/health personnel from all responsibility and from any ill effects that may result from this refusal. I shall personally assume responsibility for my welfare.

_Seclusion_____     _____
Patient Signature                                              Date
                                                                        12-17-04.
_____     _____
Witness Signature                                            Date
                                                                        12-17-04
_____     _____
Witness Signature*                                          Date

*If patient refuses to sign, refusal form must be signed by a second witness

A. J. RUBINEAU, MD                                    12/21/04
_____     _____
Prescribing/Ordering Physician                    Date

Refusal of Treatment Form
3/21/02

| BRIDGEWATER STATE HOSPITAL | PATIENT: Johnston, Bryan |
|---|---|
| REFUSAL OF TREATMENT FORM | DOB: 10-3-81 |
| | BSH#:          UNIT: |

Knowing that I have a condition requiring medical care, I_____hereby:

☐ Refuse medications(s)        _____ specify medication(s)

         _____

         _____

☐ Refuse medical care in institution.

☐ Refuse dental care.

☒ Refuse laboratory services:  CBC, RPR

☐ Refuse X-Ray services.

☐ Refuse other diagnostic tests:

☐ Refuse a physical examination.

☐ Other (Please specify):_____

_____

_____

_____

RISKS OF REFUSAL:_____

_____

_____

I hereby acknowledge that I have been fully informed of, and understand, the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, the statutory authority, all correctional personnel, and medical/health personnel from all responsibility and from any ill effects that may result from this refusal. I shall personally assume responsibility for my welfare.

_____        _____
Patient Signature                      Date

_____        12-20-04
Witness Signature                      Date

_____        _____
Witness Signature*                     Date

*If patient refuses to sign, refusal form must be signed by a second witness

A.J. RUBINEAU, MD
_____                12-21-04
Prescribing/Ordering Physician              Date

Refusal of Treatment Form
3/21/02

R. 464

| BRIDGEWATER STATE HOSPITAL | PATIENT: Johnston, Bryan |
|---|---|
| REFUSAL OF TREATMENT FORM | DOB: 10-3-81 |
| | BSH#:                    UNIT: |

Knowing that I have a condition requiring medical care, I_____hereby:

☐   Refuse medications(s)    _____ specify medication(s)

_____

_____

☐   Refuse medical care in institution.

☐   Refuse dental care.

☒   Refuse laboratory services: CBC, RPR

☐   Refuse X-Ray services.

☐   Refuse other diagnostic tests:

☐   Refuse a physical examination.

☐   Other (Please specify):_____

_____

_____

RISKS OF REFUSAL:_____

_____

_____

I hereby acknowledge that I have been fully informed of, and understand, the above treatment recommendations and the risks involved in refusing them.  I hereby release and agree to hold harmless the state, the statutory authority, all correctional personnel, and medical/health personnel from all responsibility and from any ill effects that may result from this refusal.  I shall personally assume responsibility for my welfare.

_____               _____
Patient Signature                         Date

_____               12-21-04
Witness Signature                         Date

_____               _____
Witness Signature*                        Date

*If patient refuses to sign, refusal form must be signed by a second witness

A.J. RUBINEAU, MD
_____         12/2/04
Prescribing/Ordering Physician        Date

Refusal of Treatment Form
3/21/02

R. 165
146

| BRIDGEWATER STATE HOSPITAL | PATIENT: Bryan Johnston |
| REFUSAL OF TREATMENT FORM | DOB: 10/3/81 |
| | BSH#: M88951   UNIT: B1 |

Knowing that I have a condition requiring medical care, I _Bryan L. Johnston_ hereby:

☐  Refuse medications(s) _flu Shot_ specify medication(s)

_____

_____

☐  Refuse medical care in institution.

☐  Refuse dental care.

☐  Refuse laboratory services:

☐  Refuse X-Ray services.

☐  Refuse other diagnostic tests:

☐  Refuse a physical examination.

