**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF MASSACHUSETTS**

**15-cv-12332-WGY**

**Bryan R. Johnston,**
**Petitioner**

**v.**

**Lisa A. Mitchell**
**Superintendent, Old Colony Correctional Center**

**APPENDIX IN SUPPORT OF PETITION FOR HABEAS CORPUS**
**PAGES 210-238**

for the petitioner:

David J. Nathanson
BBO #633772
Wood & Nathanson, LLP
227 Lewis Wharf
Boston, MA 02110
dnathanson@woodnathanson.com
978-744-2695

dated: October 23, 2015

would not describe Johnston's facial appearance in either his 2004 booking photo or his 2006 "face sheet" photo as Cushingoid or "moon shaped" particularly when compared to his license photo from 2001. The slight change in appearance could be due to simple weight gain.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY

Dr. Jeffrey Korff
264 Elm Street
Northampton, MA  01060-2825
(413) 585-0039

Dated:

# CURRICULUM VITAE

## JEFFREY MICHAEL KORFF, M.D.

**OFFICE**

264 Elm Street
Northampton, MA 01060
Ph:  (413) 585-0039
Fax: (413) 586-2148

**HOME**

100 Washington Avenue
Northampton, MA 01060
(413) 586-1740

SS# 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

**DATE & PLACE OF BIRTH**

December 22, 1951
Boston, Massachusetts

**EDUCATION**

1968 – 1971   Boston University College of Liberal Arts:
              B.A. Degree conferred in 1971

1971 – 1975   Tufts University School of Medicine
              M.D. Degree conferred in 1975

**PROFESSIONAL EXPERIENCE**

1975 – 1978   Resident in Internal Medicine
              The Staten Island Hospital
              Staten Island, New York

1978 – 1981   Fellow in Endocrinology
              The University of Chicago Hospitals & Clinics
              Chicago, Illinois

1981 – 1983   Visiting Scientist, Senior Staff Fellow
              National Heart, Lung and Blood Institute
              Bethesda, Maryland

1983 – 1984   Physician-in-Charge, Endocrine Section
              Queens Hospital Center, Dept. of Medicine
              Jamaica, New York

Jeffrey M. Korff, M.D.                                        Page 2

| | |
|---|---|
| 1984 – 1986 | Physician-in-Charge, Diabetes and Clinical Training Program, Division of Endocrinology Long Island Jewish Medical Center New Hyde Park, New York |
| 1986 – 1987 | Private Practice of Internal Medicine and Endocrinology & Metabolism Amherst Internal Medicine Amherst, Massachusetts |
| 1987 – 1999 | Associate, Endocrine-Metabolic Division Baystate Medical Center Springfield, Massachusetts |
| 1999 - | Private Practice – Endocrinology & Metabolism Northampton, Massachusetts |

## PROFESSIONAL CERTIFICATION

Diplomate, American Board of Internal Medicine, 1979.

Diplomate, American Board of Internal Medicine, subspecialty of Endocrinology & Metabolism, 1981.

## PROFESSIONAL APPOINTMENTS

Assistant Professor of Medicine
State University of New York at Stony Brook, 1983 – 1986.

Assistant Professor of Medicine
Tufts University School of Medicine, 1987 – present.

## PROFESSIONAL MEMBERSHIPS

American Diabetes Association

The Endocrine Society

American Thyroid Association

American Society for Bone and Mineral Research

# SOCIOLOGY
## *of*
# DEVIANT BEHAVIOR

**Twelfth Edition**

Marshall B. Clinard
*Emeritus, University of Wisconsin*

Robert F. Meier
*University of Nebraska at Omaha*



**THOMSON**

**WADSWORTH**

Australia • Canada • Mexico • Singapore • Spain
United Kingdom • United States



# THOMSON

### WADSWORTH

Sociology Editor: *Robert Jucha*
Development Editor: *Natalie Cornelison*
Assistant Editor: *Stephanie Monzon*
Editorial Assistant: *Melissa Walter*
Technology Project Manager: *Dee Dee Zobian*
Marketing Manager: *Matthew Wright*
Marketing Assistant: *Michael Silverstein*
Advertising Project Manager: *Linda Yip*
Project Manager, Editorial Production: *Kirk Bomont*
Print/Media Buyer: *Jessica Reed*

Permissions Editor: *Elizabeth Zuber*
Production Service: *The Book Company*
Text Designer: *Tessa Avila*
Copy Editor: *Marguerite Rigoglioso*
Cover Designer: *Laurie Anderson*
Cover Image: *New Smyrna Gouache #1*, by Ellen Burchenal,
©Ellen Burchenal. Courtesy of the artist.
Cover Printer: *Maple-Vail/Binghamton*
Compositor: *Progressive Information Technologies*
Printer: *Maple-Vail/Binghamton*

COPYRIGHT © 2004 Wadsworth, a division of Thomson Learning, Inc. Thomson Learning™ is a trademark used herein under license.

ALL RIGHTS RESERVED. No part of this work covered by the copyright hereon may be reproduced or used in any form or by any means—graphic, electronic, or mechanical, including but not limited to photocopying, recording, taping, Web distribution, information networks, or information storage and retrieval systems—without the written permission of the publisher.

Printed in the United States of America
1 2 3 4 5 6 7 07 06 05 04 03

For more information about our products, contact us at:
**Thomson Learning Academic Resource Center**
**1-800-423-0563**

For permission to use material from this text, contact us by:
**Phone: 1-800-730-2214 Fax: 1-800-730-2215**
**Web: http://www.thomsonrights.com**

Library of Congress Control Number: 2003101956

ISBN 0-534-61947-9



**Wadsworth/Thomson Learning**
**10 Davis Drive**
**Belmont, CA 94002-3098**
**USA**

**Asia**
Thomson Learning
5 Shenton Way #01-01
UIC Building
Singapore 068808

**Australia/New Zealand**
Thomson Learning
102 Dodds Street
Southbank, Victoria 3006
Australia

**Canada**
Nelson
1120 Birchmount Road
Toronto, Ontario M1K 5G4
Canada

**Europe/Middle East/Africa**
Thomson Learning
High Holborn House
50/51 Bedford Row
London WC1R 4LR
United Kingdom

**Spain/Portugal**
Paraninfo
Calle/Magallanes, 25
28015 Madrid, Spain

## CONTENTS IN BRIEF

Preface   *v*

Chapter 1   The Nature and Meaning of Deviance   1

Chapter 2   Deviant Events and Social Control   28

Chapter 3   Becoming Deviant   51

Chapter 4   Structural Perspectives on Deviance: Anomie and Conflict Theories   84

