# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USDC Docket Number: 15CV12332-WGY
USCA Docket Number: 16-2277

BRYAN R. JOHNSTON

v.

LISA A. MITCHELL

## CLERK'S SUPPLEMENTAL CERTIFICATE OF THE RECORD ON APPEAL

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed __X__ paper documents ____ electronic documents:

**Main Documents:**

Document Numbers: ECF NO. 21 SUPPLEMENTAL ANSWER (8 VOLUMES)

**Other Documents:**

Sealed Records:

Document Numbers: _____

*Ex parte* Records:

Document Numbers: _____

are to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on MARCH 1, 2017.

ROBERT M. FARRELL
Clerk of Court

By: /s/MATTHEW A. PAINE
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 3/1/17.

Deputy Clerk, US Court of Appeals