☐  Other (Please specify): _Had Vaccine Already_

_____

RISKS OF REFUSAL: _↑ Risk of influenza_

_____

_____

I hereby acknowledge that I have been fully informed of, and understand, the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, the statutory authority, all correctional personnel, and medical/health personnel from all responsibility and from any ill effects that may result from this refusal. I shall personally assume responsibility for my welfare.

_Bryan L. Johnston_                    _1/7/04_
Patient Signature                      Date

_Anne Collins RN_                      _1/7/04_
Witness Signature                      Date

_____              _____
Witness Signature*                     Date

*If patient refuses to sign, refusal form must be signed by a second witness

_____    Khalid N. Khan M.D.    _____
Prescribing/Ordering Physician    _K_  1 9    Date
                                  JAN 1 2 2005

Refusal of Treatment Form
3/21/02

R4766

| BRIDGEWATER STATE HOSPITAL | PATIENT: Joi Lean Bryan |
|---|---|
| **HEALTH STATUS REPORT:**<br>**TRANSFER OR DISCHARGE** | DOB: 10-3-81<br>BSH#: M 88 951   UNIT: 02 |

**Purpose:**  Transfer to: _____   Discharge to: _Hampshi___

PPD Date: _Dec 04_  Results: _∅_ mm   MMR Date: _Declined Vaccin_
Date of Last Physical Exam: _12/10/04_

| Medical | Comment |
|---|---|
| ☐ Drug Allergies (List) | NKDA |
| ☐ Cardiac/Vascular Problems | |
| ☐ Pulmonary Problems | |
| ☐ Neurological Problems | |
| ☐ Gastrointestinal Problems | ∅ |
| ☐ Musculoskeletal Problems | |
| ☐ Renal/Genitourinary | None |
| ☐ Endocrine/Metabolic | |
| ☐ Integumentary | |
| ☐ Other Medical Problems | Flu Shot given 07 Jan 05 |

| Mental Health | Past | Current |
|---|---|---|
| ☐ Self Injurious Behavior | | |
| ☐ Suicidality | | |
| ☐ Assaultive Behavior | | |
| ☐ Alcohol/Drug Abuse | | |
| ☐ Other: | | |

**Mental Health Contact Person:** _M. Marino_     **Telephone#** _508 279-4500_

| Medication(s) | | |
|---|---|---|
| Name/Frequency | Dose | Last Date & Time Received |
| Benadryl 100mg po QHS | | |
| Ativan 1mg po BID/PRN | | |
| Benadryl 50mg po QHS/PRN | | |

| Pending Appointment(s) | | |
|---|---|---|
| Place | Date | Reason |
| None | | |

**Special Needs**

| ☐ Dietary Regular | ☐ Transportation | ☐ Housing | ☐ Dental Problems/Needs |
|---|---|---|---|

Explain: _____

HSR Completed by: _Michelle Bonzagni Lpn_     Date: _1/10/05_
Refer questions to the Nursing Supervisor at 508-279-4500, extension 4688 or 4689

Admitting Institution M.D.: _____     Date: _____

Health Status Report
7/13/01

| ACTIVITY | | PATIENT TEACHING | | ORDERED | LABORATORY TESTS/PROCEDURE |
|---|---|---|---|---|---|
| AMBULATE | | CORONARY | | | |
| ASSIST | | DIABETIC | | | |
| UP IN CHAIR | | PRE-OP | | | |
| BEDREST | | POST-OP | | | |
| TURN _____ ROM | I | ONCOLOGY | | | |
| SUPPORTIVE | | OSTOMY | | | |
| ELASTIC STOCKINGS | | RESPIRATORY | | | |

s NKDA
DISLIKES
ASSIST
DINGS

**LABORATORY**

DATE

Kc
F
x3
o
d

CBC
RPR
UA

**FLUIDS**
ENCOURAGE

DIET
MEDICATION

**SUPPORTIVE/SAFETY**

SIDE RAILS
TRAPEZE
FOOT BOARD
AIR/FORM MATTRESS
BED BOARD
RESTRAINTS
PRECAUTIONS  Standard

**OTHER**

Chronic Disease
Asthma

**ILET OUTPUT**
SIZE
RTED
PID  self
E

UMRP CBC

| DATE VISITED | SOCIAL SE |
|---|---|
| 12/5 | H+P |
| 12/17 | ncgeva |
| | psyev |
| ≤40 | rectal |
| 12/18 | Snelle |
| | aorta |
| | aic |