Chapter 5   Labeling, Control, and Learning Theories of Deviance   103

Chapter 6   Crimes of Interpersonal Violence   129

Chapter 7   Nonviolent Crime   172

Chapter 8   White-Collar and Corporate Crime   202

Chapter 9   Drug Use and Addiction   245

Chapter 10   Drunkenness and Alcoholism   305

Chapter 11   Sexual Deviance   355

Chapter 12   Suicide   405

Chapter 13   Physical Disabilities   451

Chapter 14   Homosexuality, Lesbianism, and Homophobia   486

Chapter 15   Mental Disorders   544

References   R-1

Name Index   IN-1

Subject Index   IN-9

# CONTENTS

Chapter 1     The Nature and Meaning of Deviance          1

What is Deviance?     4
    Normative Definition     5
    Alternative Definitions     6
Deviance and Society     9
    Norms     10
    Differentiation and Deviance     12
    Subcultures     14
    The Relativity of Deviance     18
    Creating Deviance     20
    Determining Norms and the Content of Deviance     23
    Two Final Observations     25
Summary     26
Selected References     27


Chapter 2     Deviant Events and Social Control     28

Deviant Events     28
    Deviant Roles     29
    Deviant Places     30
    The Deviant Act Over Time     31
    Deviant Acts and Victims     33
Social Control     34
    Processes of Social Control     34
    Informal Social Controls     36
    Formal Social Controls     38
Law as an Example of Formal Social Control     40
    What Kinds of Problems Can the Law Solve?     42
    Legal Sanctions     45
The Irony of Social Control     46
Summary     49
Selected References     50


Chapter 3     Becoming Deviant     51

Socialization and Social Roles     53
    Socialization as Role Taking     55
    Deviant Role Taking     56

x   CONTENTS

Seeing the Deviant's Perspective     60
    Understanding Deviant Worlds     61
    Managing Deviance     63
Individualistic Theories of Deviance     67
    Biological Explanations for Deviance     68
    Psychiatric Model of Deviance     70
    Psychoanalytic Explanation of Deviance     73
    Evaluating the Psychiatric and Psychoanalytic Perspectives     74
    Psychological Explanations of Deviance     76
    Rational Choice Theories     78
Summary     81
Selected References     83


Chapter 4     Structural Perspectives on Deviance: Anomie and Conflict Theories     84

Anomie Theory     85
    Adapting to Strain     86
    Extensions of the Anomie Perspective     87
    Evaluating Anomie Theory     89
Conflict Theories     92
    Deviance and Marxism     93
    Other Conflict Theorists     93
    Social Threat     95
    Left Realism     96
    Evaluating the Conflict Model     97
Summary     100
Selected References     101


Chapter 5     Labeling, Control, and Learning Theories of Deviance     103

Labeling Theory     103
    Deviance as Reaction     105
    Labels That Create Types of Deviants     105
    The Power to Label     107
    Evaluating Labeling Theory     108
Control Theory     112
    Assumptions and Structure of Control Theory     114
    Crime and Low Self-Control     115
    Evaluating Control Theory     116
Learning or Socialization Theory     120
    Sutherland's Theory of Differential Association     120
    Differential Association-Reinforcement Theory     122

Evaluating Learning Theory    123
Summary    127
Selected References    128

Chapter 6    Crimes of Interpersonal Violence    129

Crime as Deviance    130
    Types of Crimes    130
    Types of Criminals    132
Assault and Murder    134
    Frequency of Assault and Homicide    134
    Group Variations in Homicide    136
    Interaction Between Offender and Victim    140
    Understanding and Explaining Violence    141
    The Development of Dangerous Violent Offenders    145
Domestic Violence    147
    Child Abuse    147
    Intimate Partner Violence    151
    Elder Abuse    156
Forcible Rape    156
    Patterns of Forcible Rape    157
    Date Rape    158
    Male and Prison Rape    160
    The Political Context of Rape    161
    Rape Reporting    162
    Legal Reforms for Rape Cases    163
    Theories of Rape    165
Society's Reaction to Crimes of Personal Violence    166
    Reactions to Murder    167
    Reactions to Assault    168
    Reactions to Rape    168
Summary    169
Selected References    170

Chapter 7    Nonviolent Crime    172

Occasional Property Offenders    174
    Auto Theft    174
    Check Forgeries    175
    Shoplifting and Employee Theft    175
    Vandalism    177
    Society's Reaction to Occasional Offenders    177

Conventional Criminal Careers   178
   Self-Conception of Conventional Offenders   181
   Society's Reaction to Conventional Offenders   181
Political Criminal Offenders   183
   Crimes Against Governments   183
   Crimes by Governments   185
   Society's Reaction to Political Offenders   187
Organized Crime and Criminals   187
   Organized Criminals   190
   Organized Criminal Activities   191
   Society's Reaction to Organized Crime   193
Professional Offenders   195
   Skill   196
   Status   197
   Criminal Associations   197
   Organization   198
   Society's Reaction to Professional Crime   198
Summary   199
Selected References   200

Chapter 8   White-Collar and Corporate Crime   202

The Example of Computer Crime   204
A Brief History   206
Defining White-Collar Crime   208
   Initial Definitions   209
   White-Collar Crime and Criminal Events   210
Corporate Criminal Behavior   214
   The Turbulent Twenty-First Century   215
   Nature and Types of Corporate Violations   218
Professional White-Collar Crime and Deviance   226
Characteristics of White-Collar Offenders   228
   Sophistication   228
   Planning   229
   Self-Concept   229
   Criminal Careers of White-Collar Offenders   230
Explaining White-Collar Crime   230
Costs of White-Collar and Corporate Crime   233
   Financial Harm   233
   Physical Harm   235
   Social Costs or Damage to the Moral Climate   236
Explaining Corporate Criminal Behavior   237

Controlling White-Collar and Corporate Crime    239
    Public Education    240
    Increasing Ethical Behavior in the Workplace    240
    Legislative Reforms    241
    The Use of Publicity    242
Summary    243
Selected References    244