**PHYSICAL THERAPY**

**SUCTIONING**
NASO PHARYNGEAL
TRACH
N/G TUBE
CHEST TUBE

**RESPIRATORY THERAPY**
PPD plant 12-10-04
read 12-13-04
result ∅

148

ARE

**TAL SIGNS**
18  120/80
5'0" WGT. 200

**DRESSINGS**
SIMPLE
COMPLICATED

| E.K.G. | DATE |
|---|---|

DATE  DAILY LAB TESTS

**BATH**
SHOWER  TUB
COMPLETE
KIN CARE

TELEMETRY

NKDA

JOHNSTON BRYAN
D/O/B 10/3/81
M88951

R. 168

ARGE PLANNING    *See MTP*

| MEDICATION & IV's | PRESCRIBED TREATMENTS | 7-3 | 3-11 | 11-7 |
|---|---|---|---|---|
| | *See MAR* | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | 149 |
| | | | | |
| | | | | |

FING DIAGNOSIS:

*Depression*

NT DIAGNOSIS:

TION:

GIES:  *NKDA*

JOHNSTON BRYAN
D/O/B 10/3/81
M88951
D/O/A 12/10/04

| | *Asthma* / | DATE | REFERRAL | ATIONS | DATE REQUIRED | DATE SEEN |
|---|---|---|---|---|---|---|
| | | 12/11/09 | | | | |
| | | 12/29/04 | | | | |

10/28/81                    Johnston, Bryan                    78795-1

| DATE | NURSING DIAGNOSIS | NURSING INTERVENTIONS | | INITIALS | DATE |
|------|-------------------|------------------------|--|----------|------|
| 2/20/04 | Potential alterations in Repiratory status R/T Asthma. | 1. Baseline V/S. | | | 12   10/21/04 |
| | | 2. Assess patients level of knowledge | | | |
| | STG: Patient will be free of asthmatic attacks. | 3. Medicate with oral bronchodilators ___ ordered _____ | | | |
| | Patient will verbalize basic understanding of disease process. | 4. Medicate with metered dose inhaler ordered _____   If PRN - take V/S prior to administ ssess   breath sounds. | | | 150 |
| | | 5. Follow up in CDC q 3 months or a | | | |
| | LTG: Maintain optimal breathing as evidenced by regular respiratory rate/pattern & eupnea. | 6. See Special Needs Tx Plan. | | | |

LTG: Demonstrate effective
problem-solving and
and decision making
skills.

5. Praise him for positive adaptive coping.

6. Encourage him to discuss feelings generated by
coping (e.g. frustration, anger).

7. Encourage him to take medications as prescribe
noncompliance to treatment team.

8. Encourage him to seek out treatment team mem
issues.

scuss

| DATE | NURSING DIAGNOSIS | APPROACH   PT. NAME Johnston |
|------|-------------------|------------------------------|
|      | INEFFECTIVE INDIVIDUAL | 1. Monitor, assess and document behavior. |
|      | COPING | 2. Encourage to focus on strenghts rather than weaknesse. |
|      | R/T Depression | 3. Assist the patient to learn strategies that will e( |
|      | As evidenced by: | positive coping. e.g. removing himself from negat |
|      | suicidal ideation | situations, disassociating himself from inappropri |
|      |   | displayed by other patients. |
|      | STG: Verbalize ability to | 4. Help him prioritize problems and assist to find im |
|      | cope in accordance | solutions to the most troubling problems, postpo |
|      | with age and status. | can wait, and acknowledge those beyond the patie |
|      |   | 5. Praise him for positive adaptive coping. |
|      | LTG: Demonstrate effective | 6. Encourage him to discuss feelings generated by in( |
|      | problem-solving and | coping (e.g. fustration, anger). |
|      | and decision making | 7. Encourage him to take medications as prescribed. |
|      | skills. | noncompliance to treatment team. |
|      |   | 8. Encourage him to seek out treatment team membe |
|      |   | isues. |