Chapter 9    Drug Use and Addiction    245

Drug Taking as Deviance    247
    Social Attitudes About Drugs    249
    Public Policy and the War on Drugs    253
Legal Drug Use    255
Types of Illegal Drugs    258
Marijuana Use    262
    Extent of Marijuana Use    262
    Using Marijuana and Group Support    264
    Marijuana and Heroin    266
Opiate Use and Addiction    266
    The Meaning of Addiction    266
    Patterns of Heroin Use    268
    Number of Heroin Users    269
    Who Uses Heroin?    270
Becoming an Opiate Addict    272
    The Process of Addiction    274
    Theories of Addiction    276
    The Addict Subculture    278
Cocaine Use    280
    The Cocaine Highway    280
    Extent of Cocaine Use    282
    Methods of Use    284
    Consequences of Use    285
Society's Response to Drug Use and Addiction    287
    Applying Criminal Sanctions    287
    Treatment    293
    Addict Self-Help Programs    298
Prevention of Drug Use    301
    Media Messages    301
    Drug-Education Programs    301
Summary    302
Selected References    304

Chapter 10     Drunkenness and Alcoholism     305

Physiological and Behavioral Aspects of Alcohol     306
    Physiological Dimensions     307
    Other Health-Related Effects     307
    Psychological Effects     308
    Prevalence of Drinking in the United States     309
Types of Drinkers     310
Drinking as a Social and Group Activity     313
    Variations in Drinking Behavior     314
    Public Drinking Houses     317
    Ethnic Differences in Excessive Drinking     319
Alcoholism and Problem Drinking     325
    The Extent of Alcoholism and Excessive Drinking     325
    The Costs of Alcoholism     326
    Alcohol-Related Crime     327
    Drunk Driving     328
Group and Subcultural Influences on Excessive Drinking     331
    Gender Differences in Excessive Drinking     333
    Companions and Excessive Drinking     334
    Drinking Among the Homeless and on Skid Row     335
    Occupation and Excessive Drinking     336
    Religious Differences in Excessive Drinking     337
Society's Response to Alcohol Use and Alcoholism     338
    Strategies of Social Control     339
    Models of Alcoholism     340
    Public Policy and Public Drunkenness and Alcoholism     344
    Community-Based Treatment Programs     344
    Alcoholics Anonymous     346
The Continuing Controversy: Can "Recovering" Alcoholics
    Ever Return to Drinking?     350
Summary     352
Selected References     353


Chapter 11     Sexual Deviance     355

Sexual Norms     356
    Deviating from Sexual Norms     357
    Social Change and Sexual Behavior     359
Selected Forms of Sexual Deviance     363
Extramarital Sex (Adultery)     363
Sex and the Computer     365

Sex Work and Prostitution     368
    Nature and Extent     370
    International Dimensions of Sex Work     372
    Types of Prostitutes     374
    Prostitution and Deviant Street Networks     376
    Becoming a Prostitute     377
    Prostitution as a Career     381
    Self-Concept     383
    Prostitution and AIDS     385
    Prostitution and Social Control     386
Transvestitism     389
Pornography     392
    Social Regulation of Pornography     395
    Pornography in Everyday Life     397
    The Effects of Pornography     399
Summary     402
Selected References     404


Chapter 12     Suicide     405

Suicidal Behavior     406
Historical Background     408
    Public Attitudes Toward Suicide     410
    Attempted Suicide     411
Extent of Suicide     412
    Variations in Suicide by Country     414
    Social Differentials in Suicide Rates     416
Types of Suicide     423
    Altruistic Suicide     424
    Egoistic Suicide     425
    Anomic Suicide     426
    Adolescent Suicide     427
Sociological Theories of Suicide     429
    Social and Religious Integration     429
    Status Integration     430
    Status Frustration     431
    Community Migration     432
    Socialization for Suicide     432
    The Suicide Process     435
Social Meanings of Suicide     438
    The Purpose of Suicide     438
    Suicide, Mental Disorders, and Hopelessness     441

xvi    CONTENTS

Preventing Suicide    443
    Suicide Prevention Centers    443
    Effectiveness of Suicide Prevention Centers    445
Physician-Assisted Suicide    446
Summary    448
Selected References    450

Chapter 13    Physical Disabilities    451

Deviance and Physical Disabilities    452
Definitions and Distinctions    454
Disabilities and the Idea of Deviance    456
    Disability as Deviant Status    457
    Disability and the Sick Role    458
Societal Reaction and Ambivalence Toward Disability    460
    Blindness    461
    Mental Retardation    463
    Physical Handicaps    465
    Obesity    467
Disability as a Socialization Process    469
    Socialization and Disability    469
    Self-Reactions of the Disabled    471
Disability as a "Career"    472
    Professionals and Agencies    472
    Subcultures and Groups    474
    The Role of Stigma in the Disability Career    475
Managing Disability    476
    Passing    478
    Normalizing    478
    Coping    479
    Dissociation    480
The Americans With Disabilities Act    481
Summary    483
Selected References    485

Chapter 14    Homosexuality, Lesbianism, and Homophobia    486

The Development of the Notion of Homosexuality    487
Why Do Some People Regard Homosexuality as Deviant?    488
Social Dimensions of Homophobia    489
    Homophobic Attitudes    490
    Homophobic Behavior    492

Law and Public Attitudes     493
    Homosexuality and the Law     493
    Changing Public Attitudes     495
    The Attribution of Homosexuality     498
Prevalence of Male Homosexuality and Homophobia     500
    Prevalence of Homosexuality     500
    Variations of Homosexuality     501
Sex Role Socialization and Becoming a Homosexual     504
    Sexual Development     505
    Becoming a Homosexual     510
    Developing a Homosexual Identity     514
    The Coming Out Process     516
    Homosexual Subcultures     518
Lesbianism     521
    The Nature of Lesbianism     521
    The Extent of Lesbianism     522
    Becoming a Lesbian     523
    Lesbian Self-Concept     526
    Lesbian Subcultures     527
AIDS and the Homosexual Community     529
    The Disease and its Transmission     530
    The Impact of AIDS     533
    AIDS' Impact on Sexual Behavior     534
    Political Impact     535
Current Controversies over Homosexuality     537
    Same-Sex Marriages     537
    Homosexuality as a Protected Status     539
Summary     541
Selected References     542

Chapter 15     Mental Disorders     544

The Stigma of Mental Disorders     544
Psychiatric View of Mental Disorders     546
    The Psychiatric Diagnostic Manual     546
    Organic Mental Disorders     548
    Functional Mental Disorders     548
Problems of Definition     551
    Statistical Definition of Mental Disorder     552
    Clinical Definition of Mental Disorder     552
    Residual Norms and Societal Reaction     555