# M88957

| BRIDGEWATER STATE HOSPITAL<br><br>HEALTH STATUS REPORT:<br>TRANSFER OR DISCHARGE | PATIENT: Bryan Johnston<br>DOB: 10-3-81<br><br>BSH#:                    UNIT: |
|---|---|

Purpose:   Transfer to:_____        Discharge to:_____

PPD Date:_____Results:_____ mm        MMR Date:_____
Date of Last Physical Exam:_____

| Medical | Comment |
|---|---|
| ▫ Drug Allergies (List) | *Pt was only here* |
| ▫ Cardiac/Vascular Problems | *for 24 hours. He refused* |
| ▫ Pulmonary Problems | |
| ▫ Neurological Problems | *examination "upon advice* |
| ▫ Gastrointestinal Problems | |
| ▫ Musculoskeletal Problems | *of my attorney "* |
| ▫ Renal/Genitourinary | |
| ▫ Endocrine/Metabolic | |
| ▫ Integumentary | |
| ▫ Other Medical Problems | |

| Mental Health | Past | Current |
|---|---|---|
| ▫ Self Injurious Behavior | | |
| ▫ Suicidality | | |
| ▫ Assaultive Behavior | | |
| ▫ Alcohol/Drug Abuse | | |
| ▫ Other: | | |

Mental Health Contact Person:                    Telephone#

| Medication(s) | | |
|---|---|---|
| Name/Frequency | Dose | Last Date & Time Received |
| | | |
| | | |
| | | |

| Pending Appointment(s) | | |
|---|---|---|
| Place | Date | Reason |
| | | |
| | | |

| Special Needs | | | |
|---|---|---|---|
| ▫ Dietary | ▫ Transportation | ▫ Housing | ▫ Dental Problems/Needs |
| Explain: | | | |

HSR Completed by:_____        Date:_____
Refer questions to the Nursing Supervisor at 508-279-4500, extension 4688 or 4689

Admitting Institution M.D.:_____        Date:_____

Health Status Report
Revised 7/21/01
White: Receiving Facility        Yellow: Medical Record

R. 172

HAMPSHIRE JAIL AND HOUSE OF CORRE  ION

P.O. Box 7000

205 Rocky Hill Road

Northampton, Mass. 01061-7000

Name: Bryan R. Johnston

| DATE | TIME | SOAP NOTES |
|------|------|-----------|
| 12-9-04 | 5pm–5:30pm | Seen for medical intake. He refused stating "my lawyer said 'not to say a word' he will be in tomorrow morning and will take care of everything then.'" Refusal of Treatment form signed. Noted on his Ⓡ forehead was a 3/8"–½" red mark and on his hands and fingers were numerous scratches, superficial and with skin intact. He was alert and responded appropriately to questions and directions. C. Sullivan LPN |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

7/23/04 Psychiatric Evaluation

ID  22 y/o w/a/c single. senior at Westfield State, works security at Baystate.

CC  "Anxiety + Panic Attacks"

HPI - Graduated HS, went to college in Hawaii, had intense anxiety. Just got to dorms, made friends c̄ kids who were "mafia-related". He believed mobsters were trying to kill him — went to the airport, flew home — believed people at the airport were following him. This was middle of the second semester sophomore year (Nov 2002). People "people kept coming for me, at work + at school". People I told thought I had schizophrenia. In Hawaii woke up c̄ a needle in his arm + believes he was raped ("I remember flashes of it happening" "It felt like a dream but I knew it wasn't" (He felt anal soreness). Since then "everywhere I went, someone was trying to get me." Feels panic, has trouble sleepy, severe panic at work, has trouble breathing, starts sweating, feels like passing out. He believes he too is being chased because "someone back said he raped them."
He reports he is able to function at school where is studying criminal justice. He likes his job working security.