**xviii**     CONTENTS

Social Stratification and Mental Disorders     556
  Social Class     557
  Sex Differences     558
  Age     559
  Race and Ethnicity     559
  Marital Status     559
Social Stress in Mental Disorders     560
  Stress in Modern Life     560
  Stress and Anxiety     563
  Stress in Social Situations     564
  Stress as a Precondition for Mental Disorders     566
  Coping and Social Adaptation     567
Social Roles and Mental Disorders     567
  Inability to Shift Roles     568
  Performing the Mentally Disordered Role     569
  Self-Reactions and Social Roles     572
Eating Disorders     574
  Social Dimensions of Eating Disorders     574
  Explaining Eating Disorders     579
Social Control of Mental Disorders     583
  Mental Hospitals     584
  The Deinstitutionalization Movement     586
Reducing Stigma     588
Summary     590
Selected References     592

References     R-1
Name Index     IN-1
Subject Index     IN-9

# 15

# Mental Disorders



In December 1999, the U.S. Surgeon General's Office released an extensive report on mental health and mental illness. Among the conclusions of that report were the following:

- About 1 in 5 Americans experiences a mental disorder in the course of a year.
- Approximately 1 in 5 children and adolescents experiences the signs and symptoms of a disorder during the course of a year.
- Fifteen percent of the adult population use some form of mental health service during the year.
- In 1996, the direct treatment of mental disorders, substance abuse, and Alzheimer's disease cost the nation $99 billion; direct costs for mental disorders alone totaled $69 billion. In 1990, indirect costs for mental disorders alone totaled $79 billion.

The report also indicated that the stigmatization of people with mental disorders has persisted throughout history to the present time. Persons with mental disorders must deal not only with their disorder, but also with the negative reactions of persons around them.

## THE STIGMA OF MENTAL DISORDERS

Society will likely impose strong sanctions on individuals known or suspected to suffer from mental disorders, depending on the specific behaviors that these people exhibit. Many people will certainly react differently to someone with a mental disorder than to someone with a physical illness. Most people feel generally sympathetic toward patients with physical illnesses because they understand and recognize the symptoms those patients display or because their own past experiences help them to identify with such afflictions. Mental disorders, on the other hand, may involve intangible and potentially frightening feelings and ideas beyond the ability of others to comprehend.

544

Case 1:15-cv-12332-WGY Document 27-3 Filed 10/07/11 Page 19 of 30

Attitudes toward the mentally ill range from avoidance to ridicule and revulsion. Stigma is also manifested by bias, distrust, stereotyping, fear, and embarrassment. People with mental disorders may experience difficulty in gaining access to housing and jobs, resulting in low self-esteem, isolation, and hopelessness. Public attitudes about mental illnesses have changed over time, but these changes have not resulted in a lessening of stigma (U.S. Surgeon General, 1999: 7). Surveys show that increasingly, people are able to distinguish mental disorders from ordinary unhappiness and worry. People now are also more likely to attribute mental disorders to a mix of physical and social abnormalities. In spite of this greater understanding, however, social stigma against people with mental disorders is in some respects stronger now than it was 50 years ago.

People with mental disorders have been stigmatized for a number of reasons. First, the prevailing attitude tends to hold people with mental disorders as somehow responsible for their own conditions while viewing sufferers with physical illness as victims of circumstance. Second, the system of care for those with mental disorders has been separate from that for the care of those with physical illnesses. Third, there is a prevailing view that people with mental disorders are violent and otherwise disruptive or unpredictable. In fact, the public increasingly seems to believe that people with mental disorders, especially serious disorders, are more violent than in the past. Selective media reporting that continues to link violence with mental disorders reinforces this fear of violence.

A person with a mental disorder may display behavior inappropriate to the situation and even commit bizarre acts. A mental disturbance may prevent someone from meeting normal expectations in particular situations or everyday life. These social expectations, or norms, form the basis for any assessment of deviance and the subsequent administration of social sanctions. Even mild mental disorders may draw society's sanctions, perhaps in the form of labels such as *mentally ill, insane,* or *crazy,* while more extreme cases may even lead to commitment to a mental hospital. While most observers regard a mental disorder as a serious form of deviance because it affects others in addition to the person with the disorder, extremely difficult problems of social definition hamper efforts to further understand the nature of mental disorders and their causes and cures. As sociologists and social anthropologists have paid increasing attention to this topic, they have come to implicate social and cultural causes to explain the origins of mental disorders and their distributions from group to group and place to place.

A full understanding of the broad sociological perspectives on this form of deviance requires some understanding of the various types of mental disorders. Some derive from organic or physical origins, while others show stronger relationships to social situations, such as reactions to stress.

# PSYCHIATRIC VIEW OF MENTAL DISORDERS

Psychiatrists have not adopted any single approach to all mental disorders. They continue to dispute, for example, whether mental disorders result from physical causes, which would make them exclusively medical problems, or whether such disorders are the result of environmental causes. Some psychiatrists regard conditions that society calls *mental disorders* as basic "problems in living" or instances of socially aberrant behavior (Szasz, 1974). This view does not deny that such people may act oddly, but it refuses to treat behavior called *insanity* as a medical problem (Szasz, 2002). Other psychiatrists class mental disorders as medical problems as real as any other physical afflictions, so they advocate a medical model or psychiatric approach to their treatment (Roth and Kroll, 1986). Although a great deal of confusion persists throughout the psychiatric profession about the identity of mental disorders as disease, medical training predisposes most psychiatrists to think in these terms and to look for medical diagnoses and treatments (Goffman, 1959: 320-386).

For these reasons, psychiatrists do not always agree among themselves about diagnoses. Many people classed as normal sometimes exhibit behavior that some observers might consider evidence of disorders. Probably everyone can remember some experience with behavior like hallucinations, phobias, persecution complexes, and emotional extremes of elation and depression. Almost everyone at one time or another has experienced irrational fears, daydreams, flights of ideas, and lapses of memory. By themselves, such experiences do not reflect mental disorders; in combination with other experiences or when they interfere with basic social processes, however, these behaviors may contribute to psychiatric diagnoses of mental disorders. Unfortunately, psychiatric diagnoses have achieved a poor record of reliability, since different psychiatrists may evaluate the same or similar symptoms and reach different diagnoses.

## The Psychiatric Diagnostic Manual

In an effort to limit the range of shifting definitions and establish reliable criteria for accurate diagnoses, the American Psychiatric Association (1994) has developed the *Diagnostic and Statistical Manual* (known as DSM-IV to denote its fourth edition). This manual represents an ongoing attempt to standardize psychiatric diagnoses of specific mental disorders. First published in 1952, subsequent editions have incorporated many changes in psychiatric language over the years. The current edition has dropped the term *neurosis* as a reference to a minor psychiatric ailment that does not interfere with daily functioning; it has also eliminated homosexuality as a diagnostic category of mental disorder.