Medical - Reports good health ; mild Asthma
Allergy - PCN ; environmental allergies

~~Allergy~~ - f

Meds - Flonase, Pulmicort, Prilosec

EtOH - beer or two p̄ work; not very involved in
college parties

Drugs - ō LSD, ō marijuana, ō ecstasy - has tried marijuana
in past

Tob - quits for a week & then re-starts

Suicide - no Hx of attempts or current SI: "Death is
the last thing on my mind"

Gun - Has a pistol; goes to range on weekends

Psych Hx - no past Hx of Tx

Family youngest of 2 kids; (S) is 7 years older, in Atlanta
(M) is a nurse; (F) retired & works security
maternal aunt - schizophrenia

Abuse Hx - Denies

Sexual Hx - heterosexual; ō current girlfriend

Goal for Tx - wants to talk ē me & get my opinion -
"It's been two years & I don't want a bigger problem"

Why now? - Anxiety level is too high; can't sleep,
sometimes up all night. One nightmares about
what happened in Hawaii
no Ah, VH, thought broadcasting
At times he can feel calm

Previous effort to relax - shoots targets, works out,
watches TV, reads a magazine

7/23/04 (cont)

MSE - well built, healthy-looking 22 y/o WM, neatly
dressed, tense, red-faced, alert, cooperative,
interactive. Fluent, relevant, coherent speech —
no blocking, ō derailment, ō flight of ideas. Mood +
affect are tense but he smiles + jokes appropriately.
He ū clearly uncomfortable but reports anxiety
ū the main issue, not paranoia. No SI or HI.
OK3. good recent + remote memory.

DX: I. R/O PTSD      309.81 - possible trauma, ↑ anxiety, nightmares
 —       R/O Panic Disorder — he has had "panic attacks"
         R/O Delusional Disorder - paranoid ideation in past, subsided
         R/O Schizophrenia - ⊕FH but no sx other than paranoia
                                ō disease
         R/O Bipolar Disorder — no FH; no clear manic episodes

    II. No PX
    III. Asthma, allergy to PCN

Plan 1) we discuss DX ū detail— he does not feel paranoia is
        a current issue.+ want to ↓ anxiety.

     2) We discuss family support, relaxation CD's, psychotherapy
        + medication — he wants to try meds

     3) we reviewed benefits/risks/alternatives of a
        variety of approaches — he does not want a 2nd
        generation antipsychotic but agrees ē a trial
        of Lexapro + prn Ativan.

     4) rx Lexapro samples #7 - 5 mg of one ×1 week.
        reviewed common side effects + sexual side
        effects; also rx Ativan 1 mg prn; for both
        meds — warned: driving, guns, machinery, ETOH;
        warned: dependence ū Ativan if not used prn

     5) F/U 1 wk (or 6) Reviewed source labs, emergency contact
                                                    [signature]

"I felt like shit after our meeting & I started to think about old times". Even though he no longer feels paranoid, and the events occurred > 2yrs ago, he still feels anxious. He wonders if his mind may have been "playing tricks on him".

<u>MEDS</u>  Lexapro sy - "a little jittery"; fatigue; mild nausea; sleep is "definitely improved". No panic attacks.

Ativan 1mg - took at HS x 1 + slept 14°
took at noon - 7PM - helped him relax

not daily, has "trust issues"; feels nervous, - but is interested.

No Hx sexual abuse or trauma.

<u>MSE</u>  Tense, sweaty, wears a St Maarten t shirt. Fluent, relevant, coherent speech. No derailment, flight of ideas, blocking. Affect - Tense. Mood - euthymic. No VH, AH, SI, HI. OK 3.

<s>Buys</s>  Anxiety continues ("85"/100 - but it was 100 when paranoid): no evidences of psychosis.

Plan  1)  Continue Lexapro 5yr qday - discussed his expectable side effects + need to stay on it for 3-6 weeks at a high enough dose.