Case 1:15-cv-12032-WGY   Document 171-5   Filed 04/23/15   Page 21 of 30

Of course, the words *neurosis* and *homosexuality* continue in common use, but they no longer constitute precise diagnostic categories.

Over the years, the DSM has replaced the expression *mental illness* with *mental disorder.* Rather than providing specific criteria to support precise diagnoses, DSM-IV identifies broad correlates that identify features frequently associated with the disorders it details. In this manner, the manual leads practitioners to conclude not that a person is a schizophrenic, for example, but that he or she displays some typical characteristics of schizophrenia.

Like its predecessors, DSM-IV avoids the flavor of a dispassionate, scientific document. In late 1985, for example, a group of psychiatrists working on a revision that would become DSM-III-R proposed a new diagnosis of *paraphilic rapism* for behavior associated with rape. The conception of rape as a disease deeply upset feminist leaders, who worried that it might justify an insanity defense for rapists, and their prompt protests caused the head of the psychiatric committee to say: "We probably will withdraw the diagnosis of rapism" (Goleman, 1985). Few physicians could even conceive of withdrawing a type of medical diagnosis to avoid the threat of a lawsuit, and this episode does not mark the first time that political considerations have affected the content of DSM. In 1973, lobbying by various groups achieved withdrawal of materials identifying homosexuality as a disorder. Clearly, the characteristics and definitions that designate certain mental disorders have changed in response to political and other influences.

Even after such changes, many psychiatrists remain dissatisfied with other features of the DSM. DSM-IV, for example, recognizes two kinds of depression, major depression and dysthymic depression, each of which covers a variety of syndromes and symptoms. A close examination reveals severe difficulties in identifying the symptoms and treatments for depression. According to one psychiatrist:

> Today's depression classification is as confusing as it used to be 30 years ago. All things considered, the present situation is worse. Then, psychiatrists were at least aware that diagnostic chaos reigned and many of them had no high opinion of diagnosis anyway. Now, the chaos is codified [in the DSM] and thus much more hidden. (Van Praag, 1990: 149; see also Zimmerman, 1988)

The DSM is not a scientific document. It presents a descriptive rather than theoretically validated approach to diagnoses and treatment. As a result, DSM does not provide reliable knowledge about the nature, causes, and cures of most mental disorders.

> In most cases, the causes of the conditions are unknown (or disputed) and the treatments uncertain. Diagnoses are grouped empirically in terms of their manifest similarities, but even those diagnoses (like schizophrenia) that are based on much research and experience probably include many

different specific entities that lead to similar types of bizarre behavior. (Mechanic, 1999: 15)

Psychiatry traditionally classifies mental disorders according to two types—those derived from organic causes and functional, or nonorganic, disorders. Organic disorders usually trace their causes to specific organisms, brain injuries, or other physiological factors, perhaps including inherited conditions. Clear biological or physiological antecedents justify definition of these disorders as medical conditions. On the other hand, observers identify no organic or physical basis for *functional disorders,* and analysis has not broken them down into such specific categories.

## Organic Mental Disorders

Organic disorders trace their origins to identifiable organic or physiological problems. They include senile (old age) psychoses, paresis, and alcoholic psychoses. Some of these cases show associations with arteriosclerosis (hardening of the arteries), which causes poor blood circulation that affects brain functions. These disorders are characterized by loss of memory, particularly for recent events, inability to concentrate, and certain delusional thoughts. Alzheimer's disease is a kind of senile psychosis.

*Paresis* is a condition caused by syphilis. It develops at least 10 years after the initial syphilitic infection, often leading to progressive brain degeneration in untreated patients. The mental symptoms of paresis often include complete alteration in personality characteristics—for example, a typically neat, well-dressed person may appear slovenly in public. Eventually, memory about time and place becomes defective, and some cases feature depression. Chronic alcoholism in association with vitamin and nutritional deficiencies may sometimes produce such severe physical and psychological deterioration that it causes alcoholic psychoses. Such psychoses resulting from alcoholism, while classified as organic, do not result from definite physical causes. Relatively few alcoholics develop psychoses.

## Functional Mental Disorders

The category of mental disorders that most actively interests sociologists concerns the functional disorders. The name comes from the process through which, according to many psychiatrists, these disorders "function" to adjust individuals to their particular difficulties. No conclusive evidence about most functional mental disorders reliably indicates that they arise from organic causes, although some have implicated conditions such as heredity, physiological disorders, and other organic deficiencies. Unlike organic mental disorders, the lack of a standard test by which to make a diagnosis has severely hampered research on functional mental disorders. The DSM provides particularly appropriate help in classifying

Case 1:15-cv-12932-WGY   Document 27-2   Filed 10/19/15   Page 23 of 30

and treating functional disorders. Because it encompasses such a large number of disorders, however, this section can outline only a few of the more common ones.

**Minor Disorders**  The unreliability of diagnoses for functional disorders shows up most clearly in various minor psychiatric conditions, historically called *neuroses. Compulsive behavior,* for example, indicates repeated actions over which people think they have little or no control, such as stepping on or avoiding cracks in the sidewalk, excessive hand washing or bathing, counting telephone poles or other objects, dressing in a set manner, and insisting on certain meticulous arrangements, such as leaving all drawers carefully closed or shoes and other objects lined up in a particular order. Neuroses may also appear as *obsessions,* or persistent ideas that often represent emotional fears of objects, acts, or situations. Diagnoses of *phobias* often result from severe anxiety generally associated with certain situations, such as fear of confinement (claustrophobia), fear of open places (agoraphobia), and fear of high places (acrophobia).

**Manic-Depressive Behavior**  Manic-depressive behavior, sometimes called *bipolar disorder,* consists of attitude swings ranging from extreme elation in the manic stage to extreme depression. Although manic-depressives do not necessarily pass cyclically through stages of mania and depression, they shift very abruptly and noticeably from one mood to the next. In the manic stage, the person talks quickly, moving in a rapid but understandable progression from one topic to another. In the depressed stage, the person engages in extensive brooding, but little serious mental deterioration results. He or she minimizes activity, so frenetic during the manic phase, and talk turns to feelings of dejection, sadness, and self-depreciation. The manic-depressive maintains contact with reality as well as undiminished memory and place–time orientation.