      2)  Continue Ativan 1mg PRN

      3)  F/U 8/13 - 10 AM

8/13/04   Psychotherapy 50m

"I feel much better". On Lexapro 5 mg q AM — no current side effects, feels much calmer. "A huge improvement!" At work, he feels more confident handling situations. Sleep is "a lot better" Ativan helps prn — he takes a pill ≈ every other day. Issues related to Hawaii continue "to fade".

Meds  Lexapro 5mg q AM  (He took 10mg once & became oversedated)
     Ativan 1mg prn — takes 1mg q OD

MSE — Alert, interactive, looks more steady & tense than his self report. Speech is fluent, relevant, coherent & logical. No s derailment. Mood — euthymic. Affect — appropriate. No AH, VH, SI, HI. OX3.

IMP — Significant improvement on Lexapro 5mg q AM s adverse effects (not currently sexually active)

Plan  1) Discussed possible sexual side effects
     2) Continue Lexapro & Ativan at current doses
     3) F/U  9/10 – 4PM          [signature]


9/10/04  missed appt — I called him + asked him to reschedule.

          [signature]


10/1/04  Psychotherapy 50m
"I'm doing good" but still feels anxious; off caffeine. School started; working hard at his job. Eager to date.
Meds  Lexapro 5mg; Ativan 1mg prn; side effects — ↑ yawning + sweating s ↓ sex drive, ↓ libido, nausea, sedation.
MSE — Bright, alert, interactive s fluent, relevant, coherent speech. Mood — anxious. Affect — appropriate. No AH, VH, SI, HI. OX3
IMP — ↑ anxiety on low-dose Lexapro
Plan  1) ↑ Lexapro to 10mg q D — side effects discussed. Warned: sedation, driving, machinery.  2) continue Ativan 1mg prn which aborts panic attacks  3) F/U 11/5/04  11:50 AM
          [signature]

11/3/04   Psychotherapy 25 m        R. 178

On ↑ Lexapro — more fatigued, yawning — he ↓ to
5mg & that seems to help. He takes Ativan 1 mg
x twice/week. In the past, he took Ativan 1mg daily
& had withdrawal when he cut back.

Panic attacks ≈ once/wk — hyperventilates, feels like
        "an out of body" experience.

Hard to concentrate in school — passing his classes — but
isn't making Dean's list.

MSE: Alert, bright, interactive. mildly anxious. NO SI.
Eval: Brian feels he is "much better" on his current
        regimen & has ⊘ adverse effects.

Plan    1) continue current meds
        2) F/U   12/10 - 1PM          [signature]
        3) Discussed his concerns about how
                often he can take Ativan.

R. 179

*413 522-4800*
*574 — 4803*

# COMMONWEALTH OF MASSACHUSETTS
## THE TRIAL COURT

HAMPSHIRE, ss.

HAMPSHIRE SUPERIOR COURT
INDICTMENT NO. 05-025

| | |
|---|---|
| COMMONWEALTH ) | |
| ) | PROPOSED JURY INSTRUCTIONS |
| v. ) | |
| ) | |
| BRYAN JOHNSTON, ) | |
| **Defendant** ) | |

Now comes the defendant, by and through his attorney, Alexander Z. Nappan, and respectfully requests that this Honorable Court include the following attached instructions in its instructions to the Jury:

1. Lack of Criminal Responsibility;
2. Mental Impairment and Intoxication as it Applies to Proof of Knowledge or Intent;
3. Consequences of Verdict of Not Guilty by Reason of Lack of Criminal Responsibility; and
4. Defendant's Conduct After the Killing;
5. Effect of Alcohol and/or Drugs on Insanity;
6. Admissible only for a Limited Purpose;
7. Immunized Witnesses

Dated: April 24, 2006

Respectfully submitted,
BRYAN JOHNSTON, the defendant
by his attorneys,

Alexander Z. Nappan, BBO # 366900
Edward F. Berlin, BBO # 039900
278 Main Street, Suite 205
Greenfield, MA 01301
Phone: 413.774.4800