**Paranoid Behavior**  Paranoia no longer represents a widely used diagnostic category. Mental health professionals now class most paranoid disorders as forms of schizophrenic behavior. Paranoid behavior shows up as extreme suspicion of people and conditions, with ideas of personal persecution reinforced by an intellectual defense that often appears to have some basis in reality. One person's paranoid delusions usually focus on a few areas, and they may even center on a single person. Most paranoids continue to function, and their personalities do not deteriorate over time. They do not hallucinate.

**Schizophrenia**  Mental-health professionals diagnose schizophrenia more frequently than any other serious functional disorder, and for this reason, it warrants more than a brief mention. Schizophrenia generates no single behavior; it may show up in many ways. Some common symptoms include hallucinations, delusions, diminished ambition, and social withdrawal. These behaviors often cause difficulties for schizophrenics as they try to continue working, studying, or even maintaining close interpersonal relationships.



CASE STUDY
## A Short Interview With a Schizophrenic

Freddie is a long-stay mental patient in a hospital in England. He is talking with his psychiatrist, who is attempting to determine his mental state. Following is a short excerpt from a longer interview.

Psychiatrist: Tell me, Freddie, how do you feel in your nerves today?
Freddie: I feel upset.
Psychiatrist: You feel upset, Freddie? Why is that? Tell me.
Freddie: Control of me. I feel like a thick sound from a plate. Dolphin been drove into the cooking room. There must be some kind of connection . . . .
Psychiatrist: A sound from a plate? What sort of sound is it Freddie?
Freddie: Sound. Teacup. Rattle of a teacup. Hold on my body.
Psychiatrist: Can other people read your thoughts, Freddie?
Freddie: They do. They do, doctor. Like when I'm smoking.
Psychiatrist: Do you ever feel there's any external force controlling you, Freddie?
Freddie: I would speak of Germany, doctor, as a force toward me.
Psychiatrist: Do you ever go to any therapies, Freddie?
Freddie: I seem to arrive at Villa 11, doctor. In a physical sort of way, you know.

*Source:* Lindsay Prior. 1993. *The Social Organization of Mental Illness.* London: Sage.

Descriptions of schizophrenia cite a detachment of the emotional self from the intellectual self, leading to an interpretation of the term as implying a "split personality." Perhaps the most obvious symptoms of schizophrenia are withdrawal from contact with others and inability to play expected roles. The schizophrenic may build up thoughts of an imaginary world, sometimes reinforced by false perceptions and hallucinations of many kinds. The schizophrenic may contend with a daily barrage of uncontrolled ideas, imagined voices, and urges that seriously disrupt daily living. Schizophrenics may become exceedingly careless in their personal appearance, manners, and speech; sometimes their behavior involves pronounced silliness and situationally inappropriate actions.

No clear understanding or agreement on the precise boundaries of schizophrenia supports a diagnosis of the disorder. For example, DSM-IV specifies that a patient must show some evidence of an active phase of psychotic symptoms, such as hallucinations, delusions, thought disorders, and the like, for a period of one week in order to fit the classification of schizophrenic. Research has examined the effect of setting this time period (Flaum, 1992), and subsequent editions of the DSM will likely alter the requirement (Raine, 1993: 300). In fact, the regular

stream of changes every few years in the definition of schizophrenic disorders reflects the difficulty in understanding them.

Yet, schizophrenia remains the most common diagnosis for serious mental disorders. About one-fourth of all first admissions to mental hospitals cite it as a cause, and schizophrenics occupy over 30 percent of all mental hospital beds. Treatment costs exceed $7 billion a year, and indirect costs (counseling, loss of productivity, premature mortality, etc.) add another $14 billion, making the total cost of schizophrenia roughly equivalent to that of all cancers combined (Keith, Regier, and Rae, 1991: 34).

Estimates indicate that schizophrenia affects about 1 percent of the general population (Bassett, 1991: 189). This disorder, sometimes called *dementia praecox*, develops primarily between the ages of 15 and 30, especially in male patients, and few people develop it after age 50 (Flor-Henry, 1990). While physical disorders that affect mental functions, such as Alzheimer's disease, usually accompany aging, schizophrenia occurs more commonly in young adults. Its characteristics and extensive reach recommend it as a subject for sociological research probably more than any other disorder.

No single theory of schizophrenia has yet achieved dominance among all observers. Some psychiatrists claim that all schizophrenics suffer from a single pathophysiological process expressed with individual variations, while others describe it as a syndrome that incorporates a number of different diseases, each with its own pathophysiological process (see Kirkpatrick and Buchanan, 1990). Still others claim that research on biological contributors to schizophrenia has "very clearly demonstrated a genetic predisposition for [schizophrenia], and this basic finding is not seriously disputed today" (Raine, 1993: 51; see also Torrey, Bowler, Taylor, and Gottesman, 1994). A simple agreement that inherited characteristics contribute to schizophrenia still does not identify the specific mechanism or enumerate other factors associated with the disorder. Furthermore, the disorder shows clear evidence of social components related to the patient's ability to perform and change social roles (Carter and Flesher, 1995).

Until practitioners and theorists agree on the definition of *schizophrenia*, all will struggle to interpret accurately a number of dimensions of this disorder. Of course, even if indisputable evidence eventually implicates genetic characteristics in the etiology of schizophrenia, it will not rule out important roles for environmental, psychological, and sociological influences.

## PROBLEMS OF DEFINITION

Any assessment of the social deviance associated with mental disorders encounters basic obstacles caused by uncertainties about the meanings of both *mental health* and, consequently, *mental disorder*. While most definitions cite

deviations from "normal" behavior, they simply raise more questions about standards for normality. Certainly, many people judge some individuals' behavior as strange or inappropriate, and they may perceive the rationales behind these actions as bizarre; still, actions that seem normal in some situations may represent abnormal deviance in others. For example, dentists may wash their hands 50 times or more during the day as an appropriate and necessary protection for their patients; the same behavior would seem extremely odd and even compulsive for an office worker or business executive.

Variations in standards for behavior defy any effort to establish a single definition for mental illness or disorder. Different groups of observers have adopted a number of broad methods for solving this problem, including (1) a statistical definition, (2) a clinical definition, and (3) a sociological definition based on residual norms.

## Statistical Definition of Mental Disorder

Some might measure mental health according to statistical statements of the most frequently encountered behaviors. Perhaps a numerical average could evaluate the incidences of various behaviors, with the highest scores highlighting the practices in the middle of the range, which then represent normality. Just as statistical definitions of deviance fail because they ignore norms, however, statistical definitions of mental illness neglect an important component of disordered behavior. They fail to capture the process that produces judgments of such actions as strange, inappropriate, or wrong behavior, given the circumstances. Just like statistical conceptions of deviance, statistical conceptions of mental illness can indicate only what most people do, not what they ought to do.

## Clinical Definition of Mental Disorder

A clinical definition of mental health relies on the individual judgment of a practitioner. Actions that a clinician regards as healthy become the standards for acceptable behavior; other behavior represents mental illness if a mental health professional, such as a psychiatrist, says that it does.

Even with the aid of standardizing diagnostic devices like DSM-IV, the clinical method encounters problems identifying mental disorders. Rosenhan (1973), for example, has reported on a study that placed normal people in psychiatric wards under diagnoses of schizophrenia after falsely telling emergency room doctors that they were hearing voices or other sounds. Once on the ward, these people behaved normally, but the psychiatric staff continued to perceive evidence of mental disorder in those actions. Clinical judgments sometimes show influence of previous conceptions of a disorder, even when subsequent behavior contradicts those conceptions. Clinical or physical medicine often must

such findings by Gove (1982: 295), "a careful review of the evidence demonstrates that the labeling theory of mental illness is substantially invalid, especially as a general theory of mental illness."

## Self-Reactions and Social Roles

Everyone experiences a self-reaction to his or her own appearance, status, and conduct. All come to conceive of themselves not only as physical objects, but as social objects as well (Shibutani, 1986). This universal capacity of self-conception plays an important role in mental disorder. Mentally disordered persons may develop distorted self-conceptions that reflect difficulties in interpersonal relationships and continuing anxiety. Some may lose confidence and become preoccupied with their own thoughts, while others, without logical reason, may adopt egocentric self-images as either great successes or great failures. In response to ongoing difficulties in interpersonal relations, mentally disordered people may learn to use self-reactions in fantasies, dreaming of themselves as different from their true selves in order to overcome conflicts. Such self-centered reactions obstruct their capacity to communicate with and relate to others, leading to further magnification of their own concerns about symptoms and conflicts and further diminishing their ability to act with emotional feeling.

Along with social effects, a person's actions can result in self-approval or self-reproach. People may sometimes praise themselves for what they have done or said, or they may feel disturbed by their own actions and rebuke themselves, producing frustration and conflict. Adults with depressive psychosis may perpetuate this self-punishment to unhealthy extremes in the process of internalizing their difficulties with their social situations, perhaps creating a "tragic melodrama, where the depressed self-accused lashes himself so mercilessly in talk and fantasy that death seems the one promise of penance and relief" (Cameron, 1947: 101). In such mental disorders, the self-image may become so detached from the individual that it becomes not a social object but a physical object suitable for mutilation and punishment. In certain forms of neurotic behavior, this dissociation may proceed so far that the person may even forget his or her own identity. Some hysteria and amnesia patients come to identify with roles they have played previously in life or with another self; they attempt to escape their conflicts by changing themselves, sometimes by adding complementary selves that do not acknowledge one another.

Disturbances in language and in meaningful communication, often symptoms in schizophrenia, indicate the connection of these processes with interpersonal relations. The schizophrenic invents a world of fantasy that lifts her or him out of conflict, at least in some personal estimation. Language eventually expresses such disorders in thought processes. Language becomes a private tool and ceases functioning as a social one; the schizophrenic does not recognize

whether another person understands such language. The patient may invent words and link them together in a fashion that makes speech incoherent to others. For example, consider one schizophrenic patient's response to the question "Why are you in the hospital?"

> I'm a cut donator, donated by double sacrifice. I get two days for every one. That's known as double sacrifice; in other words, standard cut donator. You know, we considered it. He couldn't have anything for the cut, or for these patients. All of them are double sacrifice because it's unlawful for it to be donated any more. [Question: Well, what do you do here?] I do what is known as the double criminal treatment. Something that he badly wanted, he gets that, and seven days criminal protection. That's all he gets, and the rest I do for my friend. [Question: Who is the other person who gets all this?] He's a criminal. He gets so much. He gets twenty years' criminal treatment, would make forty years; and he gets seven days' criminal protection and that makes fourteen days. That's all he gets. (Cameron, 1947: 466–467)

Culture influences the nature of self-reactions. It acts through religion, the strength of its emphasis on material success, and the perception of individual control over events that affect oneself. One study has reported a tendency for mental patients of Asian origin to perceive the label *mentally ill* in rather magical terms, reacting to the power of that label and the process that transfers that power to the individual (Rotenberg, 1975). The study found that patients from Western cultural backgrounds, on the other hand, tend to react to the label as an indication of their own separation from their groups or their self-concepts; the Western patients had developed self-concepts as "sick" people. Cultural differences, however, do not explain all differences in self-reactions. Serious mental disorders, such as psychotic schizophrenia, appear to display similar symptoms in a number of widely differing cultures, suggesting that cultural molding may remain within some limits, at least for this malady (Murphey, 1982).

Mental disorders may fall along a continuum of behavior, influenced by personal resources, symptoms, and social expectations (Gove and Hughes, 1989). In this sense, a mental disorder may resemble a career path, with various potential routes depending upon many contingencies, sometimes acting in combination. At an early stage, acute distress may develop, followed by a reaction that involves some sort of mental disorganization. As the disorganization progresses, the person may accept psychotic episodes as a real part of the world. At this stage, the person has become quite removed from reality and suffers severe isolation. Gove and Hughes maintain that the boundaries of such a theory begin with certain biological conditions, and medical science still knows little about many of them. Regardless of the precise role of biological causes, according to these authors, people express their mental disorders in real symptoms that observers can interpret within a broader sociological framework.

# EATING DISORDERS

In August 1996, Miss Universe, Alicia Machado, became an object of controversy. After she won the title in May 1996, approval quickly changed to criticism. In August, Machado, at age 19 and 5 feet, 7 inches tall, reportedly weighed 135 pounds, about 18 pounds more than when she had won the Miss Universe title. No matter that this weight is about ideal given her height; pageant officials contemplated removing her as Miss Universe. She announced that she hadn't eaten in the three weeks prior to the contest to achieve the winning figure. While contest officials denied planning to strip Machado of the title, some had expressed concern that she looked "chubby" in a swimsuit and would not present a good image of Miss Universe.

Machado engaged in a practice that is common among those in certain occupations, such as the entertainment field and athletics, to achieve a certain body type or weight. But eating disorders are often means to no end. That is, some people engage in them on a continual basis because they never feel thin enough. Not only are there health implications from such practices, there are social and interpersonal implications as well.

Eating disorders frequently impair social functioning. Public revelations about eating disorders also subject people to stigma from others. Research may offer some justification for classing these problems as results of some sort of mental disability, but accumulated evidence remains far from clear on this point. Regardless of the origins of eating disorders in mental or personality problems, physiological problems, or attempts to adhere to cultural values of thinness, afflicted people frequently experience social stigma, and many consider them deviants. As a result, these people must manage their deviance, often by concealing it from others.

## Social Dimensions of Eating Disorders

The term *eating disorders* encompasses a variety of behaviors associated with patterns of consuming food. Currently, anorexia nervosa and bulimia probably generate the most discussion of all such disorders. Anorexia drives people to purposeful starvation, eating small amounts on only infrequent occasions. Bulimia sets up an episodic pattern of binge eating marked by rapid consumption of food in a short time. The bulimic often follows this behavior either with forced vomiting or laxative abuse in an attempt to prevent feared weight gain that would otherwise result from the binge-eating behavior.

Contemporary interest in these disorders has followed reports suggesting relatively high incidence among certain populations, particularly among college-age women. However, current attention does not imply that these conditions

Psychopathic personality, 77
Psychoses, 548
Psychotropic drugs and
    mental disorders, 585
Public attitudes and homosexuality, 495–498
Public drinking houses, 317–319
Public drug-treatment programs, 297–298
Public education used to control white collar
    and corporate crime, 240
Publicity and control of white-collar and
    corporate crime, 242–243
Public policy and drinking, 344–350
Punishment for conventional
    criminals, 181–182
Pure Food and Drug Act, 280, 288

Queer Nation, 520

Race
    AIDS and, 531
    interpersonal violence and, 145
    mental disorders, 559
    suicide and, 419–421
Racketeer Influenced and Corrupt
    Organization (RICO), 192
Racketeering, organized crime and, 192
Railroad industry and white-collar
    crime, 207–208
Ranches, 375
Rape
    date rape, 158–160
    forcible rape compared to
        prostitution, 369
    as intraracial crime, 158
    legal reforms, 163–165
    male and prison rape, 160
    overview, 156–157
    patterns of, 157–158
    political context of, 161–162
    reporting, 162–163
    societal reaction to crimes of, 168–169
    theories of, 165–166
Rational actors, 296
Rational choice theories
    evaluation of, 80–81
    overview, 78–80
Rationalizations and managing
    deviance, 65–66
Rational Recovery (RR), 349
Reactivist conception of deviance, 7–8
Rebellion as adaptation to anomie, 87
Recalls, 205
Recidivism of alcoholics, 327, 345
Recovering alcoholics, 350–352
Recovery, Inc., 587
Recovery phase of opiate addiction, 275
Red-light districts, 375, 376
Reefer, 260
Rehabilitation process for physical
    disabilities, 470–471
Relapse rates
    heroin addiction and, 295
    opiate addiction and, 275
Relativity of deviance, 9, 18–20

Religion. See also specific religions
    drinking and, 337–338
    homosexuality and, 491, 497
    sexual norms and, 356
    snake handlers, 47–48
    as social control institution, 39–40
    suicide and, 408–409, 421–422
Religious deviance, 227–228
Religious integration and suicide, 429–430
Religious marriages, 538
Remove Intoxicated Drivers
    (RID), 329–330
Rene Guyon Society, 358
Research on deviant behavior, 61–63
Residual norms
    societal reaction to mental disorders and,
        555–556
    use of term, 571
Residual rule breaking, 569
Respectability and white-collar crime, 214
Restorative justice, 45–46
Retreatism
    as adaptation to anomie, 87
    anomie theory and, 90, 92
Revolving door of public drunkenness
    cases, 327, 345
Ritualists, 86
Road whores, 375
Rock music, drugs and, 286
Role playing defined, 55, 56
Role prescriptions, 55–56
Role(s)
    defined, 56
    deviant, 29–30
    gender roles, 508–512
    sick role, 458–460, 469–470
Role set, 55, 56
Role strain, 56
Role taking
    defined, 56
    deviant, 56–59
    socialization as, 55–56
Rorschach test, 76
RR (Rational Recovery), 349
Rules
    norms and, 5
    residual rule breaking, 569
Runaways, children as, 22

Same-sex marriages, 537–539
Sanctions
    formal sanction, 35, 36
    informal sanction, 35, 36
    negative sanction, 35, 36
    norms and, 5
    positive sanction, 35, 36
    as social control, 35–36
Satanic cults, 22–23
Savings and loan industry, embezzlement
    in, 218
Schizophrenia
    language of schizophrenics, 572–573
    overview, 549–551
Second affliction, 477

Secondary deviance
    labeling theory and, 105–106, 111–112
    overview, 46, 48, 49
Secondary homosexual behavior, 514–515
Secrecy and managing deviance, 64–65
Secular Organization for Sobriety (SOS), 349
Self-concept
    of conventional criminals, 181
    of lesbians, 526–527
    of prostitution, 383–385
    of white-collar criminals, 229–230
Self-control
    crime, relationship between low self-
        control and, 115–116, 118
    social control and, 35
Self-help programs
    Alcoholics Anonymous, 267, 298, 346–350
    Daytop Village, 299, 300
    Delancey Street Foundation, 300
    for drug users, 298–300
    Narcotics Anonymous, 298
    Synanon, 298–300
    Walden House, 300
Self-reactions
    of people with physical disabilities, 471
    social roles and, 572–573
Sensitization stage of coming out
    process, 516
Sex Addicts Anonymous, 267
Sex differentials in rates of suicide, 417
Sex roles
    adoption of, 511
    assimilation of, 511–512
    conformity to, 511
    identification with, 511–512
    preference for, 511
    socialization and, 489, 504–521,
        508–510
Sexual abuse of children, 149, 151
Sexual assault, 163
Sexual behavior, impact on AIDS, 534–535
Sexual development
    biological perspectives on, 505–508
    homosexuality and, 505–510
    overview, 505
    sociological perspectives on, 508–510
Sexual deviance
    computers and, 365–368
    extramarital sex (adultery), 363–365
    phone sex, 365–366
    pornography, 392–402
    prostitution, 368–388
    sex work and prostitution, 368–388
    transvestitism, 389–392
Sexuality, nudists and, 16–17
Sexually transmitted diseases
    (STDs), 64–65
Sexual norms
    changes in, 359–363
    deviating from, 357–359
    overview, 356–357
    religion and, 356
Sexual penetration, 163
Sexual revolution, 359–360